**Exhibit A**

4904-6703-2154.3 19286.00001

## IN THE GENERAL DIVISION OF THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

**Case No.: HC/OA 797/2025**

Date: 01-August-2025

In the matter of Part 11 of the Insolvency, Restructuring and Dissolution Act 2018

And

In the matter of Section 252 of the Insolvency, Restructuring and Dissolution Act 2018

And

In the matter of Article 15 of the UNCITRAL Model Law on Cross-Border Insolvency

And

In the matter of Near Intelligence Pte. Ltd. (Singapore UEN No. 202004197Z)

DRIVETRAIN, LLC
(United States Registration No. 46-4166121)
(in its capacity as Litigation Trustee for the litigation trust in respect of Near Intelligence, Inc., Near Intelligence LLC, Near North America Inc. and Near Intelligence Pte. Ltd.)

...Applicant(s)

To:
Withers KhattarWong LLP
18, Cross Street, # 14-01, Singapore - 048423
Tel No: 65356844
Fax No: 65344892
Email: sg.enquiries@witherskhattarwong.com
File Ref No: JUY/HXC/1022319 0001
Solicitor in charge: 1. CHEANG HUI XUAN
2. JUSTIN YIP YUNG KEONG

### REGISTRAR'S NOTICE - HEARING DATE FIXED

The following hearing has been fixed:
Case No: HC/OA 797/2025
Type of hearing: Case Conference (OA)
Date/Time of hearing: 28-August-2025 at 02:30 PM
Venue of Hearing: Chamber 2-1

EDWIN YAP
FOR REGISTRAR
SUPREME COURT
SINGAPORE

Tel No: 63321157
Email: SUPCT_Registry@judiciary.gov.sg

A subscriber of eLitigation will receive notices and communications from the Court by eLitigation, and may also receive the same notices and communications from the Court by other means. A person who is not a subscriber of eLitigation will receive notices and communications from the Court by email and/or post. For any response or query relating to any matter arising from the contents of any such notice or communication, please comply with the requirement in the applicable practice directions that all correspondence to the Court must be copied to all other parties or to their solicitors unless there are good reasons for not so doing.

This is computer-generated and requires no signature.