**942**

$38$

151

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Thursday, November 2, 2023 10:22 AM
To: 'Littman, A. Kristina' <AKLittman@willkie.com>
Cc: 'Strickland, Rachel' <RStrickland@willkie.com>; manu@poovayya.net; dharmendra.chatur@poovayya.net;
manoj.raikar@poovayya.net; mansi.dabbir@poovayya.net; smruthi.prahalad@poovayya.net; 'Nirnay Shanbough'
<nirnav.shanbough@poovayya.net>
Subject: RE: Justin Joseph : Near Intelligence, Inc.

$24$

Dear Ms. Littman,

Thank you for your patience. We have internally discussed your request and require a few clarifications, as listed below:

1. Please provide a brief description of the investigation referred to in your email in the trailing mail.

2. Is this investigation being conducted by Near Intelligence Inc. or by any governmental authority? Please provide a brief explanation on the procedure of the investigation, and what happens once the investigation is concluded.

3. As our client is an employee of Near Intelligence Private Limited, and not of Near Inc., how does this investigation concern our client?

4. Is our client being interviewed as a witness? Are there any allegations made against our client? If so, please provide details of this.

5. Will all expenses relating to the investigation and any outcome therefrom in respect of our client, be borne by Near Intelligence Inc.?

6. By when can we expect a response to our client's legal notice?

Once we have your responses to the questions above, we will accordingly confirm our client's availability. We look forward to your response.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

Poovayya ⸱ Co.
ADVOCATES ⸱ SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 047

T: +91 80 4656 3000
F: +91 80 4656 3088



| INDIA BUSINESS LAW JOURNAL AWARD WINNING LAW FIRM 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |



3

TRUE COPY

39
**943**

152

🖶 Please consider the environment before printing this email

25

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Friday, October 27, 2023 10:41 AM
To: 'Littman, A. Kristina' <AKLittman@willkie.com>
Cc: 'Strickland, Rachel' <RStrickland@willkie.com>; manu@poovayya.net; dharmendra.chatur@poovayya.net;
manoj.raikar@poovayya.net; mansi.dabbir@poovayya.net; smruthi.prahalad@poovayya.net; 'Nirnay Shanbough'
<nirnay.shanbough@poovayya.net>
Subject: RE: Justin Joseph : Near Intelligence, Inc.

Dear Ms. Littman,

Thank you for your email. We will circle back to you on this, shortly.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



**Poovayya & Co.**
ADVOCATES · SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
171 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088



| INDIA BUSINESS LAW JOURNAL | Chambers and Partners APAC | JFLR1000 | Asia Law | Media Law International | Venture Intelligence |
|---|---|---|---|---|---|
| AWARD WINNING LAW FIRM 2020 | 2020 | 2020 | 2020 | 2019 | |
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Entity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

PRIVILEGED AND CONFIDENTIALITY PROTECTED

[faint illegible disclaimer text]

🖶 Please consider the environment before printing this email

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Friday, October 27, 2023 6:57 AM
To: 'akshata.benegal@poovayya.net' <akshata.benegal@poovayya.net>; 'manoj.raikar@poovayya.net'
<manoj.raikar@poovayya.net>; 'mansi.dabbir@poovayya.net' <mansi.dabbir@poovayya.net>;
'dharmendra.chatur@poovayya.net' <dharmendra.chatur@poovayya.net>; 'manu@poovayya.net'
<manu@poovayya.net>
Cc: Strickland, Rachel <RStrickland@willkie.com>
Subject: Justin Joseph : Near Intelligence, Inc.

Dear Mrs. Benegal,

TRUE COPY

**944**

40 :

153        26

We've been retained by Near Inc. to investigate the matters outlined in the Form 8-K filed by our client with the Securities and Exchange Commission of the United States of America on October 5, 2023. We are aware of the legal notice you sent to our client on October 14, 2023 and our client's counsel in India will respond to you shortly relating to the issues raised in your notice.

As part of our investigation, we would like to interview Mr. Joseph. Can you please let me know whether your client is available for an interview by Zoom at 8am ET / 5:30pm IST on November 1 or November 2?

If you have questions or would like to discuss further please feel free to call me at the number below.

Best,
Kristy Littman

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

TRUE COPY

5

**945**

154                                              27

nirnay.shanbough@poovayya.net

From:           Littman, A. Kristina <AKLittman@willkie.com>
Sent:           Tuesday, January 30, 2024 09:57 PM
To:             'Akshata Benegal'
Cc:             Strickland, Rachel; 'Dharmendra Chatur'; 'Atul Gupta'; 'Kunal Gupta'; 'Lavanya B
                Ananth'; 'Manu Kulkarni'; 'Mohammed Shameer'; Mordkoff, Andrew; 'Paul Gross';
                'Raavi Gupta'; 'Sayan Ghose'; 'Shagun Singh'; 'Wiseroy Damodaran';
                siddhartha@poovayya.net; smruthi.prahalad@poovayya.net;
                varnika.sharma@poovayya.net; 'Nirnay Shanbough'
Subject:        RE: Call - Justin Joseph (without prejudice)

Yes, I can talk at that time. Here is a Zoom link for those that would like to join.



Hi there,

A. Kristina Littman is inviting you to a scheduled Zoom meeting.

# Join Zoom Meeting

One tap     US: +16469313860,,87928716435#,,,,*858198# or
mobile:     +16468769923,,87928716435#,,,,*858198#

Meeting     https://willkie.zoom.us/j/87928716435?pwd=5gzrcY9uktog8csv4wGvZvnOXwwql7.1
URL:
Meeting     879 2871 6435
ID:
Passcode: 858198

Join by Telephone

For higher quality, dial a number based on your current location.
Dial:        +1 646 931 3860 US
             +1 646 876 9923 US (New York)
             +1 305 224 1968 US
             +1 309 205 3325 US
             +1 312 626 6799 US (Chicago)
             +1 301 715 8592 US (Washington DC)
             +1 253 215 8782 US (Tacoma)
             +1 346 248 7799 US (Houston)
             +1 360 209 5623 US
             +1 386 347 5053 US
             +1 507 473 4847 US

TRUE COPY

1

**946**

42

155                                    28

+1 564 217 2000 US
+1 669 444 9171 US
+1 669 900 6833 US (San Jose)
+1 689 278 1000 US
+1 719 359 4580 US
+1 253 205 0468 US
833 548 0276 US Toll-free
833 548 0282 US Toll-free
833 928 4608 US Toll-free
833 928 4609 US Toll-free
833 928 4610 US Toll-free
877 853 5247 US Toll-free
888 788 0099 US Toll-free
+33 1 7037 2246 France
+33 1 7037 9729 France
+33 1 7095 0103 France
+33 1 7095 0350 France
+33 1 8699 5831 France
0 800 940 415 France Toll-free
0 800 944 049 France Toll-free
0 805 543 065 France Toll-free
+32 2 588 4188 Belgium
+32 2 788 0172 Belgium
+32 2 788 0173 Belgium
+32 1579 5132 Belgium
+32 2 290 9360 Belgium
+32 2 585 5574 Belgium
0 800 293 46 Belgium Toll-free
0 800 294 51 Belgium Toll-free
0 800 800 99 Belgium Toll-free
+49 69 5050 0952 Germany
+49 695 050 2596 Germany
+49 69 7104 9922 Germany
+49 69 3807 9883 Germany
+49 69 3807 9884 Germany
+49 69 5050 0951 Germany
0 800 000 6954 Germany Toll-free
0 800 1800 150 Germany Toll-free
0 800 588 9791 Germany Toll-free
0 800 000 1590 Germany Toll-free
+44 131 460 1196 United Kingdom
+44 203 481 5237 United Kingdom
+44 203 481 5240 United Kingdom
+44 203 901 7895 United Kingdom
+44 208 080 6591 United Kingdom
+44 208 080 6592 United Kingdom
+44 330 088 5830 United Kingdom
0 800 260 5801 United Kingdom Toll-free

2

TRUE COPY

43
**947**

156

0 800 358 2817 United Kingdom Toll-free
0 800 456 1369 United Kingdom Toll-free
0 800 031 5717 United Kingdom Toll-free
+39 020 066 7245 Italy
+39 021 241 28 823 Italy
+39 069 480 6488 Italy
800 125 671 Italy Toll-free
800 130 366 Italy Toll-free
800 790 654 Italy Toll-free
800 088 202 Italy Toll-free

Meeting    879 2871 6435
ID:

Passcode:858198

International numbers

Join from an H.323/SIP room system

H.323:    162.255.37.11 (US West)
          162.255.36.11 (US East)
          213.19.144.110 (Amsterdam Netherlands)
          213.244.140.110 (Germany)
          103.122.166.55 (Australia Sydney)
          103.122.167.55 (Australia Melbourne)
          64.211.144.160 (Brazil)
          69.174.57.160 (Canada Toronto)
          65.39.152.160 (Canada Vancouver)
          207.226.132.110 (Japan Tokyo)
          149.137.24.110 (Japan Osaka)

Meeting    879 2871 6435
ID:

Passcode:858198

SIP:      87928716435@zoomcrc.com

Passcode:858198

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Tuesday, January 30, 2024 10:48 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: Strickland, Rachel <RStrickland@willkie.com>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Atul Gupta' <Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>; 'Lavanya B Ananth' <Lavanya.Ananth@trilegal.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Mohammed Shameer'

3

TRUE COPY

4A

157                    30

<Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Paul Gross'
<paul.gross@near.com>; 'Raavi Gupta' <Raavi.Gupta@trilegal.com>; 'Sayan Ghose' <Sayan.Ghose@trilegal.com>;
'Shagun Singh' <shagun.singh@poovayya.net>;'Wiseroy Damodaran' <Wiseroy.Damodaran@trilegal.com>;
siddhartha@poovayya.net; smruthi.prahalad@poovayya.net; varnika.sharma@poovayya.net; 'Nirnay Shanbough'
<nirnay.shanbough@poovayya.net>
Subject: RE: Call - Justin Joseph (without prejudice)

 EXTERNAL EMAIL

Ms. Littman,

Can we please have the call at 9 PM IST (10:30 AM ET) tomorrow (January 31, 2024)?

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

## Poovayya & Co.
ADVOCATES & SOLICITORS

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088



| BANGALORE | NEW DELHI |

| INDIA BUSINESS LAW JOURNAL 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET+MAIL CONFIDENTIALITY NOTICE

Attorney - client privilege. Confidential information. If you receive this message in error you are not the intended indicated. If so, the message is responsible for delivery of this message to such person, you are advised. Do not copy message to anyone. In such case, you should destroy this message. If you have notify the sender by reply email. Same advise immediately if you or your employer do not consent to indirect email. For messages of this kind, disclosures, or any other information in this message that do not relate to the business of our firm and the understood as neither authorized by it. For the legal opinions are issued by the understood Agreements. Nothing contained in it must not be considered as a formal legal opinion issued by the firm.

Please consider the environment before printing this email.

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Tuesday, January 30, 2024 8:21 PM
To: 'Akshata Benegal' <akshata.benegal@poovayya.net>
Cc: Strickland, Rachel <RStrickland@willkie.com>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Atul
Gupta' <Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>; 'Lavanya B Ananth'
<Lavanya.Ananth@trilegal.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Mohammed Shameer'
<Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Paul Gross'
<paul.gross@near.com>; 'Raavi Gupta' <Raavi.Gupta@trilegal.com>; 'Sayan Ghose' <Sayan.Ghose@trilegal.com>;
'Shagun Singh' <shagun.singh@poovayya.net>; 'Wiseroy Damodaran' <Wiseroy.Damodaran@trilegal.com>;
siddhartha@poovayya.net; smruthi.prahalad@poovayya.net; varnika.sharma@poovayya.net; 'Nirnay Shanbough'
<nirnay.shanbough@poovayya.net>
Subject: RE: Call - Justin Joseph (without prejudice)

Ms. Benegal,

4



TRUE COPY

158        31

**949**

Are you available for a call at 8am IST tomorrow morning (9:30pm ET tonight) to discuss a resolution?

With respect to the credit card noted below, can you please provide additional information about the expenses? Does he have a credit card statement that I can pass along to the company to confirm that these are company expenses?

Best,
Kristy

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Thursday, January 18, 2024 12:36 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: Strickland, Rachel <RStrickland@willkie.com>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Atul Gupta' <Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>; 'Lavanya B Ananth' <Lavanya.Ananth@trilegal.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Mohammed Shameer' <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Paul Gross' <paul.gross@near.com>; 'Raavi Gupta' <Raavi.Gupta@trilegal.com>; 'Sayan Ghose' <Sayan.Ghose@trilegal.com>; 'Shagun Singh' <shagun.singh@poovayya.net>; 'Wiserov Damodaran' <Wiserov.Damodaran@trilegal.com>; siddhartha@poovayya.net; smruthi.prahalad@poovayya.net; varnika.sharma@poovayya.net; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>
Subject: RE: Call - Justin Joseph (without prejudice)

EXTERNAL EMAIL

Ms. Littman,

Our client has informed us that recovery agents of ICICI Bank visited our client's residence last Friday regarding non-payment of pending dues on the corporate credit card used by Near Intelligence Private Limited for its operations (but obtained under our client's name). Our client is informed that the credit card dues are about Indian Rupees Twenty Three Lakhs (i.e., $27682 approximately). Please note that our client cannot be made personally liable for any expenses incurred by the company for its operations. We request you to advise your client to address this issue immediately. Our client reserves all rights.

Also please let us have an update on whether you have heard back from your client.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

Poovayya . Co.
ADVOCATES    SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

**vaHu**
WINNER

IFLR1000            Asia Law

5

TRUE COPY

**950**

159

| INDIA BUSINESS LAW JOURNAL 2020 | Chambers and Partners APAC 2020 | 2020 | 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY POLICY

*[illegible faded confidentiality notice paragraph]*

Please consider the environment before printing this email

**From:** Littman, A. Kristina <AKLittman@willkie.com>
**Sent:** Friday, December 29, 2023 9:14 PM
**To:** Akshata Benegal <akshata.benegal@poovayva.net>
**Cc:** Strickland, Rachel <RStrickland@willkie.com>; Dharmendra Chatur <dharmendra.chatur@poovayva.net>; Atul Gupta <Atul.Gupta@trilegal.com>; Kunal Gupta <Kunal.Gupta@trilegal.com>; Lavanya B Ananth <Lavanya.Ananth@trilegal.com>; Manu Kulkarni <manu@poovayva.net>; Mohammed Shameer <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; Paul Gross <paul.gross@near.com>; Raavi Gupta <Raavi.Gupta@trilegal.com>; Sayan Ghose <Sayan.Ghose@trilegal.com>; Shagun Singh <shagun.singh@poovayva.net>; Wiseroy Damodaran <Wiseroy.Damodaran@trilegal.com>; siddhartha@poovayva.net; smiruthi.prahalad@poovayva.net; varnika.sharma@poovayva.net; Nirnay Shanbough <nirnav.shanbough@poovayva.net>
**Subject:** RE: Call - Justin Joseph (without prejudice)

Ms. Benegal,

We have presented your offer to the lender, who will not agree to the monetary portion of the offer. The company does not have funds to cover a settlement, so it must be covered by the lender. I suspect that they will agree to the other terms. I am hoping to hear back from them soon on an amount that would be agreeable to them, but it will be significantly lower than $400,000. I'll let you know when I hear back.

As a reminder, any settlement that the company and the lender reach with your client will still need to be approved by the bankruptcy court. This applies to the indemnification and release as well.

Kristy

On December 29, 2023 at 2:22:23 AM AST, Akshata Benegal <akshata.benegal@poovayva.net> wrote:

*** EXTERNAL EMAIL ***

Hi Kristina,

Happy Holidays!

Just following up on if your client has come back on our client's counter-offer. We also want to clarify that the indemnity and release being offered to our client by your client should include any liability arising from any default by the company in completing its year end statutory filings.

Look forward to hearing from you.

6

**TRUE COPY**



160

33

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



Poovayya & Co.
ADVOCATES    SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088


vaHu
WINNER

| INDIA BUSINESS LAW JOURNAL | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| AWARD WINNING 2020 Best LAW FIRM | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

PRIVILEGED EMAIL CONFIDENTIALITY NOTICE

Attorney-client and privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm only as required by its partners. Accordingly, this message cannot be construed as a formal legal opinion issued by the firm.

Please consider the environment before printing this email

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Saturday, December 16, 2023 7:23 PM
To: Akshata Benegal <akshata.benegal@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>
Cc: Dharmendra Chatur <dharmendra.chatur@poovayya.net>; Atul Gupta <Atul.Gupta@trilegal.com>; Kunal Gupta <Kunal.Gupta@trilegal.com>; Lavanya B Ananth <Lavanya.Ananth@trilegal.com>; Manu Kulkarni <manu@poovayya.net>; Mohammed Shameer <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; Paul Gross <paul.gross@near.com>; Raavi Gupta <Raavi.Gupta@trilegal.com>; Sayan Ghose <Sayan.Ghose@trilegal.com>; Shagun Singh <shagun.singh@poovayya.net>; Wiseroy . Damodaran <Wiseroy.Damodaran@trilegal.com>; siddhartha@poovayya.net; smruthi.prahalad@poovayya.net; varnika.sharma@poovayya.net; Nirnay Shanbough <nirnay.shanbough@poovayya.net>
Subject: RE: Call - Justin Joseph (without prejudice)

We will share this with our client and come back to you.

Kristy

On December 16, 2023 at 7:50:06 AM EST, Akshata Benegal <akshata.benegal@poovayya.net> wrote:

7

TRUE COPY

**952**

78

161                    34

*** EXTERNAL EMAIL ***

Ms. Littman,

Thank you for your email. We have conveyed this to our client. Considering the current situation, our client has agreed to settle this at $400,000. Please let us know if your client is agreeable to this. We can discuss this over a call, as required.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

| BANGALORE | NEW DELHI |

| Chambers and Partners APAC 2020 | JFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|
| Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET IS ALL CONFIDENTIAL FOOTER

Attorney / client privileged/confidential proprietary materials ... In the mark of state are commonly and indicated in this message, not responsible for delivery of the storage to such entity, and may not ... and a delete this message to above ... in case, visit or of Mestrue this massage is kindly await. in sender or responsed this above from immediately if you or your employer do not consent to internet email for messages of this kind of massages, copies is a and other information in that message that do not relate to the official business of our firm, the order is not sensitive in privacy nor endorsed by it, formal resolutions are issued by the firm only sanctioned by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

*Please consider the environment before printing this email*

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Friday, December 15, 2023 10:46 PM
To: 'Akshata Benegal' <akshata.benegal@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>
Cc: 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Atul Gupta' <Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>; 'Lavanya B Ananth' <Lavanya.Ananth@trilegal.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Mohammed Shameer' <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Paul Gross' <paul.gross@near.com>; 'Raavi Gupta' <Raavi.Gupta@trilegal.com>; 'Sayan Ghose' <Sayan.Ghose@trilegal.com>; 'Shagun Singh' <shagun.singh@poovayya.net>; 'Wiseroy Damodaran' <Wiseroy.Damodaran@trilegal.com>; siddhartha@poovayya.net; smruthi.prahalad@poovayya.net;

8



TRUE COPY

**953**

varnika.sharma@poovayya.net

162

Subject: RE: Call - Justin Joseph (without prejudice)

35

Ms. Benegal,

The Board has authorized an increased offer of $350,000 in total. Given that the company is now in bankruptcy proceedings the entire settlement will need to be approved by the company's lender and by the bankruptcy court. The lender will also need to agree to pay the settlement amount. If you agree to this amount, I will start the work of trying to get the lender's consent. I'm happy to arrange a time for a call if you would like to discuss.

Best,
Kristy Littman

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Monday, December 11, 2023 11:00 AM
To: Strickland, Rachel <RStrickland@willkie.com>
Cc: 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Atul Gupta'
<Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>; 'Lavanya B Ananth'
<Lavanya.Ananth@trilegal.com>; Littman, A. Kristina <AKLittman@willkie.com>; 'Manu Kulkarni'
<manu@poovayya.net>; 'Mohammed Shameer' <Mohammed.Shameer@trilegal.com>; Mordkoff,
Andrew <amordkoff@willkie.com>; 'Paul Gross' <paul.gross@near.com>; 'Raavi Gupta'
<Raavi.Gupta@trilegal.com>; 'Sayan Ghose' <Sayan.Ghose@trilegal.com>; 'Shagun Singh'
<shagun.singh@poovayya.net>; 'Wiseroy Damodaran' <Wiseroy.Damodaran@trilegal.com>;
siddhartha@poovayya.net; smruthi.prahalad@poovayya.net; varnika.sharma@poovayya.net
Subject: RE: Call - Justin Joseph (without prejudice)

| | **EXTERNAL EMAIL**

Hi Rachel,

Your last email was a little unclear. Are you checking with your client? Please let us know what their final and best offer is. Thanks.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

| Chambers and | IFLR1000 | Asia Law | Media Law | Venture |
| Partners APAC | 2020 | 2020 | International | Intelligence |
| 2020 | | | 2019 | |

Leading Practitioners

**TRUE COPY**

**954**

50

163

Leading Law Firm in
Employment and Real
Estate

Ranked for M&A
and Private Equity

Ranked for Corp and M&A, Dispute
Resolution, Labour & Employment,
Construction & Real Estate and TMT

Top 15 Legal
Advisors Mergers &
Acquisitions 2017

30

INTERNET EMAIL CONFIDENTIALITY NOTICE

attorney client or attorney work product privilege intended for the addressee. If this message is not the first in the privileged or confidential contents of this message to anyone, you may not the intended recipient, any use, distribution, or printing of this message is strictly prohibited. If you received this message in error please notify the sender immediately if you or your employees do not consent to receiving privileged messages of this as the instant document information. Please advise that do not relate to the business of our firm that we understand had concerned and not endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

🖶 *Please consider the environment before printing this email*

From: Strickland, Rachel <RStrickland@willkie.com>
Sent: Wednesday, December 6, 2023 9:22 PM
To: 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>
Cc: Akshata Benegal <akshata.benegal@poovayya.net>; Atul Gupta <Atul.Gupta@trilegal.com>;
Kunal Gupta <Kunal.Gupta@trilegal.com>; Lavanya B Ananth <Lavanya.Ananth@trilegal.com>;
Littman, A. Kristina <AKLittman@willkie.com>; Manu Kulkarni <manu@poovayya.net>; Mohammed
Shameer <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; Paul
Gross <paul.gross@near.com>; Raavi Gupta <Raavi.Gupta@trilegal.com>; Sayan Ghose
<Sayan.Ghose@trilegal.com>; Shagun Singh <shagun.singh@poovayya.net>; Wiseroy Damodaran
<Wiseroy.Damodaran@trilegal.com>; siddhartha@poovayya.net; smruthi.prahalad@poovayya.net;
varnika.sharma@poovayya.net
Subject: RE: Call - Justin Joseph (without prejudice)

We will do so. Just clarifying that what you wrote below "will not negotiate below $700,000" is not
within the realm of the possible for NEAR.

Rachel C. Strickland
Willkie Farr & Gallagher LLP
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8544 | Fax: +1 212 728 8111
rstrickland@willkie.com | vCard | www.willkie.com bio

From: Dharmendra Chatur <dharmendra.chatur@poovayya.net>
Sent: Wednesday, December 6, 2023 10:48 AM
To: Strickland, Rachel <RStrickland@willkie.com>
Cc: Akshata Benegal <akshata.benegal@poovayya.net>; Atul Gupta <Atul.Gupta@trilegal.com>;
Kunal Gupta <Kunal.Gupta@trilegal.com>; Lavanya B Ananth <Lavanya.Ananth@trilegal.com>;
Littman, A. Kristina <AKLittman@willkie.com>; Manu Kulkarni <manu@poovayya.net>; Mohammed
Shameer <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; Paul
Gross <paul.gross@near.com>; Raavi Gupta <Raavi.Gupta@trilegal.com>; Sayan Ghose
<Sayan.Ghose@trilegal.com>; Shagun Singh <shagun.singh@poovayya.net>; Wiseroy Damodaran
<Wiseroy.Damodaran@trilegal.com>; siddhartha@poovayya.net; smruthi.prahalad@poovayya.net;
varnika.sharma@poovayya.net
Subject: Re: Call - Justin Joseph (without prejudice)

**\*\*\*EXTERNAL EMAIL \*\*\***

Rachel and Kristina,

If you're unwilling to tell us what your client's best and final offer is, we won't be able to secure our
client's instructions. If no counter offer is forthcoming, I agree that this process can be wrapped up.

On Wed, 6 Dec 2023 at 9:01 PM, Strickland, Rachel <RStrickland@willkie.com> wrote:

TRUE COPY

**955**

164

It can be an admin claim yes.  $700,000 is not feasible so if that is your best and final, we should wrap this up now.

37

Rachel C. Strickland
Willkie Farr & Gallagher LLP
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8544 | Fax: +1 212 728 8111
rstrickland@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayva.net>
Sent: Wednesday, December 6, 2023 10:30 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Atul Gupta' <Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>; 'Manu
Kulkarni' <manu@poovayva.net>; siddhartha@poovayva.net; 'Dharmendra Chatur'
<dharmendra.chatur@poovayva.net>; varnika.sharma@poovayva.net; 'Lavanya B Ananth'
<Lavanya.Ananth@trilegal.com>; 'Mohammed Shameer' <Mohammed.Shameer@trilegal.com>;
Mordkoff, Andrew <amordkoff@willkie.com>; 'Raavi Gupta' <Raavi.Gupta@trilegal.com>; 'Sayan
Ghose' <Sayan.Ghose@trilegal.com>; 'Wiseroy Damodaran' <Wiseroy.Damodaran@trilegal.com>;
smruthi.prahalad@poovayva.net; 'Shagun Singh' <shagun.singh@poovayva.net>; Strickland, Rachel
<RStrickland@willkie.com>; 'Paul Gross' <paul.gross@near.com>
Subject: RE: Call - Justin Joseph (without prejudice)

|| ⟨⟨⟨⟨⟨⟨⟨⟨ *** EXTERNAL EMAIL *** ⟩⟩⟩⟩⟩⟩⟩⟩

Please let us know what your client's final and best offer is, so that we can check with our client. Please
also clarify if our client's claim will be treated as an 'administrative claim'.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayva.net |

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

| Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|
| Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

NOTICE ... PRIVATE NOTICE

[illegible disclaimer text] ... may be confidential ... this message, if ... you are not the first addressee ... disclosed in ... for delivery of the contents to such person ... any not copy or ... please delete ... if you should destroy ... notify the sender by return e-mail. Please advise me and ... our employee do not consent to ... email messages of this kind opinions, conclusions and ... this message that do not relate to ... legal opinions of our firm ... are stated as being given on ... by it. Institutional opinions are issued on the firm ... message by its partners ... only, if it expresses the ... of the firm.

🖶 Please consider the environment before printing this email.

11

TRUE COPY

**956**

52

165                                   38

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Wednesday, December 6, 2023 8:44 PM
To: 'Akshata Benegal' <akshata.benegal@poovayya.net>
Cc: 'Atul Gupta' <Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>; 'Manu Kulkarni' <manu@poovayya.net>; siddhartha@poovayya.net; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; varnika.sharma@poovayya.net; 'Lavanya B Ananth' <Lavanya.Ananth@trilegal.com>; 'Mohammed Shameer' <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Raavi Gupta' <Raavi.Gupta@trilegal.com>; 'Sayan Ghose' <Sayan.Ghose@trilegal.com>; 'Wiseroy Damodaran' <Wiseroy.Damodaran@trilegal.com>; smruthi.prahalad@poovayya.net; 'Shagun Singh' <shagun.singh@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; 'Paul Gross' <paul.gross@near.com>
Subject: RE: Call - Justin Joseph (without prejudice)

To be clear, are you saying that $700,000 is your final offer and your client will not accept any amount below that?

Kristy.

A. Kristina Littman
Willkie Farr & Gallagher LLP
1675 K Street, N.W. | Washington, DC 20006-1238.
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Wednesday, December 6, 2023 10:16 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Atul Gupta' <Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>; 'Manu Kulkarni' <manu@poovayya.net>; siddhartha@poovayya.net; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; varnika.sharma@poovayya.net; 'Lavanya B Ananth' <Lavanya.Ananth@trilegal.com>; 'Mohammed Shameer' <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Raavi Gupta' <Raavi.Gupta@trilegal.com>; 'Sayan Ghose' <Sayan.Ghose@trilegal.com>; 'Wiseroy Damodaran' <Wiseroy.Damodaran@trilegal.com>; smruthi.prahalad@poovayya.net; 'Shagun Singh' <shagun.singh@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; 'Paul Gross' <paul.gross@near.com>
Subject: RE: Call - Justin Joseph (without prejudice)

**EXTERNAL EMAIL**

Hi Kristina,

We have discussed with our client. Since your client is combining all monetary demands into a single offer, the same should be much higher. Given your client's financial situation, our client is willing to consider a lower compensation amount from his original claim but will not negotiate below $700,000. Please also confirm if our client's claim will be treated as an 'administrative claim'.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

12

TRUE COPY

83

**957**

166

T: +91 80 4656 3000
F: +91 80 4656 3088

39

| Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|
| Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privilege, confidential information may be contained in this message. If you are not the first addressee indicated in this message the responsible for delivery of this message to such person), you may not copy or deliver this message to anyone. In such case, you should promptly destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm only executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

*Please consider the environment before printing this email*

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Tuesday, December 5, 2023 6:09 PM
To: Akshata Benegal <akshata.benegal@poovayya.net>
Cc: Atul Gupta <Atul.Gupta@trilegal.com>; Kunal Gupta <Kunal.Gupta@trilegal.com>; Manu Kulkarni <manu@poovayya.net>; siddhartha@poovayya.net; Dharmendra Chatur <dharmendra.chatur@poovayya.net>; varnika.sharma@poovayya.net; Lavanya B Ananth <Lavanya.Ananth@trilegal.com>; Mohammed Shameer <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; Raavi Gupta <Raavi.Gupta@trilegal.com>; Sayan Ghose <Sayan.Ghose@trilegal.com>; Wiseroy Damodaran <Wiseroy.Damodaran@trilegal.com>; smruthi.prahalad@poovayya.net; Shagun Singh <shagun.singh@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; Paul Gross <paul.gross@near.com>
Subject: RE: Call - Justin Joseph (without prejudice)

We are combining the monetary demands into one offer, we are not engaging in three separate negotiations. Do you have a counter offer to our monetary offer of $250,000?

As for the third party, that is only if Near Intelligence, Inc. is in bankruptcy at the time that the agreement is reached. We have full authority at this time, but the requested release and indemnification would bind that party. If that party is in bankruptcy proceedings those provisions would require additional approvals.

Kristy

On December 5, 2023 at 3:02:24 AM EST, Akshata Benegal <akshata.benegal@poovayya.net> wrote:

**EXTERNAL EMAIL**

Ms. Littman,

Thank you for your email. We have discussed your proposal with our client and are instructed to state that the monetary compensation offered by your client is significantly lower than the amount proposed by our client.

TRUE COPY

13

**958**

5 ?

167                                                                 u0

Our client's annual salary, from January 2023, was fixed as $250,000, i.e., $175,000 as base compensation + $75,000 as annual bonus. It was converted to INR as approximately INR 1,40,00,000 as base compensation + INR 60,00,000 as annual bonus. Please find attached our client's pay slip for April 2023. Your client may check records of NIPL and Near Intelligence Inc. as well as with the relevant finance teams to verify these details.

Further, as discussed over our call on Friday December 01, 2023, our client has dedicated most of his career towards the business and NIPL itself, with utmost sincerity and integrity. The demand made by your client for our client to resign from his employment will leave him unemployed and in a very difficult situation, which is unfair as our client is not responsible for the condition in which Near Intelligence Inc. is in today, and was never involved in any of the allegedly illegal activities or misconduct alleged by your client against certain other officers. In fact, your client and you have confirmed that no allegations have been made against our client and that the investigation that you are conducting is not against our client.

Our client had also claimed compensation for defaming his name and reputation, mental harassment, discrimination, and agony faced by our client since September 30, 2023, which your client does not seem to have considered. Regarding the RSU amounts, we are instructed that the agreement with respect to the RSUs granted to our client is a public document and available on the Morgan Stanley e*trade portal. The 'Grant Number' is **ES-314**. We request your client to consider these claims as well.

Our client's demands are reasonable and have been made keeping in mind the financial situation that your client is in, currently. We therefore request your client to be fair to our client and consider his request.

We note that in your email, you have indicated that the offer made by your client is contingent upon our client's agreement to cooperate as requested, and 'will need to be approved by a third party'. Please provide us with more information on this as it seems as though the offer being made to our client is without any assurance or certainty.

We look forward to your response.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

| Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|
| Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

Please consider the environment before printing this email

14



TRUE COPY

55
**959**

168

41

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Sunday, December 3, 2023 11:31 PM
To: 'Akshata Benegal' <akshata.benegal@poovayya.net>
Cc: 'Atul Gupta' <Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>;
'Manu Kulkarni' <manu@poovayya.net>; siddhartha@poovayya.net; 'Dharmendra Chatur'
<dharmendra.chatur@poovayya.net>; varnika.sharma@poovayya.net; 'Lavanya B Ananth'
<Lavanya.Ananth@trilegal.com>; 'Mohammed Shameer'
<Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>;
'Raavi Gupta' <Raavi.Gupta@trilegal.com>; 'Sayan Ghose' <Sayan.Ghose@trilegal.com>;
'Wiseroy Damodaran' <Wiseroy.Damodaran@trilegal.com>;
smruthi.prahalad@poovayya.net; 'Shagun Singh' <shagun.singh@poovayya.net>;
Strickland, Rachel <RStrickland@willkie.com>; 'Paul Gross' <paul.gross@near.com>
Subject: RE: Call - Justin Joseph (without prejudice)

Ms. Benegal,

I have consulted with my client and we can agree to your requests below relating to a
release, indemnification and a written notice to Near employees. In light of your monetary
demand that was communicated on our call on Friday, December 1, 2023, my client is
increasing its offer of monetary consideration from one-year salary for Mr. Joseph, to
$250,000 USD. My understanding is that Mr. Joseph's annual salary is not $240,000, as
your colleague suggested on our call, rather his annual salary is less than $200,000. As
such, this increased offer is significant in light of the company's current condition. This
offer is contingent upon Mr. Joseph's agreement to fulfill all of the cooperation that we
have outlined previously and will need to be approved by a third party once the company is
in bankruptcy proceedings.

Please let me know whether this monetary amount is acceptable to your client so that we
can move forward with appropriate documentation for this agreement.

Kristy

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Tuesday, November 28, 2023 11:33 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Atul Gupta' <Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>;
'Manu Kulkarni' <manu@poovayya.net>; siddhartha@poovayya.net; 'Dharmendra Chatur'
<dharmendra.chatur@poovayya.net>; varnika.sharma@poovayya.net; 'Lavanya B Ananth'
<Lavanya.Ananth@trilegal.com>; 'Mohammed Shameer'
<Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>;
'Raavi Gupta' <Raavi.Gupta@trilegal.com>; 'Sayan Ghose' <Sayan.Ghose@trilegal.com>;
'Wiseroy Damodaran' <Wiseroy.Damodaran@trilegal.com>;

15

TRUE COPY

56

169

smruthi.prahalad@poovayya.net; 'Shagun Singh' <shagun.singh@poovayya.net>;
Strickland, Rachel <RStrickland@willkie.com>; 'Paul Gross' <paul.gross@near.com>
Subject: RE: Call - Justin Joseph (without prejudice)

u2

EXTERNAL EMAIL

Ms. Littman,

We note that the list of conditions in your email below now includes additional conditions, including that our client resign from employment and directorship of Near Intelligence Private Limited ("NIPL"), which was never mentioned earlier. As you are aware, our client has been part of the Near Intelligence group of companies from the very beginning and has dedicated over fourteen years of his career to the business and organisation.

Firstly, our client is an employee and director of NIPL, and not Near Intelligence Inc. We have not seen any authorisation from NIPL to Near Intelligence Inc. that such demand, i.e., our client resign, be made on its behalf. It is apparent that the condition for our client to resign is being made as your client is aware that they have no right, authority, or legal grounds to terminate our client's employment. Further, as you have indicated earlier, the ongoing investigation that you are conducting is not against our client and no allegations have been made against our client. Therefore, your client's demand that our client resign from employment is effectively a termination of his employment without cause and our client is entitled to be adequately and fairly compensated for the same.

Regarding indemnification, Article 88. of the Articles of Association is not adequate as it contains certain exceptions. Given that the only reason our client was unable to carry out any filings was due to the illegal actions of certain officers of Near Intelligence Inc. by blocking his access to work accounts, the indemnification given by Near Intelligence Inc. and NIPL must be unconditional and our client must be released from all liability.

We are instructed that in view of the foregoing, and without prejudice, our client is agreeable to cooperating with your client, subject to the following requirements being met:

1. Near Intelligence Inc. and its subsidiaries including NIPL will issue an undertaking, in writing, unconditionally indemnifying our client against any proceedings / actions / claims that may be initiated against our client or involving our client in any way, arising from anything relating to Near Intelligence Inc, NIPL or any other related entities;

2. Near Intelligence Inc. and its subsidiaries including NIPL will, in writing, unconditionally release our client from any and all liabilities in respect of any past, existing or future claims, actions, legal proceedings, etc. vis-a-vis Near Intelligence Inc, NIPL or any other related entities.

2. Our client be paid a fair compensation in view of your client's demand that he resign from employment and directorship, and for defaming his name and reputation and the agony and trauma caused to our client by your client's unprofessional, unethical and illegal actions as mentioned in our legal notice. We can discuss this in more detail; and

4. An official statement from Near Intelligence Inc. and NIPL, to all employees of NIPL and its parent entities, clarifying that no allegations have been made against our client, and that the investigation being conducted by you is not against our client.

We look forward to your response.

Warm regards,

Akshata Benegal

16

**TRUE COPY**

57.
**961**

170

u3

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

Important Notice: This email message is intended to be received only by persons entitled to receive
the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP
presumptively contain information that is confidential and legally privileged; email messages to non-
clients are normally confidential and may also be legally privileged. Please do not read, copy, forward
or store this message unless you are an intended recipient of it. If you have received this message in
error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in
the United States under the laws of the State of Delaware, which laws limit the personal liability of
partners.

Important Notice: This email message is intended to be received only by persons entitled to receive
the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP
presumptively contain information that is confidential and legally privileged; email messages to non-
clients are normally confidential and may also be legally privileged. Please do not read, copy, forward
or store this message unless you are an intended recipient of it. If you have received this message in
error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in
the United States under the laws of the State of Delaware, which laws limit the personal liability of
partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the
confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP
presumptively contain information that is confidential and legally privileged; email messages to non-clients are
normally confidential and may also be legally privileged. Please do not read, copy, forward or store this
message unless you are an intended recipient of it. If you have received this message in error, please forward
it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the
laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential
information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain
information that is confidential and legally privileged; email messages to non-clients are normally confidential and may
also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended
recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a
limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the
personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential
information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain
information that is confidential and legally privileged; email messages to non-clients are normally confidential and may
also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended
recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a
limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the
personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential
information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain
information that is confidential and legally privileged; email messages to non-clients are normally confidential and may
also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended
recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a
limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the
personal liability of partners.

17

TRUE COPY

58

171

44

nirnay.shanbough@poovayya.net

| | |
|---|---|
| From: | Akshata Benegal <akshata.benegal@poovayya.net> |
| Sent: | Tuesday, November 21, 2023 10:48 PM |
| To: | 'Littman, A. Kristina' |
| Cc: | 'Atul Gupta'; 'Kunal Gupta'; 'Manu Kulkarni'; 'Dharmendra Chatur'; 'Lavanya B Ananth'; 'Mohammed Shameer'; 'Mordkoff, Andrew'; 'Raavi Gupta'; 'Sayan Ghose'; 'Wiseroy Damodaran'; smruthi.prahalad@poovayya.net; 'Strickland, Rachel'; 'Paul Gross' |
| Subject: | RE: Call – Justin Joseph (without prejudice) |

Ms. Littman,

As you are aware and have also acknowledged in your email below, despite having received the legal notice dated October 14, 2023 issued on behalf our client, Mr. Justin Joseph (the "Legal Notice"), none of the addressees including Near Intelligence Inc. ("Near Inc"), have responded to the same till date. You had indicated in your email dated November 03, 2023, that Trilegal will be responding to the Legal Notice. However, it has been over a month and we have not received any response. It is also strange that you are now seeking a copy of our client's employment agreement as this is a document that is part of company records and ought to be accessible to your client. In any event, we reiterate the contents of our Legal Notice.

Further, with respect to the list of requests in your email, please note that this is the first time such a request is being made to our client.

Without prejudice to the foregoing, please note that your allegations that our client is not participating or complying with the requirements listed in your email are completely baseless and false, in light of the following.

As you are aware, your client, despite having absolutely no authority, completely disabled our client from performing any duties as a director of NIPL by blocking our client's access to his official email, company records, books, and other accounts since September 30, 2023. In fact, certain officers of your client even made public announcements to various employees of Near Inc. that our client has been put on "administrative leave' in view of a purported internal inquiry that was being conducted by Near Inc. Admittedly, no allegations of any kind have been made against our client. Our client has never received any official communication or explanation regarding the actions taken by Near Inc. and its officers, till date.

Please also note that the aforementioned actions are illegal and amount to an illegal interference with the day to day operations of NIPL, which is a completely distinct and separate corporate entity under Indian law. Our client is an employee and director of NIPL, not of Near Inc. Any actions against our client could have been taken only by NIPL, and Near Inc. has no such authority.

Please note that any statutory penalties incurred by NIPL are solely attributable to the illegal acts of Near Inc., and our client is not liable for the same. In fact, since our client's access was blocked on September 30, 2023, our client cannot be termed as an officer of NIPL as he has not been involved in the day to day affairs and management of the company since September 30, 2023 till date due to your illegal actions.

We are instructed that if Near Inc. and NIPL require our client to carry out any actions as a director of NIPL, our client's access to his accounts must be reinstated immediately, and Near Inc. and NIPL must furnish a written undertaking in favour of our client to indemnify him against any actions that may be taken against our client due to the illegal actions of Near Inc.

Our client reserves all rights.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

TRUE COPY

1

**963**



172   uS

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088



| BANGALORE | NEW DELHI |

| INDIA BUSINESS LAW JOURNAL 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| M&RU WINNING LAW FIRM 2020 | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

🖶 Please consider the environment before printing this email

- - -   - - - - - -   - -   - - - - - -   - -   - - - -   - -   - - - -   - -   - - -   - -   - -

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Monday, November 20, 2023 11:03 PM
To: 'Akshata Benegal' <akshata.benegal@poovayya.net>
Cc: 'Atul Gupta' <Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Lavanya B Ananth' <Lavanya.Ananth@trilegal.com>; 'Mohammed Shameer' <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Raavi Gupta' <Raavi.Gupta@trilegal.com>; 'Sayan Ghose' <Sayan.Ghose@trilegal.com>; 'Wiseroy Damodaran' <Wiseroy.Damodaran@trilegal.com>; smruthi.prahalad@poovayya.net; Strickland, Rachel <RStrickland@willkie.com>; 'Paul Gross' <paul.gross@near.com>
Subject: RE: Call - Justin Joseph (without prejudice)

Ms. Benegal,

I'm sorry to hear about Mr. Joseph's wife. I hope that her condition has improved.

I also hope that by now you have had an opportunity to speak with Mr. Joseph about his cooperation. My client needs to know whether Mr. Joseph will cooperate and we cannot agree to additional delays. Please respond within 24 hours to let us know whether Mr. Joseph will cooperate with our request for an investigative interview and with the requests outlined in the list below.

As I am certain Mr. Joseph is aware, as a director of the Near Intelligence Private Limited (the Company), several statutory and other obligations concerning the Company's business are well past their due dates and may results in penalties and other adverse consequences to the Company. These obligations can only be met with active participation of a director of the Company and are set out in the non-exhaustive list below. These are requests that we and Trilegal have made to your client in prior discussions with you. Mr. Joseph's continued non-participation and non-compliance with these requirements is in breach of his duties as a director of the Company. All liabilities and penalties which the Company may be exposed to because of your client's continued non-participation and non-compliance are attributable to Mr. Joseph in his role as a director.

1. Paying withholding taxes / TDS for September, October and November 2023 (and the future months) on behalf of the Company.

2

TRUE COPY

**964**

60

173   46

2. Assistance on payroll including payment of employee provident fund contribution for September, October and November 2023 on behalf of the Company.
3. Addition of bank signatories (of the Company) for making payments to vendors, credit card payments etc.
4. Conducting the annual general meeting of the Company for FY 2022-23 for, inter alia, adopting the consolidated financial statements for FY 2022-23.
5. Filing of: (a) consolidated financial statements (in form AOC-4); and (b) annual return (in form MGT-7), of the Company for FY 2022-23 as required under Section 137 and 92 of the Companies Act, 2013.
6. Filing of audit report of the Company with the Income Tax Department.
7. Filing of transfer pricing certificate (form 3CEB) of the Company with the Income Tax Department.
8. Filing of TDS returns of the Company for the third quarter i.e. July to September 2023.
9. Filing of income tax return of the Company – March 2023 and payment of tax for March 2023.
10. Filing of GST Returns of Near India for Q3 - GSTR 1 and GSTR 3B.
11. Filing an application on the Company's behalf for claiming GST refund.

We look forward to hearing from you in the next 24 hours. Can you also please share the employment agreement that you reference in your October 14, 2023 Legal Notice?

Best,
Kristy Littman

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Friday, November 17, 2023 9:40 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Atul Gupta' <Atul.Gupta@trilegal.com>; 'Kunal Gupta' <Kunal.Gupta@trilegal.com>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Lavanya B Ananth' <Lavanya.Ananth@trilegal.com>; 'Mohammed Shameer' <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Raavi Gupta' <Raavi.Gupta@trilegal.com>; 'Sayan Ghose' <Sayan.Ghose@trilegal.com>; 'Wiseroy Damodaran' <Wiserov.Damodaran@trilegal.com>; smruthi.prahalad@poovayya.net
Subject: RE: Call - Justin Joseph (without prejudice)



Hi Kristina,

Justin's wife is unwell and was admitted into the hospital yesterday. We have not been able to discuss this with him in detail as he has been understandably caught up. We will check with him and come back to you at the earliest.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088



| BANGALORE | NEW DELHI |

3   






**965**

174    47

| INDIA BUSINESS LAW JOURNAL 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| LAW FIRM 2020 | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

*Please consider the environment before printing this email*

---

**From:** Littman, A. Kristina <AKLittman@willkie.com>
**Sent:** Friday, November 17, 2023 5:57 PM
**To:** Dharmendra Chatur <dharmendra.chatur@poovayya.net>
**Cc:** Akshata Benegal <akshata.benegal@poovayya.net>; Atul Gupta <Atul.Gupta@trilegal.com>; Kunal Gupta <Kunal.Gupta@trilegal.com>; Lavanya B Ananth <Lavanya.Ananth@trilegal.com>; Mohammed Shameer <Mohammed.Shameer@trilegal.com>; Mordkoff, Andrew <amordkoff@willkie.com>; Raavi Gupta <Raavi.Gupta@trilegal.com>; Sayan Ghose <Sayan.Ghose@trilegal.com>; Wiseroy Damodaran <Wiseroy.Damodaran@trilegal.com>; smruthi.prahalad@poovayya.net
**Subject:** Re: Call - Justin Joseph (without prejudice)

Can you please let us know whether Justin will cooperate with our requests that were communicated to you earlier this week?

Kristy

---

On November 15, 2023 at 9:20:04 AM EST, Littman, A. Kristina <AKLittman@willkie.com> wrote:

There will be a call. I'm sending it shortly.

---

On November 15, 2023 at 9:11:40 AM EST, Dharmendra Chatur <dharmendra.chatur@poovayya.net> wrote:


**EXTERNAL EMAIL**

Hi Kristina - since we haven't received a zoom invitation yet, we presume that there won't be a call today.

Warm regards,
Dharmendra Chatur
Partner
M: +91 98444 64413 | O: +91 80 4656 3000
E: dharmendra.chatur@poovayya.net |
A: Level Four, The Estate, 121 Dickenson Road, Bengaluru 560042 | D-25
Nizamuddin East, New Delhi 110 001 India

TRUE COPY

**966**

62

175   u8

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

On Wed, 15 Nov 2023 at 19:07, Dharmendra Chatur <dharmendra.chatur@poovayya.net> wrote:

Dear Kristina:

Thank you - we will wait for the zoom invitation for 7.30pm IST. Please also let us know if we can expect a response to our legal notice today. No response has been received since October 14, 2023.

Warm regards,
Dharmendra.

On Wed, 15 Nov 2023 at 5:48 PM, Littman, A. Kristina <AKLittman@willkie.com> wrote:

Thank you. I can talk at 7:30pm IST. I will circulate a zoom invitation before that time.

Kristy

On November 15, 2023 at 12:01:42 AM EST, Akshata Benegal <akshata.benegal@poovayya.net> wrote:



Hi Ms. Littman,

Can we have the call any time after 6 PM IST today (November 16th, 2023)? I had suggested this in my earlier email which I think may have been missed. I am attaching the email for convenience and completeness. Please let us know if this time slot works or if you prefer any other time slot.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570
| akshata.benegal@poovayya.net |

TRUE COPY

5

**967**

176      49

# Poovayya & Co.
ADVOCATES & SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

| INDIA BUSINESS LAW JOURNAL AWARD WINNING LAW FIRST 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Me Into |
|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leadin |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you indicated in this message (or responsible for delivery of the message to such person), you r message to anyone. In such case, you should destroy this message and kindly notify the sender immediately if you or your employer do not consent to internet email for messages of this kin other information in this message that do not relate to the official business of our firm shall be nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Ac not be considered as a formal legal opinion issued by the firm.

Please consider the environment before printing this email

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Littman, A. Kristina
<AKLittman@willkie.com>
Sent: Wednesday, November 15, 2023 1:08 AM
To: 'Raavi Gupta'
<Raavi.Gupta@trilegal.com>; Atul Gupta
<Atul.Gupta@trilegal.com>; Kunal Gupta
<Kunal.Gupta@trilegal.com>;
dharmendra.chatur@poovayya.net;
akshata.benegal@poovayya.net;
smruthi.prahalad@poovayya.net; Wiseroy Damodaran
<Wiseroy.Damodaran@trilegal.com>;
Mohammed Shameer
<Mohammed.Shameer@Trilegal.com>;
Sayan Ghose <Sayan.Ghose@Trilegal.com>;
Lavanya B Ananth
<Lavanya.Ananth@Trilegal.com>
Cc: Mordkoff, Andrew
<amordkoff@willkie.com>
Subject: RE: Call - Justin Joseph (without prejudice)

Ms. Benegal,

6

TRUE COPY

6ズ.

177          50

I am following up on my email below. I understand that you have been out of the office for the holiday festivities. When you return to the office, can we please arrange a time to speak?

Best,
Kristy Littman


A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC
20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard |
www.willkie.com bio

From: Littman, A. Kristina
<AKLittman@willkie.com>
Sent: Thursday, November 9, 2023 1:04 PM
To: 'Raavi Gupta'
<Raavi.Gupta@trilegal.com>; Atul Gupta
<Atul.Gupta@trilegal.com>; Kunal Gupta
<Kunal.Gupta@trilegal.com>;
dharmendra.chatur@poovayya.net;
akshata.benegal@poovayya.net;
smruthi.prahalad@poovayya.net; Wiseroy
Damodaran
<Wiseroy.Damodaran@trilegal.com>;
Mohammed Shameer
<Mohammed.Shameer@Trilegal.com>;
Sayan Ghose <Sayan.Ghose@Trilegal.com>;
Lavanya B Ananth
<Lavanya.Ananth@Trilegal.com>
Subject: RE: Call - Justin Joseph (without prejudice)

Ms. Benegal,

Do you have sometime today/tonight for a brief follow-up call? I would like to share an additional request with you. It should not take long.

Best,
Kristy Littman


A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC
20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard |
www.willkie.com bio

7          **TRUE COPY**

65
**969**

178

Я

-----Original Appointment-----
From: Raavi Gupta
<Raavi.Gupta@trilegal.com>
Sent: Friday, November 3, 2023 8:18 AM
To: Atul Gupta; Kunal Gupta; Littman, A.
Kristina;
dharmendra.chatur@poovayya.net;
akshata.benegal@poovayya.net;
smruthi.prahalad@poovayya.net; Wiseroy
Damodaran; Mohammed Shameer; Sayan
Ghose; Lavanya B Ananth
Subject: Call - Justin Joseph (without
prejudice)
When: Tuesday, November 7, 2023 8:00
PM-9:00 PM (UTC+05:30) Chennai, Kolkata,
Mumbai, New Delhi.
Where: Microsoft Teams Meeting

EXTERNAL EMAIL

Microsoft Teams meeting

Join on your computer, mobile app or room
device
Click here to join the meeting

Meeting ID: 498 014 226 917
Passcode: EKfPmJ
Download Teams | Join on the web

Learn More | Meeting options

Warm regards,

Raavi Gupta
Executive Assistant

**CONFIDENTIALITY NOTE**
This communication (including any accompanying documents) is intended only for the use of the addressee(s) and co
PRIVILEGED AND CONFIDENTIAL. Unauthorized reading, dissemination, distribution or copying of this communicatior
received this communication in error, please notify us immediately at https://www.trilegal.com/offices/ and promptl
communication. This email has been scanned for viruses and malware and has been automatically archived. Thank yc

8

TRUE COPY

**970**

66

### Disclaimer    179    52

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain



TRUE COPY

180

**971**

information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

TRUE COPY

10

**972**

68

181                                    54

nirnay.shanbough@poovayya.net

| From: | Akshata Benegal <akshata.bénegal@poovayya.net> |
| Sent: | Friday, February 2, 2024 04:58 PM |
| To: | 'Littman, A. Kristina' |
| Cc: | 'Manu Kulkarni'; 'Dharmendra Chatur'; 'Smruthi Prahalad'; 'Nirnay Shanbough' |
| Subject: | RE: Justin Joseph |

Ms. Littman,

We have taken Near's offer to our client and he is considering the same. We will come back to you on this next week.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



Poovayya & Co.
ADVOCATES  SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088


vaHu
WINNER

|   INDIA BUSINESS LAW JOURNAL  AWARD WINNING LAW FIRM 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

📧 Please consider the environment before printing this email

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Friday, February 2, 2024 8:10 AM
To: Dharmendra Chatur <dharmendra.chatur@poovayya.net>; Akshata Benegal <akshata.benegal@poovayya.net>
Subject: Justin Joseph

Mr. Chatur and Ms. Benegal,

Have you had an opportunity to speak with your client about Near's offer?

Best,
Kristy Littman

1

TRUE COPY

182

**973**

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

TRUE COPY

2

**974**

70

183

56

**Sathyasagar Mithra**

| | |
|---|---|
| From: | Akshata Benegal <akshata.benegal@poovayya.net> |
| Sent: | Tuesday, April 16, 2024 11:24 AM |
| To: | 'Littman, A. Kristina' |
| Cc: | 'Manu Kulkarni'; 'Dharmendra Chatur'; 'Smruthi Prahalad'; 'Nirnay Shanbough'; 'Strickland, Rachel'; 'Mordkoff, Andrew' |
| Subject: | RE: Justin Joseph |

Noted, Kristina. Thanks. We will wait for the draft.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



Poovayya & Co.
ADVOCATES    SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088


vaHu
WINNER

| INDIA BUSINESS LAW JOURNAL AWARD WINNING LAW FIRM 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

*Please consider the environment before printing this email*

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Monday, April 15, 2024 10:44 PM
To: Akshata Benegal <akshata.benegal@poovayya.net>
Cc: 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; Mordkoff, Andrew <amordkoff@willkie.com>
Subject: RE: Justin Joseph

We hope to send it to you later this week.  We are just awaiting comments from one more party.

1

TRUE COPY

57

Kristy

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Monday, April 15, 2024 10:18 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Smruthi
Prahalad' <smruthi.prahalad@poovayya.net>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; Strickland,
Rachel <RStrickland@willkie.com>; Mordkoff, Andrew <amordkoff@willkie.com>
Subject: RE: Justin Joseph

EXTERNAL EMAIL

Hi Kristina,

Just following up on by when we can expect to have the draft settlement agreement. Do let me know if you require
anything further from our end. Thanks.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



| Poovayya & Co. | The Estate, Level Four |  |
| ADVOCATES SOLICITORS | 121 Dickenson Road | |
| | Bangalore 560 042 | vahu |
| | | |
| | T: +91 80 4656 3000 | |
| | F: +91 80 4656 3088 | WINNER |
| BANGALORE | NEW DELHI | | |

| INDIA BUSINESS LAW JOURNAL : 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| AWARD WINNING LAW FIRM 2020 | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee
indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this
message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and
other information in this message that do not relate to the official business of our firm shall be understood as neither given
nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall
not be considered as a formal legal opinion issued by the firm.

Please consider the environment before printing this email



2

TRUE COPY

**976**

72

185        58

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Friday, April 5, 2024 2:26 AM
To: Akshata Benegal <akshata.benegal@poovayya.net>
Cc: 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; Mordkoff, Andrew <amordkoff@willkie.com>
Subject: RE: Justin Joseph

Thank you Akshata. We are working with counsel in India to get you a draft of the settlement agreement. I hope to get it to you shortly.

Best,
Kristy


A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Wednesday, April 3, 2024 3:54 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; Mordkoff, Andrew <amordkoff@willkie.com>
Subject: RE: Justin Joseph

 EXTERNAL EMAIL

Hi Kristina,

Please find attached our client's employment agreement with Near India Private Limited. Please note that this agreement was signed in 2021, and the remuneration has been revised since then. Let us know if you require anything else. We look forward to the draft settlement agreement and hope you can send this to us at the earliest.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

Poovayya & Co.
ADVOCATES & SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

 VAHU WINNER

| | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Low 2020 | Media Law International 2019 | Venture Intelligence |

Leading Practitioners

3

TRUE COPY



| INDIA BUSINESS LAW JOURNAL | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

Please consider the environment before printing this email

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Thursday, March 28, 2024 9:10 PM
To: Akshata Benegal <akshata.benegal@poovayva.net>
Cc: 'Manu Kulkarni' <manu@poovayva.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayva.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayva.net>; 'Nirnay Shanbough' <nirnav.shanbough@poovayva.net>; Strickland, Rachel <RStrickland@willkie.com>; Mordkoff, Andrew <amordkoff@willkie.com>
Subject: RE: Justin Joseph

We are working with counsel in India to finalize the first draft, which I should be able to transmit shortly. First though, I need you to send me the copy you have of Mr. Joseph's employment agreement. Counsel in India needs this to complete the draft. I have asked for this several times and you have declined to provide it. Please provide it now.

Best,
Kristy Littman


A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayva.net>
Sent: Thursday, March 28, 2024 8:16 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Manu Kulkarni' <manu@poovayva.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayva.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayva.net>; 'Nirnay Shanbough' <nirnav.shanbough@poovayva.net>; Strickland, Rachel <RStrickland@willkie.com>; Mordkoff, Andrew <amordkoff@willkie.com>
Subject: RE: Justin Joseph



EXTERNAL EMAIL

Hi Kristina,

I just wanted to follow up on this. By when can we expect a draft of the settlement agreement?

TRUE COPY

**978**

7.8

187

60

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



## Poovayya & Co.
ADVOCATES & SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088


VAHU
WINNER

| INDIA BUSINESS LAW JOURNAL AWARD WINNING LAW FIRM 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you, or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

Please consider the environment before printing this email

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Tuesday, March 5, 2024 12:50 PM
To: 'Littman, A. Kristina' <AKLittman@willkie.com>
Cc: 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; 'Strickland, Rachel' <RStrickland@willkie.com>; 'Mordkoff, Andrew' <amordkoff@willkie.com>
Subject: RE: Justin Joseph

Hi Kristina,

Our client has informed us that salary increments and bonuses were determined by a compensation committee constituted by Near Inc. Our client's compensation was revised to $250,000 ($175,000 base salary + $75,000 variable pay) from January 2023. This was part of a resolution of the committee to revise the salaries of the entire executive team, including John Faeta and Gladys Kong, before Near Inc. went public. We are instructed that there are minutes for the meetings of this committee and these details are also filed with the SEC. The company's finance team and the 'Compensation and benefits' team are also aware of these revisions and will have all documentation and information available with them. As our client does not have access to his work email or any company documents, he is unable to share the same. We request you to please check internally with your client for the said documents. I hope this is helpful. Alternatively, if our client may be granted temporary access to his emails, he will pull out the necessary documents.

Do let us know once you have had a chance to check on this. Please also share with us a draft of the settlement agreement.

Warm regards,

s

TRUE COPY

**979**

188

61

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



Poovayya & Co.
ADVOCATES SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088


vahu
WINNER

| | | | | | |
|---|---|---|---|---|---|
| **INDIA BUSINESS LAW JOURNAL** WORLD FINANCE LAW FIRM **2020** | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
| | Leading Law Firm In Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

 Please consider the environment before printing this email

**From:** Littman, A. Kristina <AKLittman@willkie.com>
**Sent:** Friday, March 1, 2024 8:46 AM
**To:** 'Akshata Benegal' <akshata.benegal@poovayya.net>
**Cc:** 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; Mordkoff, Andrew <amordkoff@willkie.com>
**Subject:** RE: Justin Joseph

Akshata,

Thank you for your email below. I'm pleased that we can come to agreement on the principal terms. With respect to the variable compensation that you reference below, I am working with the company to get you an answer. I need you to send me the employment agreement in which the company promises to pay him that amount.

Best,
Kristy

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

TRUE COPY

6

**980**

76

189

62

**From:** Akshata Benegal <akshata.benegal@poovayya.net>
**Sent:** Wednesday, February 28, 2024 10:50 PM
**To:** Littman, A. Kristina <AKLittman@willkie.com>
**Cc:** 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; Mordkoff, Andrew <amordkoff@willkie.com>
**Subject:** RE: Justin Joseph



Ms. Littman,

Thank you for your email. Our client accepts your client's offer, along with the previously agreed conditions, reiterated below:

    i.    Near Intelligence Inc. and its subsidiaries including NIPL will issue an undertaking, in writing, unconditionally indemnifying our client against any proceedings / actions / claims that may be initiated against our client or involving our client in any way, arising from anything relating to Near Intelligence Inc, NIPL or any other related entities;

    ii.    Near Intelligence Inc. and its subsidiaries including NIPL will, in writing, unconditionally release our client from any and all liabilities in respect of any past, existing or future claims, actions, legal proceedings, etc. vis-a-vis Near Intelligence Inc, NIPL or any other related entities.

    iii.    An official statement from Near Intelligence Inc. and NIPL, to all employees of NIPL and its related entities, clarifying that no allegations have been made against our client, and that the investigation being conducted by you is not against our client.

We will let you draft the agreement with the terms of settlement. We are also instructed that our client is yet to receive the annual variable component of his salary (USD 75,000) for 2023, that was due to be paid at the end of January, 2024. Our client informs us that other employees have already received their variable component. Please look into this and let us have an update.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



**Poovayya & Co.**
ADVOCATES & SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088


VaHU
WINNER

| INDIA BUSINESS LAW JOURNAL AWARD-WINNING LAW FIRM 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |



7



TRUE COPY

**981**

190

63

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly this message shall not be considered as a formal legal opinion issued by the firm.

Please consider the environment before printing this email

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Wednesday, February 28, 2024 3:02 AM
To: 'Akshata Benegal' <akshata.benegal@poovayya.net>
Cc: 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; Mordkoff, Andrew <amordkoff@willkie.com>
Subject: RE: Justin Joseph

Akshata,

As you may know, the court approved the sale of the company last week to Blue Torch. The sale is scheduled to close on Thursday, February 29.

We have spoken with Blue Torch, and they have authorized us to offer Mr. Joseph a monetary settlement of $350,000, along with the previously agreed upon conditions of his cooperation. Can you please let us know by the end of the day on Wednesday, February 28 (by 10:30am IST on Thursday, February 29) whether Mr. Joseph will accept this offer? Blue Torch has indicated that this is their final offer and it needs to be accepted by this deadline in advance of the transaction closing.

Best,
Kristy

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Thursday, February 8, 2024 9:54 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>
Subject: RE: Justin Joseph



Ms. Littman,

We have discussed with our client and he has indicated that a sum of USD 200,000 is not acceptable to him.

8.  



**982**

*78*

191

*64*

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



The Estate, Level Four
121 Dickenson Road
Bangalore S60 042

T: +91 80 4656 3000
F: +91 80 4656 3088

| BANGALORE | NEW DELHI |



| INDIA BUSINESS LAW JOURNAL AWARD WINNING LAW FIRM 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

*Please consider the environment before printing this email*

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Wednesday, February 7, 2024 5:04 PM
To: Akshata Benegal <akshata.benegal@poovayya.net>
Cc: Manu Kulkarni <manu@poovayya.net>; Dharmendra Chatur <dharmendra.chatur@poovayya.net>; Smruthi Prahalad <smruthi.prahalad@poovayya.net>; Nirnay Shanbough <nirnay.shanbough@poovayya.net>
Subject: RE: Justin Joseph

My client can offer $200,000. That is our firm and final offer. There is no other room in the budget for more than that. Please let us know as soon as possible if Mr. Joseph agrees.

Kristy

On February 7, 2024 at 1:05:26 AM EST, Akshata Benegal <akshata.benegal@poovayya.net> wrote:

EXTERNAL EMAIL

Ms. Littman,

Our client's final proposal is USD 350,000 which is the amount suggested by your client earlier.

Warm regards,

9

TRUE COPY

7.9
**983**

192

65

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



Poovayya & Co.
ADVOCATES & SOLICITORS

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4655 3000
F: +91 80 4656 3088

| BANGALORE | NEW DELHI |


vaHu
.WINNER

| INDIA BUSINESS LAW JOURNAL | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| WINNING LAW FIRM 2020 | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |



INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

*Please consider the environment before printing this email*

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Wednesday, February 7, 2024 10:19 AM
To: Akshata Benegal <akshata.benegal@poovayya.net>
Cc: Manu Kulkarni <manu@poovayya.net>; Dharmendra Chatur <dharmendra.chatur@poovayya.net>; Smruthi Prahalad <smruthi.prahalad@poovayya.net>; Nirnay Shanbough <nirnay.shanbough@poovayya.net>
Subject: RE: Justin Joseph

What is the minimum amount would your client accept?

Kristy

On February 6, 2024 at 11:41:13 PM EST, Akshata Benegal <akshata.benegal@poovayya.net> wrote:

EXTERNAL EMAIL

Ms. Littman,

10

TRUE COPY

**984**

80

193      66

We have discussed your proposal with our client. The settlement amount proposed by your client is not acceptable to our client as the amount offered is much lower than the amount proposed by your client earlier.

As your client is aware, our client has been in dedicated service and employment with the Near Group for over fourteen years and is responsible for setting up the offices in India for Near Intelligence Private Limited ("NIPL"). To be paid such a minuscule amount at this stage in his career, especially since it will be difficult for him to find employment elsewhere at this point, is not feasible for our client.

Further, as your client is aware, there are no allegations or any findings of any illegal conduct or activity by our client. We are instructed that NIPL is only a cost and support centre to the Near group of companies, and does not engage in any sort of business that could facilitate any of the illegalities alleged by your client against certain other employees of the Near Group. It is, therefore, unfair for such aspersions to be made against our client.

We, therefore, request your client to consider the aforesaid circumstances and settle on a monetary amount that is fair and respectful.

Our client has also informed us that he is also entitled to his annual variable component for FY 2023, which was due to be paid with his salary for January, 2024. However, he has not received this amount as yet.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

<table>
<tr><td></td><td>The Estate, Level Four<br>121 Dickenson Road<br>Bangalore 560 042</td><td></td></tr>
<tr><td>| BANGALORE | NEW DELHI |</td><td>T: +91 80 4656 3000<br>F: +91 80 4656 3088</td><td></td></tr>
</table>

| | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. If such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

*Please consider the environment before printing this email*

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238

11

TRUE COPY

67

Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Friday, February 2, 2024 4:58 PM
To: 'Littman, A. Kristina' <AKLittman@willkie.com>
Cc: 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur'
<dharmendra.chatur@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; 'Nirnay
Shanbough' <nirnay.shanbough@poovayya.net>
Subject: RE: Justin Joseph

Ms. Littman,

We have taken Near's offer to our client and he is considering the same. We will come back to you on this
next week.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

| | | The Estate, Level Four<br>121 Dickenson Road<br>Bangalore 560 042 | | |
|---|---|---|---|---|
| | BANGALORE | NEW DELHI | | T: +91 80 4656 3000<br>F: +91 80 4656 3088 | | |
| | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney : client privileged/confidential information may be contained in this message. If you are not the first addressee
indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this
message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and
other information in this message that do not relate to the official business of our firm shall be understood as neither given
nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall
not be considered as a formal legal opinion issued by the firm.

Please consider the environment before printing this email

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Friday, February 2, 2024 8:10 AM
To: Dharmendra Chatur <dharmendra.chatur@poovayya.net>; Akshata Benegal
<akshata.benegal@poovayya.net>
Subject: Justin Joseph

Mr. Chatur and Ms. Benegal,

Have you had an opportunity to speak with your client about Near's offer?

TRUE COPY

12

**986**

82

195

68

Best,
Kristy Littman

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally

13

TRUE COPY

**987**

84

197

70

Sathyasagar Mithra

| | |
|---|---|
| From: | Akshata Benegal <akshata.benegal@poovayya.net> |
| Sent: | Friday, June 7; 2024 2:20 PM · |
| To: | 'Littman, A. Kristina' |
| Cc: | 'Justin Joseph'; 'Manu Kulkarni'; 'Dharmendra Chatur'; 'Mordkoff, Andrew'; 'Nirnay Shanbough'; 'Siddhartha George'; 'Smruthi Prahalad'; 'Strickland, Rachel'; 'Varnika Sharma' |
| Subject: | RE: Justin Joseph |

Hi Kristina,

Please let us have an update. Thanks.

Warm regards,  .

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



**Poovayya & Co.**
ADVOCATES & SOLICITORS

| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

vaHu
WINNER

| INDIA BUSINESS LAW JOURNAL 2020 AWARD WINNING LAW FIRM 2020 | Chambers and Partners APAC 2020 | 1FLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

*Please consider the environment before printing this email*

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Wednesday, May 8, 2024 9:12 PM
To: 'Littman, A. Kristina' <AKLittman@willkie.com>
Cc: 'Justin Joseph' <justinpj2000@yahoo.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; 'Mordkoff, Andrew' <amordkoff@willkie.com>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; 'Siddhartha George' <siddhartha@poovayya.net>; 'Smruthi Prahalad'



1

TRUE COPY

196

69

**988**

privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

TRUE COPY

14



198

71

<smruthi.prahalad@poovayya.net>; 'Strickland, Rachel' <RStrickland@willkie.com>; 'Varnika Sharma'
<varnika.sharma@poovayya.net>
Subject: RE: Justin Joseph

Kristina,

Our client will not perform any of the actions identified in the schedule to the Settlement Agreement without payment of the compensation amount first.

Please bear in mind that the settlement amount is not meant to be a payment for the action items sought by your client but is a compensation to our client for his future (as your client insists that our client resign from employment) and damage to his reputation (being unfairly put on administrative leave and being treated as if he is guilty of misconduct despite there being no allegations made against our client as confirmed by you). Your client's demands for instalment wise payment and performance of action items prior to payment of the settlement amount are contrary to the terms confirmed by our client. You cannot change the terms of settlement in this manner after the several rounds of negotiations we have already gone through over weeks. As I have mentioned in my earlier emails, while our client has been flexible about his variable bonus amount, any change in the terms of settlement is non-negotiable.

Further, as requested earlier, please adopt a conciliatory tone in your emails, especially when addressing our client. It is absolutely unfair to say that our client has been receiving a salary for doing nothing, when you are aware that the only reason our client is in such a situation is because your client put him on administrative leave, without following proper procedure or notifying our client of the same. It was only after our client issued a legal notice to your client that your client offered an explanation for this to our client. I, therefore, request you once again to refrain from making unnecessary comments, which are counterproductive to achieving a final closure of this dispute. We are hopeful to close this settlement ASAP, so that all parties can move on.

We will wait for your response. As mentioned in my earlier emails, our client is travelling and will return to India after 17th May 2024.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



| The Estate, Level Four
| 121 Dickenson Road
| Bangalore 560 042

| BANGALORE | NEW DELHI |

T: +91 80 4656 3000
F: +91 80 4656 3088



| INDIA BUSINESS LAW JOURNAL. | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| AWARD WINNING LAW FIRM 2020 | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

Please consider the environment before printing this email

2



TRUE COPY

**990**

86

199  72.

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Saturday, May 4, 2024 9:44 PM
To: Akshata Benegal <akshata.benegal@poovayya.net>
Cc: 'Justin Joseph' <justinpj2000@yahoo.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; 'Siddhartha George' <siddhartha@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; 'Varnika Sharma' <varnika.sharma@poovayya.net>
Subject: RE: Justin Joseph

Akshata,

The company will agree to pay Justin the full $350,000 once Anil Mathews has been removed as a director of the India subsidiary, the company's nominees have been properly appointed, and Justin resigns his directorship. These are items xii. through xv. on the Schedule I of the attached proposed settlement agreement. He also needs to assist with the GST filing today. This is the company's final offer and it is more than reasonable.

The remainder of the tasks will remain on the schedule and he is obligated to fulfill those, but his payment will be made at the time of completion of Items xii. through xv. of Schedule I.

Your client has no basis to distrust the company. They company has negotiated in good faith and compromised on several key terms of the proposed agreement. Moreover, the company has been paying his salary for months, while he does nothing.

To fulfill his assistance with the GST filing today, Justin can coordinate with Nitin Agarwal. Please respond as promptly as possible given the need to get the GST filing completed.

Kristy

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Saturday, May 4, 2024 7:34 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Justin Joseph' <justinpj2000@yahoo.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; 'Siddhartha George' <siddhartha@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; 'Varnika Sharma' <varnika.sharma@poovayya.net>
Subject: RE: Justin Joseph

**EXTERNAL EMAIL**

Kristina,

3

TRUE COPY

87
**991**

200

93

Our client is willing to assist with the GST filing subject to a written confirmation from your client, as a show of good faith, that the sum of $350,000 will be paid upfront at the time of execution of the Separation Agreement.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |



**Poovayya & Co.**
ADVOCATES SOLICITORS

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

| BANGALORE | NEW DELHI |


vaHu
"WINNER

| INDIA BUSINESS LAW JOURNAL AWARD WINNING LAW FIRM 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisers Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

 *Please consider the environment before printing this email*

**From:** Littman, A. Kristina <AKLittman@willkie.com>
**Sent:** Saturday, May 4, 2024 8:31 AM
**To:** Akshata Benegal <akshata.benegal@poovayya.net>
**Cc:** Justin Joseph <justinpj2000@yahoo.com>; Manu Kulkarni <manu@poovayya.net>; Dharmendra Chatur <dharmendra.chatur@poovayya.net>; Mordkoff, Andrew <amordkoff@willkie.com>; Nirnay Shanbough <nirnay.shanbough@poovayya.net>; Siddhartha George <siddhartha@poovayya.net>; Smruthi Prahalad <smruthi.prahalad@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; Varnika Sharma <varnika.sharma@poovayya.net>
**Subject:** RE: Justin Joseph

Does Mr. Joseph plan to assist with the GST filing today as a show of good faith?

On May 3, 2024 at 10:52:58 PM EDT, Akshata Benegal <akshata.benegal@poovayya.net> wrote:

EXTERNAL EMAIL

Kristina,

Our client is not comfortable with the payment by instalment proposed by your client. The events that have transpired over the last 6 months have resulted in a complete breakdown of our client's trust in your client,

TRUE COPY

**992**



201   74

particularly with respect to payment of dues. The settlement amount of $350,000 must be paid upfront, on the date of execution of the Separation Agreement. Our client is agreeable to have the gratuity and other statutory dues payable to him on his last employment date, which will be after he has completed his obligations as per the Separation Agreement, for which your client seeks our client's cooperation.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

---



| BANGALORE | NEW DELHI |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088



---

| INDIA BUSINESS LAW JOURNAL AWARD WINNING LAW FIRM 2020 | Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|---|
| | Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, in such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

 Please consider the environment before printing this email

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Friday, May 3, 2024 7:42 AM
To: Akshata Benegal <akshata.benegal@poovayya.net>
Cc: 'Justin Joseph' <justinpj2000@yahoo.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; 'Siddhartha George' <siddhartha@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; 'Varnika Sharma' <varnika.sharma@poovayya.net>
Subject: RE: Justin Joseph

Akshata,

5

TRUE COPY

·202

My client has considered your request. They will agree to pay Mr. Joseph the gratuity payment in addition to the agreed upon $350,000. With respect to the $350,000, we propose breaking it into 4 payments and paying each installment once certain aspects of his cooperation are complete. This allows him to start receiving payments before the completion of all of the steps, but also provides the company with assurances that he will fulfill his obligations. His fulfillment of these obligations is very important to the company and especially to his fellow employees in India, who stand to suffer the most harm if he won't cooperate.

To that end, the company needs him to logon and facilitate the filing on the GST license this week. This is not a difficult task and is essential in showing that he intends to cooperate in good faith.

If he wants one of his payments to be made up front, it will need to be his gratuity payment. That will also mean that his employment and salary will end at that time. If he prefers to remain on salary, then he will receive his first payment of $87,500 (one quarter of the agreed upon $350,000) once certain tasks are complete.

If this concept is agreeable, please let me know and I will propose four groups of tasks to correspond to each payment of $87,500. Please also let me know if he prefers to end his employment and receive his gratuity payment up front or if he prefers to continue his employment and receive it upon termination.

The company's position on variable compensation is unchanged and Mr. Joseph will not receive a bonus.

Best,
Kristy


A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Tuesday, April 30, 2024 10:38 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Justin Joseph' <justinpj2000@yahoo.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; 'Siddhartha George' <siddhartha@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; 'Varnika Sharma' <varnika.sharma@poovayya.net>
Subject: RE: Justin Joseph

EXTERNAL EMAIL

Kristina,

We hope that you and your client will continue to adopt a conciliatory tone in your communications with us -- unfortunately, our client and we believe that your last email departs from such a conciliatory tone. Nevertheless, we are now compelled to respond as below.

We will not be able to work under the unreasonable timelines that you mention in your email. Your client has taken almost two months to come back to us with the draft settlement agreement after terms were confirmed by our client. We have waited patiently and despite repeated follow-ups with you, the draft was received only last week. Our client cannot be expected to give inputs and finalise the draft settlement agreement in five days, especially since the draft significantly departs from what you had agreed.

6

TRUE COPY

*q0*

203   *7/6*

Our client has been an executive with Near since 2016. We understand that it was the current executives (and not our client) who had negotiated and received a hefty Variable Bonus for the year 2022 even though they were not entitled to the same. Our client is entitled to his Variable Bonus for the year 2023. However, he is willing to consider forgoing 25% of the Variable Bonus and accept a reduced sum of 75% of the Variable Bonus, in the interest of closing the settlement.

The other two concerns raised, i.e., (i) entire sum of $350,000 (the "Settlement Amount") to be paid on Effective date, and (ii) statutory and contractual entitlements like gratuity, etc. to be paid in addition to the Settlement Amount, are non-negotiable. Please let us know if your client is agreeable to the same. Just as we do not intend to provide piecemeal comments, we expect your client not to expect piecemeal co-operation. Since the broad terms of settlement have been departed from, we will cease reviewing the Settlement Agreement until your client confirms whether it intends to honour its word or whether it is going to continue to play hard ball. We are not interested in engaging in this any further if your client is unwilling to be fair and reasonable.

Our client is willing to cooperate on the GST filings only if the aforesaid two non-negotiable concerns are agreed to by your client.

Also please note that our client will be traveling over this weekend and thereafter will be going abroad for a planned family vacation from May 7 to May 17, 2024, and will not be available during that time. We will appreciate your response in 24 hours.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 8000
F: +91 80 4656 3088

| BANGALORE | NEW DELHI |

| Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|
| Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

Please consider the environment before printing this email

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Monday, April 29, 2024 11:43 PM
To: Akshata Benegal <akshata.benegal@poovayya.net>
Cc: 'Justin Joseph' <justinoi2000@yahoo.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur'

7

TRUE COPY

91

**995**

204

77

<dharmendra.chatur@poovayya.net>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Nirnay Shanbough' <nirnav.shanbough@poovayya.net>; 'Siddhartha George' <siddhartha@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; 'Varnika Sharma' <varnika.sharma@poovayya.net>
Subject: RE: Justin Joseph

Akshata,

There will be no variable compensation for Justin. He negotiated with Anil and Rahul to be treated as an executive, not as a NIPL employee. So, NIPL bonuses are irrelevant.

As for your other comments to the agreement, please send us all of your comments and requests to the draft agreement that I sent you. We will not negotiate each term piecemeal. Instead, we will evaluate and respond when we see all of your proposed revisions.

In the meantime, the company needs Justin's cooperation with responding to the GST department's suspension of the company's license. The company needs to respond this week through the GST portal, which is digital and requires Justin's assistance in logging in and filing the necessary documentation. Specifically, we need Justin to perform the three steps below this week. If he is unable or unwilling to assist with this task, there is diminishing practical value to the company paying out such a significant amount of money.

- Justin must update the login details of the GST portal as the password has expired. He will receive the OTP when the change is triggered.
- Justin must sign the reply to the authorities by use of his DSC.
- Justin must sign the pending GSTR returns.

Please let me know in the next 48 hours whether Justin will perform these administrative tasks.
Best,
Kristy


A. Kristina Littman
Willkie Farr & Gallagher LLP
1675 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Saturday, April 27, 2024 1:11 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Justin Joseph' <justinpj2000@yahoo.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Nirnay Shanbough' <nirnav.shanbough@poovayya.net>; 'Siddhartha George' <siddhartha@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; 'Varnika Sharma' <varnika.sharma@poovayya.net>
Subject: RE: Justin Joseph

[EXTERNAL EMAIL]

Hi Kristina,

We understand that every employee of NIPL has received their variable component for FY 2023. Please do let us know who amongst the employees of NIPL have not received their variable component. We are also informed that most employees of NIPL have also received salary increments in 2024.

8

TRUE COPY

92

205                                                    78

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

| BANGALORE | NEW DELHI |

| Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|
| Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

 *Please consider the environment before printing this email*

From: Littman, A. Kristina <AKLittman@willkie.com>
Sent: Thursday, April 25, 2024 10:21 PM
To: Akshata Benegal <akshata.benegal@poovayya.net>
Cc: 'Justin Joseph' <justinpj2000@yahoo.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; 'Siddhartha George' <siddhartha@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; 'Varnika Sharma' <varnika.sharma@poovayya.net>
Subject: RE: Justin Joseph

Akshata –

In order to respond to your remark below indicating that executives in India have received variable compensation, please identify the executives you are referring to. I understand that executive bonuses were not paid, so I cannot address this claim without you identifying the individuals.

Kristy

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238

9

TRUE COPY

93

**997**

206

79

Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

From: Littman, A. Kristina
Sent: Thursday, April 25, 2024 12:45 PM
To: 'Akshata Benegal' <akshata.benegal@poovayya.net>
Cc: 'Justin Joseph' <justinpj2000@yahoo.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; 'Siddhartha George' <siddhartha@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; 'Varnika Sharma' <varnika.sharma@poovayya.net>
Subject: RE: Justin Joseph

I will consult with my client on the items below and come back to you. In the meantime, I am attaching the word version of the document so you are able to propose edits.

Kristy

From: Akshata Benegal <akshata.benegal@poovayya.net>
Sent: Thursday, April 25, 2024 11:11 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: 'Justin Joseph' <justinpj2000@yahoo.com>; 'Manu Kulkarni' <manu@poovayya.net>; 'Dharmendra Chatur' <dharmendra.chatur@poovayya.net>; Mordkoff, Andrew <amordkoff@willkie.com>; 'Nirnay Shanbough' <nirnay.shanbough@poovayya.net>; 'Siddhartha George' <siddhartha@poovayya.net>; 'Smruthi Prahalad' <smruthi.prahalad@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; 'Varnika Sharma' <varnika.sharma@poovayya.net>
Subject: RE: Justin Joseph

EXTERNAL EMAIL

Hi Kristina,

Thank you for the draft. We have discussed with Justin and he has the following concerns:

- The entire sum of $350,000 should be paid on the Effective Date.

- Statutory and Contractual Entitlements like Gratuity, Leave encashment etc. cannot be part of the $350,000. The said payments are additional as they are legal entitlements and can never be part of the settlement amount. The said statutory payments should be paid separately on the Separation Date as full and final payment to Justin.

- We understand that other employees including executives in India have received the variable compensation, and Justin is entitled to the same.

Do let us have your thoughts on this .We are happy to discuss this over a call.

Warm regards,

Akshata Benegal

| Principal Associate | + 91 9886940570 | akshata.benegal@poovayya.net |

10

TRUE COPY

**998**

94

207                    80

The Estate, Level Four
121 Dickenson Road
Bangalore 560 042

T: +91 80 4656 3000
F: +91 80 4656 3088

| BANGALORE | NEW DELHI |

| Chambers and Partners APAC 2020 | IFLR1000 2020 | Asia Law 2020 | Media Law International 2019 | Venture Intelligence |
|---|---|---|---|---|
| Leading Law Firm in Employment and Real Estate | Ranked for M&A and Private Equity | Ranked for Corp and M&A, Dispute Resolution, Labour & Employment, Construction & Real Estate and TMT | Leading Practitioners | Top 15 Legal Advisors Mergers & Acquisitions 2017 |

INTERNET EMAIL CONFIDENTIALITY FOOTER

Attorney - client privileged/confidential information may be contained in this message. If you are not the first addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of our firm shall be understood as neither given nor endorsed by it. Formal legal opinions are issued by the firm duly executed by its partners. Accordingly, this message shall not be considered as a formal legal opinion issued by the firm.

Please consider the environment before printing this email

From: Dharmendra Chatur <dharmendra.chatur@poovayya.net>
Sent: Wednesday, April 24, 2024 6:55 AM
To: Littman, A. Kristina <AKLittman@willkie.com>
Cc: Akshata Benegal <akshata.benegal@poovayya.net>; Justin Joseph <justinpj2000@yahoo.com>; Manu Kulkarni <manu@poovayya.net>; Mordkoff, Andrew <amordkoff@willkie.com>; Nirnay Shanbough <nirnay.shanbough@poovayya.net>; Siddhartha George <siddhartha@poovayya.net>; Smruthi Prahalad <smruthi.prahalad@poovayya.net>; Strickland, Rachel <RStrickland@willkie.com>; Varnika Sharma <varnika.sharma@poovayya.net>
Subject: Re: Justin Joseph

Kristina:

Thank you for your email. We will review the agreement and get back to you with our comments by early next week. Can I please request that you send us a Word version of the document to help us make suggestions/comments in track?

On the variable compensation/annual bonus, we will seek Justin's instructions and respond shortly.

I've also marked Justin on this email - we request you to also mark him on all emails going forward.

Warm regards,
Dharmendra Chatur
Partner
M: +91 98444 64413 | O: +91 80 4656 3000
E: dharmendra.chatur@poovayya.net |

11

TRUE COPY

A: Level Four, The Estate, 121 Dickenson Road, Bengaluru 560042 | D-25 Nizamuddin East, New Delhi 110 001 India

On Wed, 24 Apr 2024 at 4:46 AM, Littman, A. Kristina <AKLittman@willkie.com> wrote:

Akshata,

I am attaching a draft settlement agreement. Please review this and let me know if you have any proposed edits or comments. I am happy to arrange a time to speak by phone if that is preferrable.

I have spoken with my client about the variable compensation issue that you raised. It appears that the variable compensation that was contemplated for all members of the Executive Team was to be paid out 75% in stock and 25% in cash. As such, Mr. Joseph's anticipated cash bonus was only $19,000, with the remainder to be paid out in common stock. Given the company's financial condition and poor performance, it was determined at the end of the 4th quarter of 2023 that no executive bonuses would be paid, including those executives that were still working at the company. As with the other executives, Mr. Joseph will not be awarded a bonus for 2023.

For this reason, you will see in the attached proposed settlement agreement that the entirety of the monetary amount that Mr. Joseph will receive is the INR equivalent of $350,000. He will not be given any additional amounts for variable compensation.

Best,
Kristy Littman

A. Kristina Littman
Willkie Farr & Gallagher LLP
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1209 | Fax: +1 202 303 2000
aklittman@willkie.com | vCard | www.willkie.com bio

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

12

TRUE COPY

**1000**

96 .

82

209

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Important Notice: This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

TRUE COPY

13

# TAB 10

**1002**NAL

ACRA-2025-000275

## Form 39 & 44
## SUMMONS TO ACCUSED
## (Sections 115, 153(1) & 226, Criminal Procedure Code 2010)

To: NEAR INTELLIGENCE PTE. LTD.                 ID: 202004197Z
Of 1, PHILLIP STREET, #05-01, ROYAL
ONE PHILLIP, SINGAPORE 048692

Whereas your attendance is necessary to answer to a charge(s) of:

**Section 175(1)(b) Companies Act 1967 p/u Section 175(4)(a) Companies Act 1967**
**Section 197(1)(b) Companies Act 1967 p/u Section 197(6) Companies Act 1967**

See Attached Charge(s)

You are hereby required to appear on 23-July-2025 at 06:00 PM by a representative before
Court No. 4A(N) at the State Courts, 1 Havelock Square, Singapore 059724; and you are
hereby warned that if you, without just excuse or neglect, fail or refuse to appear on the said
date and time, a warrant will be issued to compel your attendance.

Issued this 2nd day of June, 2025.

Case No.:     ACRA-2025-000275                          ACRA-2025-000275

Charge No:    ACRA-2025-000275-1 and
              ACRA-2025-000275-2





DIRA ATIQAH BINTE
MOHAMAD                                          Lau Qiuyu
Registry Officer                                District Judge

**1003** ORIGINAL

Accounting and Corporate Regulatory Authority (PO: Zhuo Wenzhao)

---

Signature of Recipient



ACRA-2025-000275
ACRA-20**1004**

# THE CRIMINAL PROCEDURE CODE 2010
## (2020 REVISED EDITION)
## SECTIONS 123-125

## CHARGE

You,

### NEAR INTELLIGENCE PTE. LTD.
### (UEN NO: 202004197Z)

a company incorporated in Singapore, are charged that you, on or about 01 October 2023 in Singapore, did default in holding your annual general meeting within 6 months after the end of your financial year, to wit, 31 March 2023, by 30 September 2023 in contravention of section 175(1)(b) of the Companies Act 1967 (2020 Revised Edition) ("the Act") and you have thereby committed an offence punishable under section 175(4)(a) of the Act.



**Zhuo Wenzhao**
**Director, Prosecution Department**
**Accounting and Corporate Regulatory Authority**
**Singapore**
**Date: 21 May 2025**

**Section 175(1) of the Companies Act 1967 (2020 Revised Edition) states**: Subject to this section and section 175A, a general meeting of every company to be called the "annual general meeting" must, in addition to any other meeting, be held after the end of each financial year within (a) 4 months in the case of a public company that is listed; or (b) 6 months in the case of any other company.

**Section 175(4) of the Companies Act 1967 (2020 Revised Edition) states**: If default is made in holding an annual general meeting (a) the company and every officer of the company who is in default shall be guilty of an offence and shall be liable on conviction to a fine not exceeding $5,000 and also to a default penalty; and (b) the Court may on the application of any member order a general meeting to be held.


ACRA-2025-000275
ACRA-20**1005**

# THE CRIMINAL PROCEDURE CODE 2010
## (2020 REVISED EDITION)
## SECTIONS 123-125

## CHARGE

You,

### NEAR INTELLIGENCE PTE. LTD.
### (UEN NO: 202004197Z)

a company incorporated in Singapore, are charged that you, on or about 01 November 2023 in Singapore, failed to lodge your annual return with the Registrar of Companies within 7 months after the end of the Company's financial year, to wit 31 March 2023 by 31 October 2023 as required by section 197(1)(b) of the Companies Act 1967 (2020 Revised Edition) ("the Act") and you have thereby committed an offence punishable under section 197(6) of the Act.



**Zhuo Wenzhao**
**Director, Prosecution Department**
**Accounting and Corporate Regulatory Authority**
**Singapore**
**Date: 21 May 2025**

**Section 197(1) of the Companies Act 1967 (2020 Revised Edition) states**: Every company, other than a company mentioned in subsection (1A), must lodge a return with the Registrar after its annual general meeting (a) in the case of a listed company, within 5 months after the end of its financial year; and (b) in any other case, within 7 months after the end of its financial year.

**Section 197(6) of the Companies Act 1967 (2020 Revised Edition) states**: If a company fails to comply with this section, the company and every officer of the company who is in default shall each be guilty of an offence and shall each be liable on conviction to a fine not exceeding $5,000 and also to a default penalty.

**1006** ORIGINAL

ACRA-2025-000278

## Form 39 & 44
## SUMMONS TO ACCUSED
## (Sections 115, 153(1) & 226, Criminal Procedure Code 2010)

To: NEAR INTELLIGENCE PTE. LTD.                    ID: 202004197Z
Of 1, PHILLIP STREET, #05-01, ROYAL
ONE PHILLIP, SINGAPORE 048692

Whereas your attendance is necessary to answer to a charge(s) of:

**Section 175(1)(b) Companies Act 1967 p/u Section 175(4)(a) Companies Act 1967**
**Section 197(1)(b) Companies Act 1967 p/u Section 197(6) Companies Act 1967**

See Attached Charge(s)

You are hereby required to appear on 23-July-2025 at 06:00 PM by a representative before
Court No. 4A(N) at the State Courts, 1 Havelock Square, Singapore 059724; and you are
hereby warned that if you, without just excuse or neglect, fail or refuse to appear on the said
date and time, a warrant will be issued to compel your attendance.

Issued this 2nd day of June, 2025.

Case No.:     ACRA-2025-000278                    ACRA-2025-000278

Charge No:    ACRA-2025-000278-1 and
              ACRA-2025-000278-2





DIRA ATIQAH BINTE
MOHAMAD
Registry Officer

Lau Qiuyu
District Judge

**1007** ORIGINAL

Accounting and Corporate Regulatory Authority (PO: Zhuo Wenzhao)

---

Signature of Recipient


ACRA-2025-000278
ACRA-2025-**1008**

# THE CRIMINAL PROCEDURE CODE 2010
## (2020 REVISED EDITION)
## SECTIONS 123-125

## CHARGE

You,

### NEAR INTELLIGENCE PTE. LTD.
### (UEN NO: 202004197Z)

a company incorporated in Singapore, are charged that you, on or about 01 October 2024 in Singapore, did default in holding your annual general meeting within 6 months after the end of your financial year, to wit, 31 March 2024, by 30 September 2024 in contravention of section 175(1)(b) of the Companies Act 1967 (2020 Revised Edition) ("the Act") and you have thereby committed an offence punishable under section 175(4)(a) of the Act.



**Zhuo Wenzhao**
**Director, Prosecution Department**
**Accounting and Corporate Regulatory Authority**
**Singapore**
**Date: 21 May 2025**

**Section 175(1) of the Companies Act 1967 (2020 Revised Edition) states**: Subject to this section and section 175A, a general meeting of every company to be called the "annual general meeting" must, in addition to any other meeting, be held after the end of each financial year within (a) 4 months in the case of a public company that is listed; or (b) 6 months in the case of any other company.

**Section 175(4) of the Companies Act 1967 (2020 Revised Edition) states**: If default is made in holding an annual general meeting (a) the company and every officer of the company who is in default shall be guilty of an offence and shall be liable on conviction to a fine not exceeding $5,000 and also to a default penalty; and (b) the Court may on the application of any member order a general meeting to be held.



ACRA-2025-000278
ACRA-202**1009**

# THE CRIMINAL PROCEDURE CODE 2010
# (2020 REVISED EDITION)
# SECTIONS 123-125

## CHARGE

You,

### NEAR INTELLIGENCE PTE. LTD.
### (UEN NO: 202004197Z)

a company incorporated in Singapore, are charged that you, on or about 02 November 2024 in Singapore, failed to lodge your annual return with the Registrar of Companies within 7 months after the end of the Company's financial year, to wit 31 March 2024 by 01 November 2024 as required by section 197(1)(b) of the Companies Act 1967 (2020 Revised Edition) ("the Act") and you have thereby committed an offence punishable under section 197(6) of the Act.



**Zhuo Wenzhao**
**Director, Prosecution Department**
**Accounting and Corporate Regulatory Authority**
**Singapore**
**Date: 21 May 2025**

**Section 197(1) of the Companies Act 1967 (2020 Revised Edition) states**: Every company, other than a company mentioned in subsection (1A), must lodge a return with the Registrar after its annual general meeting (a) in the case of a listed company, within 5 months after the end of its financial year; and (b) in any other case, within 7 months after the end of its financial year.

**Section 197(6) of the Companies Act 1967 (2020 Revised Edition) states**: If a company fails to comply with this section, the company and every officer of the company who is in default shall each be guilty of an offence and shall each be liable on conviction to a fine not exceeding $5,000 and also to a default penalty.



**1010**

Dear Sir/Mdm


**SUMMONS FOR OFFENCE COMMITTED UNDER SECTIONS 175 AND/OR 197 OF THE COMPANIES ACT**

A company and its officers are liable under sections 175 and/or 197 of the Companies Act, if the company fails to hold its annual general meeting and/or file its annual return.

2    A summons has been issued against the company for the abovementioned offences. A representative of the company must attend Court for the scheduled hearing (please refer to the summons for the hearing date, time and location). Please take note that if a representative of the company fails to appear at the time and place mentioned in the summons, the court may hear and determine the complaint in the absence of the company representative.

3    The representative attending the hearing on behalf of the company must bring along a Letter of Authorisation. The Letter of Authorisation must bear the company's letterhead and Unique Entity Number, state the representative's name and identification number, and must be signed by a director, manager, secretary or other like officer of the company. This requirement also applies to the officers of the company including a director who wishes to act as the company's representative.

4    All visitors to the State Courts should be properly attired. Examples of appropriate dressings include smart casual wear, office wear and traditional dress. Visitors who are dressed in a manner that is indecent or offensive, may be prohibited from entering the courthouse. For more information, please visit *https:// www.judiciary.gov.sg/attending-court/guide-to-attending-courts.*

Yours faithfully
Prosecution Department
Accounting and Corporate Regulatory Authority



**1011**

Date : 16/05/2024

**NEAR INTELLIGENCE PTE. LTD.**
**1 PHILLIP STREET**
**#05-01 ROYAL ONE PHILLIP**
**SINGAPORE 048692**
**ATTN: BOARD OF DIRECTORS**

Dear Sir/Madam

**NEAR INTELLIGENCE PTE. LTD. ("the Company")**
**202004197Z**

**FAILURE TO HOLD ANNUAL GENERAL MEETING AND FILE ANNUAL RETURN**

**OFFENCES COMMITTED UNDER SECTIONS 197(6) AND 175(4)(a) OF THE COMPANIES ACT**

1. Our records show that the Company has not filed the Annual Return (AR) for the financial year ending 31/03/2023. The Company has also not held the Annual General Meeting (AGM) for the financial year[1]. The AGM was due on 30/09/2023, and the AR on 31/10/2023.

2. Please be informed that failing to file AR on or after 31 December 2021 is an offence under s197(6) of the Companies Act 1967 (2020 Revised Edition) whilst failing to file AR due prior to 31 December 2021 is an offence under s197(6) of the Companies Act (Chapter 50, 2006 Revised Edition) and the maximum fine is $5,000.

3. We are offering the Company composition for the offences committed provided that it files the AR by 15/07/2024 and pays the composition and late filing penalty as shown in the **Annex**. This offer to compound the offences expires on 16/07/2024 after which the composition offered will be increased to a higher amount as shown in **Annex**.

4. The Company may, if it wishes to do so, reject the offer and dispute the offences by going to court and claiming trial.

5. If the Company wishes to accept the composition offer, please take the following steps:

   (i) file the outstanding AR at our online filing portal at www.bizfile.gov.sg immediately and pay the late filing penalty; and

   (ii) pay the composition amount offered in Annex.

6. If the Company does not file the outstanding AR, and pay **both** the late filing penalty and composition amount by 15/07/2024, we will take enforcement action, which may include prosecuting the Company and/or its directors. The court fine is generally higher than the composition offered.

7. If you need assistance or further clarification, you may contact us at ACRA_CD@acra.gov.sg.

---

[1]This may not be applicable to companies that have dispensed with AGM in the immediate past FYE for all future FYEs.

ACRA Website        www.acra.gov.sg        Office Address:        Service Centre:
BizFile - Online Filing   www.bizfile.gov.sg                      55 Newton Road        Taxpayer and Business Service Centre
Connect with us     www.facebook.com/sg.acra   03-02 Revenue House   Level 1 Revenue House
Enquiries           www.acra.gov.sg/contact_us  Singapore 307987      1 Newton Road
                                                                      Singapore 307987

**1012**

Yours faithfully

Corporate Filing & Enforcement Department
Accounting and Corporate Regulatory Authority

**1013**

**ANNEX**

Please file the outstanding AR at our online filing portal at www.bizfile.gov.sg by 15/07/2024 and pay the late filing penalty imposed at the time when the AR is filed. Please pay the composition amount of **$1,000** if you wish to compound the offence(s).

| COMPOSITION AMOUNT PAYABLE FOR THE OFFENCES | | | | |
|---|---|---|---|---|
| Financial year end | Description | | If the Company files AR by 15/07/2024 | If the Company files AR after 15/07/2024 |
| 31/03/2023 | The Company did not hold its AGM by 30/09/2023 | Composition Offered | $500 | $500 |
| 31/03/2023 | The Company did not file its AR by 31/10/2023 | | $500 | $650 |
| | Total Composition Offered | | $1,000 | $1,150 |

| LATE FILING PENALTY PAYABLE WHEN THE COMPANY FILES THE AR LATE | |
|---|---|
| Description | |
| The Company filed its AR after 31/10/2023 | The amount of penalty payable will be indicated on our online filing portal at www.bizfile.gov.sg when the AR is filed. For more details you may visit ACRA website at www.acra.gov.sg under Compliance> Offences of Not Holding AGM or Filing ARs Late or Not Laying Up to Date Accounts at AGM> Annual General Meeting and Annual Return Filing Breaches > Enforcement actions against companies and directors for annual returns filing breaches > Late Lodgement Fee for the Late Filing of Annual Return (AR) |



**1014**

12 June 2024

To
The Corporate Filing and Enforcement Department
Accounting and Corporate Regulatory Authority ('ACRA')
55 Newton Road
03-02, Revenue House
Singapore 307987

Dear Sir / Madam,

Sub: Letter requesting ACRA to allow extension in conducting AGM and filing of Annual return for the Financial year ending 31 March 2023.

We refer to your letter dated 16 May 2024, levying a composition for the delay in submission of the Annual return ('AR') and holding Annual General Meeting ('AGM') and requesting the company to file its annual return and to hold AGM for the financial year ended 31st March 2023 for Near Intelligence Pte Ltd (the 'Company' or 'Near Intelligence SG') by 15 July 2024.

We would like to bring to your notice that the Parent company (Near Intelligence Inc.) has filed for Chapter 11 bankruptcy for itself and its subsidiaries (including Near Intelligence SG) in USA. Hence, the group has undergone a restructuring process which has resulted in a delay in preparation of financial statements and carrying out statutory audit of the Company for the subject year.

The Company expects its statutory audit to be completed by 31st October 2024 and shall accordingly file the annual return by 1st week of November 2024.

Considering the above, we would be grateful if your good office could provide us an extension to file the annual return till 1st week of November 2024 and waive off penalties, if any. We would appreciate if no further action is taken in this regard.

We understand that the composition amount can be paid only at the time of filing the annual return. However, we are willing to promptly settle the composition amount if granted the opportunity to do so.
Request you to let us know if there is an alternative mode to remit the aforementioned composition. We will be happy to adhere to the same.

We would appreciate if no other adverse action is taken in this regard until the extended period.

We are happy to provide any information or documents that you may require in this regard

For and on behalf of Near Intelligence Pte. Ltd.

_____
Name: John Faieta
Authorized Signatory

LOS ANGELES | NEW YORK | LONDON | PARIS | BANGALORE | SINGAPORE | TOKYO | SYDNEY




 

**Cheang, Hui Xuan**                                                        **1015**

| | |
|---|---|
| **From:** | Mahamutha BEGAM (ACRA) <Mahamutha_BEGAM@acra.gov.sg> |
| **Sent:** | 14 June 2024 17:04 |
| **To:** | Thang Rui Ling |
| **Cc:** | ACRA CD (ACRA) |
| **Subject:** | RE: Near Intelligence Pte. Ltd. - Extension of Time to hold AGM & file AR |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

Dear Rui Ling,

We refer to your email dated 14 Jun 24.

2       If you wish to appeal for waiver/reduction of the composition /late filing penalty fees, please assist to fill up the online e-form.

3       The e-form can be found in ACRA website by selecting Compliance > Enforcement Policy > Making Representation to ACRA on Compliance or Investigative Matters and AGM and AR breaches.

Thank you.

Best Regards,



**Mahamutha Begam (Ms)**
Senior Administrative Assistant
Corporate Filing & Enforcement Department
Accounting and Corporate Regulatory Authority (ACRA)



*Our mission: Foster a vibrant and trusted business environment that enables innovation and growth.*

WARNING: Privileged and/or confidential information may be contained in this email. If you are not the intended addressee, you are hereby notified that you have received this transmittal in error and you must not review, copy, distribute or take any action in reliance on the information contained herein. Communication of any information in this email to any unauthorised person is an offence under the Official Secrets Act 1935. Please notify the sender immediately if you receive this in error and immediately delete this message and all its attachments.

**From:** Thang Rui Ling <ruiling.thang@aeilegal.com>
**Sent:** Friday, June 14, 2024 11:11 AM
**To:** ACRA CD (ACRA) <acra_cd@acra.gov.sg>
**Cc:** sriram.pankaj@azira.com; nitin@azira.com; John Faieta <jfaieta@azira.com>; Compliance Team <compliance@m2kadvisors.com>; Andrea Chee <andrea.chee@aeilegal.com>; Dana Lim <dana.lim@aeilegal.com>; Jenny Tan <jenny.tan@aeilegal.com>
**Subject:** Near Intelligence Pte. Ltd. - Extension of Time to hold AGM & file AR

Dear Sir/Madam

We are the company secretary of Near Intelligence Pte. Ltd. (UEN 202004197Z) (the "**Company**").

We refer to the enclosed letter from ACRA dated 16 May 2024.

We are instructed by the Company to circulate the enclosed response letter dated 12 June 2024.

Our clients look forward to ACRA's favourable reply.

If there are any questions or comments, please feel free to let us know.

Kind regards
Rui Ling

**1016**



**Thang Rui Ling**
*Corporate Paralegal*
**M** +65 9069 5709
**E** ruiling.thang@aeilegal.com
1 Phillip Street, #05-01 Royal One Phillip, Singapore 048692

*Transactional Boutique Law Firm of the Year – finalist, ALB Southeast Asia Law Awards (2024) | Southeast Asia Deal Firm of the Year - finalist, ALB Southeast Asia Law Awards (2024) | Singapore Law Firm of the Year – finalist, WBL Awards (2023) | Singapore Law Firm of the Year – finalist, ALB Southeast Asia Law Awards (2022-2021) | Notable Firm – Corporate & M&A, IFLR 1000 (2023-2020) | Notable Firm – Corporate & M&A, Asialaw (2023-2020) | Notable Firm – Private Equity, Asialaw (2019)*

*This message is confidential and may be legally privileged.  If you are not the intended recipient, please do not disclose, copy, distribute, or act or omit to act in reliance on the message, and immediately contact the sender. Thank you.*

**Cheang, Hui Xuan**

# 1017

| | |
|---|---|
| **From:** | Thang Rui Ling |
| **Sent:** | 14 June 2024 11:11 |
| **To:** | ACRA_CD@acra.gov.sg |
| **Cc:** | sriram.pankaj@azira.com; nitin@azira.com; John Faieta; Compliance Team; Andrea Chee; Dana Lim; Jenny Tan |
| **Subject:** | Near Intelligence Pte. Ltd. - Extension of Time to hold AGM & file AR |
| **Attachments:** | 2024-05-16 NIPL - Letter from ACRA re Failure to Hold AGM & File AR for FYE2023 (need immediate attention).pdf; Reply to ACRA notice - signed.pdf |

Dear Sir/Madam

We are the company secretary of Near Intelligence Pte. Ltd. (UEN 202004197Z) (the "**Company**").

We refer to the enclosed letter from ACRA dated 16 May 2024.

We are instructed by the Company to circulate the enclosed response letter dated 12 June 2024.

Our clients look forward to ACRA's favourable reply.

If there are any questions or comments, please feel free to let us know.

Kind regards
Rui Ling



**Thang Rui Ling**
*Corporate Paralegal*
**M** +65 9069 5709
**E** ruiling.thang@aeilegal.com
1 Phillip Street, #05-01 Royal One Phillip, Singapore 048692

*Transactional Boutique Law Firm of the Year – finalist, ALB Southeast Asia Law Awards (2024) | Southeast Asia Deal Firm of the Year - finalist, ALB Southeast Asia Law Awards (2024) | Singapore Law Firm of the Year – finalist, WBL Awards (2023) | Singapore Law Firm of the Year – finalist, ALB Southeast Asia Law Awards (2022-2021) | Notable Firm – Corporate & M&A, IFLR 1000 (2023-2020) | Notable Firm – Corporate & M&A, Asialaw (2023-2020) | Notable Firm – Private Equity, Asialaw (2019)*

*This message is confidential and may be legally privileged. If you are not the intended recipient, please do not disclose, copy, distribute, or act or omit to act in reliance on the message, and immediately contact the sender. Thank you.*

**1018**

12 July 2024

To
The Corporate Filing and Enforcement Department
Accounting and Corporate Regulatory Authority ('ACRA')
55 Newton Road
03-02, Revenue House
Singapore 307987

Dear Sir / Madam,

Sub: Letter requesting ACRA to allow extension in conducting AGM and filing of Annual return for the Financial year ending 31 March 2023.

Ref: 1. Notice issued by your office dated 16 May 2024
     2. Our response letter seeking extension dated 12 June 2024.

We refer to your letter dated 16 May 2024, levying a composition for the delay in submission of the Annual return ('AR') and holding Annual General Meeting ('AGM') and requesting the company to file its annual return and to hold AGM for the financial year ended 31st March 2023 for Near Intelligence Pte Ltd (the 'Company' or 'Near Intelligence SG') by 15 July 2024.

We would like to bring to your notice that we submitted a request on 12 June 2024, for an extension in conducting the AGM and filing the annual return for the financial year ending March 31, 2023 due to delay in completing the statutory audit.

We would be grateful if your good office could provide us an extension to file the annual return till 1st week of November 2024 and waive off penalties, if any.  We have commenced our audit work and we are in process of finalizing the annual returns for submissions. We are putting our best efforts to ensure audit is completed well before that.  We would appreciate it, if no adverse action is taken in this regard for the aforesaid delay.

We are willing to settle the composition amount, however, the system is allowing to make the payment only at the time of filing the annual return.  Request you to let us know if there is an alternative mode to remit the aforementioned composition. We will be happy to adhere to the same.

We are happy to provide any information or documents that you may require in this regard

For and on behalf of
**Near Intelligence Pte. Ltd.**

_____
Name: **John Faieta**
Authorized Signatory



 
 

**Cheang, Hui Xuan**                                                    **1019**

| | |
|---|---|
| **From:** | Thang Rui Ling |
| **Sent:** | 15 July 2024 13:54 |
| **To:** | Mahamutha BEGAM (ACRA) |
| **Cc:** | ACRA CD (ACRA); sriram.pankaj@azira.com; John Faieta; Compliance Team; james.kuan@azira.com; Andrea Chee; Dana Lim; Jenny Tan |
| **Subject:** | RE: Near Intelligence Pte. Ltd. - Extension of Time to hold AGM & file AR |
| **Attachments:** | Reply to ACRA notice_request 2 - signed.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Ms Mahamutha

Thank you for your email.

We are further instructed by the Company to circulate the enclosed response letter dated 12 July 2024.

Our clients look forward to ACRA's favourable reply.

If there are any questions or comments, please feel free to let us know.

Kind regards
Rui Ling

---

**From:** Mahamutha BEGAM (ACRA) <Mahamutha_BEGAM@acra.gov.sg>
**Sent:** Friday, June 14, 2024 5:04 PM
**To:** Thang Rui Ling <ruiling.thang@aeilegal.com>
**Cc:** ACRA CD (ACRA) <acra_cd@acra.gov.sg>
**Subject:** RE: Near Intelligence Pte. Ltd. - Extension of Time to hold AGM & file AR

Dear Rui Ling,

    We refer to your email dated 14 Jun 24.

2        If you wish to appeal for waiver/reduction of the composition /late filing penalty fees, please assist to fill up the online e-form.

3        The e-form can be found in ACRA website by selecting Compliance > Enforcement Policy > Making Representation to ACRA on Compliance or Investigative Matters and AGM and AR breaches.

Thank you.

*Best Regards,*



**Mahamutha Begam (Ms)**
Senior Administrative Assistant
Corporate Filing & Enforcement Department
Accounting and Corporate Regulatory Authority (ACRA)



*Our mission: Foster a vibrant and trusted business environment that enables innovation and growth.*

**WARNING**: Privileged and/or confidential information may be contained in this email. If you are not the intended addressee, you are hereby notified that you have received this transmittal in error and you must not review, copy, distribute or take any action in reliance on the information contained