## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| In re:<br><br>NEAR INTELLIGENCE, PTE, LTD.,<br><br>Debtor.[2] | Chapter 11<br><br>Case No. 23-11966 (TMH)<br><br>(Jointly Administered) |

## NOTICE OF FILING OF AFFIDAVIT IN CONNECTION WITH APPLICATION FOR RECOGNITION AS A FOREIGN NON-MAIN PROCEEDING IN SINGAPORE

**PLEASE TAKE NOTICE** that, at the direction of the General Division of the High Court of the Republic of Singapore, Drivetrain LLC has filed the attached Affidavit to set out, *inter alia* further information on Near Intelligence, PTE, LTD.'s center of main interests.

Dated: October 20, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*admitted pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          blevine@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel for the Plan Administrator and Litigation Trustee*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

[2]  The Debtor's registered address is at 1 Phillip Street, #05-01, Royal One Phillip, Singapore 048692, and its headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

Applicant: Timothy Daileader: 2ⁿᵈ:  16 October 2025

**IN THE GENERAL DIVISION OF THE HIGH COURT OF THE REPUBLIC OF SINGAPORE**

HC/OA 797/2025

In the matter of Part 11 of the Insolvency, Restructuring and Dissolution Act 2018

And

In the matter of Section 252 of the Insolvency, Restructuring and Dissolution Act 2018

And

In the matter of Article 15 of the UNCITRAL Model Law on Cross-Border Insolvency

And

In the matter of Near Intelligence Pte. Ltd. (Singapore UEN No. 202004197Z)

**DRIVETRAIN, LLC (in its capacity as Litigation Trustee for the litigation trust in respect of Near Intelligence, Inc., Near Intelligence LLC, Near North America Inc. and Near Intelligence Pte. Ltd.)**
(United States of America Company No. 46-4166121)

… Applicant

**AFFIDAVIT**

Name of maker:    Timothy Daileader

Address:    Drivetrain, LLC, 410 Park Avenue, Suite 900, New York, NY 10022

Occupation:    Partner in Drivetrain, LLC

Description:    Applicant

1.    Drivetrain, LLC (the "**Litigation Trustee**" or "**Applicant**") is the Litigation Trustee for the litigation trust formed in respect of Near Intelligence, Inc., Near Intelligence LLC, Near North America Inc. and Near Intelligence Pte. Ltd. (collectively, the "**Debtors**").

2.    I am duly authorized to make this affidavit on behalf of the Applicant.

3. Unless otherwise stated, matters deposed herein are based either on my personal knowledge or on documents or information within our possession as the Litigation Trustee of the Company. Insofar as the matters deposed herein are based on my personal knowledge, they are true. Where matters set out herein are not based on information in my personal knowledge, they are true to the best of my knowledge, information and belief.

4. Now produced and shown to me marked "**TD-2**" are documents which will be referred to in this affidavit.

5. I crave the Honourable Court's leave to refer to my 1st Affidavit filed herein on 1 August 2025 ("**Applicant's 1st Affidavit**"). Unless otherwise defined herein, the abbreviations used in the Applicant's 1st Affidavit are adopted in this affidavit.

6. The Applicant makes this affidavit pursuant to the directions given by the Honourable Judicial Commissioner Mohamed Faizal Mohamed Abdul Kadir at the hearing of the Application on 25 September 2025 at 10am *inter alia* for the Applicant to file a further affidavit setting out the following:

   (a) Further information on the Company's COMI, with emphasis on the specific operations of the Company in Singapore; and

   (b) Clarification(s) on the reasons for the belief that any actions taken by the Company's existing directors may not be in compliance with the Confirmation Order.

## I.  THE COMPANY'S OPERATIONS

7. By way of background on the Debtors, prior to the US Chapter 11 Proceedings, the Debtors operated a global, full-stack data intelligence software platform that curates one of the world's largest sources of intelligence on people, places, and products,

and provide software-as-a-service ("**Saas**") products, including "Allspark", which is a marketing intelligence product, and "Pinnacle", which is an operational intelligence product (see the Applicant's 1st Affidavit at pages 34 and 473).

8.  As explained in paragraph 7 of the Applicant's 1st Affidavit, the Company is wholly owned by Near Intelligence, Inc.. Near Intelligence, Inc., which was located in California, served as the global headquarters for *inter alia* the businesses in the United States of America ("**US**") and Europe, while the Company served as the parent company and administrative head of the non-US subsidiaries in India, Australia and France.

9.  To the best of the Applicant's knowledge, information and belief, at the time of the filing of the US Chapter 11 Proceedings on 8 December 2023, the four Debtors collectively had 38 employees situated in the US and Singapore.

10. In particular, the Company had only 1 employee on 8 December 2023, who was situated in Singapore. Prior to the filing of the US Chapter 11 Proceedings, the Company had a second employee, Mr. Rahul Agrawal, the then-Chief Financial Officer of the group who was situated in both Singapore and US, and whose employment was terminated in November 2023.

11. Prior to the filing of the US Chapter 11 Proceedings, the Company engaged ICS Services PTE LTD ("**ICS Services**") in Singapore to administer its local payroll, including calculating and processing gross-to-net payroll, issuing payroll payments to fund transfer networks, generating pay statements, and coordinating the payment of any wage deduction obligations and withholdings. The Company paid ICS Services approximately S$200 per month to perform these services.

12.    The following documents were filed on 6 January 2024 in the US Bankruptcy Court in respect of the Company, which provide a summary of the Company's assets, liabilities and financial affairs as at 8 December 2023:

(a)    Schedule of Assets and Liabilities for Near Intelligence Pte. Ltd. (Case No. 23-11966) (the "**Schedule of Assets and Liabilities**"); and

(b)    Statement of Financial Affairs for Near Intelligence Pte. Ltd. (Case No. 23-11966) (the "**Statement of Financial Affairs**"),

copies of which are annexed herewith and marked **Tab 1** of "**TD-2**".

13.    I set out below further material which, to the best of the Applicant's knowledge, information and belief, may be relevant to this Honourable Court's exercise of discretion in determining the Company's COMI (see also paragraph 41 of the Applicant's 1st Affidavit).

(a)    Location of employees: As explained at paragraph 9 above, the Company only had 1 employee at the time of the filing of the US Chapter 11 Proceedings, i.e. 8 December 2023, which employee was situated in Singapore.

(b)    Location of assets: As at 8 December 2023, the Company had various assets, including but not limited to assets in the nature of cash, deposits and prepayments, accounts receivables, furniture and fixtures, intangibles and intellectual property, intercompany notes, investments in subsidiaries and affiliates, of which the following key assets were located in Singapore (see Schedule A/B to the Schedule of Assets and Liabilities annexed hereto as **Tab 1** of "**TD-2**"):

(i)    The Company maintained the following bank accounts with the Hongkong and Shanghai Banking Corporation Limited ("**HSBC**") and

Citibank Singapore Limited ("**Citibank**"), which accounts had a combined balance totalling US$571,814.00 as at 8 December 2023 (converted based on relevant exchange rates as at 8 December 2023):

a.  1 collection account maintained with HSBC, which was the account that the Debtors' international customers deposited funds into (the "**Foreign Collection Account**");

b.  5 operating accounts maintained with HSBC; and

c.  6 operating accounts maintained with Citibank,

where the funds in the abovesaid Foreign Collection Account were transferred into the operating accounts maintained with HSBC and Citibank and thereafter made available to make payment of salaries, to vendors, and other operational expenses. The operating accounts were established in the following currencies: United States Dollars (USD), Great Britain Pounds (GBP), Australian Dollars (AUD), New Zealand Dollars (NZD), Euros (EUR), and Singapore Dollars (SGD).

(ii)  The Company had a Singapore office, with office equipment and a computer, with the total value of US$6,519.00 (see item 7.3 of Schedule A/B to the Schedule of Assets and Liabilities annexed hereto as **Tab 1** of "**TD-2**".

(iii)  The Company held two insurance policies, with Chubb Insurance Singapore Limited for commercial general liability insurance and professional indemnity and errors and omissions insurance, and with Marsh (Singapore) Pte. Ltd. for professional indemnity and errors and omissions insurance.

(c)   <u>Location of the Company's counterparties</u>: The Company entered various contracts with customers, vendors and professional service providers which were situated in Singapore and foreign entities. As at 8 December 2023, the Company had 55 contracts and unexpired leases, as set out in Schedule G to the Schedule of Assets and Liabilities annexed hereto as **Tab 1** of "**TD-2**". 18 of 55 counterparties were Singapore entities, 12 were US entities, and the remaining were with counterparties in *inter alia* Japan, Netherlands, Malaysian, Indian, Australia, Germany, United Kingdom

(d)   <u>Governing law of contracts</u>: To the best of the Applicant's knowledge, information and belief, the Company's contracts were generally governed by Singapore law, save for various service agreements which were governed by the local law where the counterparty is situated.

14.   In the light of the above, the Applicant verily believes and is advised that the Company's COMI is in Singapore, and the US Chapter 11 Proceedings is therefore a foreign non-main proceeding within the definition of Article 2(g) of the Singapore Model Law.

## II.   <u>RECOGNITION WILL ENSURE PARITY OF PROCEEDINGS IN THE US BANKRUPTCY COURT AND IN THE SINGAPORE COURTS AND/OR UNDER THE LAWS OF SINGAPORE</u>

15.   This Application is brought primarily for the purpose of facilitating the alignment of and ensuring parity of the proceedings in the US Bankruptcy Court and in the Singapore Courts and/or under the laws of Singapore, to render assistance to the Litigation Trustee (if so recognised as the Foreign Representative of the Company) to facilitate the implementation of and compliance with the Combined Disclosure Statement and Plan, and to promote orderly case administration in Singapore in order to realise better outcomes for creditors.

16.     In particular, this Application seeks to resolve any disconnect between the proceedings in the US Bankruptcy Court *vis-à-vis* the present status of the Company in Singapore, *inter alia* the impasse that arises as to which persons or body has the requisite authority to act on behalf of the Company and/or to manage the affairs of the Company, given the following:

(a)     On one hand, paragraphs 7 to 10 of the Confirmation Order read with Article IX, Section 9.4 of the Combined Disclosure Statement and Plan (annexed to the Applicant's 1st Affidavit and marked Tab 6 of **"TD-1"**) provides that the Litigation Trustee shall *inter alia* "… *have the power to act for the Debtors in the same capacity as applicable to a board of directors…*" and "…*the Debtors' directors and officers shall be terminated automatically without the need for any corporate action or approval and without the need for any corporate filings…*".

(b)     On the other hand, and notwithstanding the Confirmation Order and Combined Disclosure Statement and Plan, the Company's directors remain listed in the Register of Directors in Singapore and appear to continue having executive power with the requisite authority to *inter alia* manage the affairs of the Company. At the same time, any actions taken by the Company's director(s) in Singapore may not be in compliance with the Confirmation Order insofar as the Confirmation Order already orders that the existing directors and officers shall be terminated automatically.

17.     This Application is therefore necessary *inter alia* to facilitate the alignment of and ensure parity of the proceedings in the US Bankruptcy Court and in the Singapore Courts and/or under the laws of Singapore, including to clarify which person(s) or body has the requisite authority to act on behalf of the Company.

18.   The Applicant has given notice of this application on various occasions, as set out below. To-date, no objections and/or other responses were received from any creditors, directors or other parties in respect of this Application:

(a)   On 6 August 2025, notice was given to all creditors of the Company of the filing of this Application.

(b)   On 5 September 2025, notice was given to all creditors of the Company of the hearing date fixed for the Application on 25 September 2025 at 10am.

(c)   On 30 September 2025, notice was given to all creditors of the Company of *inter alia* the further hearing date fixed for the Application on 30 October 2025 at 10am.

(d)   On 6 October 2025, notice was given to the Company and all 3 of its directors of this Application and of this Honourable Court's directions given at the hearing on 25 September 2025 at 10am by way of letters from WKW dated 6 October 2025.

19.   Enclosed herewith and marked **Tab 2** of "**TD-2**" are copies of: (i) the abovementioned notices and/or letters (without enclosures and/or exhibits); and (ii) the Microsoft Outlook notices of delivery in respect of WKW's emails to each of the 3 directors enclosing WKW's letter dated 6 October 2025.

20.   The Applicant will give notice to the Company, and all creditors and directors of the Company upon the filing of this affidavit, and provide a copy of this affidavit to these parties. The Applicant's solicitors will update the Court at the hearing of this Application on 30 October 2025 at 10am in the event there is any response received from any party.

21.  For all of the abovementioned reasons, the Applicant humbly prays for an order in terms of this Application.

SWORN/AFFIRMED by the abovenamed          )
**Timothy Daileader**                                              )
in the United States of America                        )
On this 16th day of October 2025                     )

Before me,

This Affidavit is filed on behalf of the Applicant

CAROLYN A ESCOFFERY
Notary Public, State of New York
Reg. No. 01ES6431587
Qualified in New York County
Commission Expires April 11, 2026

STATE OF: NEW YORK
COUNTY OF: NEW YORK

THIS IS THE EXHIBIT MARKED "TD-2"

REFERRED TO IN THE AFFIDAVIT OF

TIMOTHY DAILEADER

SWORN/AFFIRMED BEFORE ME ON

THIS  *16th*  DAY OF OCTOBER 2025

CAROLYN A ESCOFFERY
Notary Public, State of New York
Reg. No. 01ES6431587
Qualified in New York County
Commission Expires April 11, 2026

**TAB 1**

<center>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

</center>

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| **In re** | : | **Chapter 11** |
| **NEAR INTELLIGENCE, INC.,** *et al.*, | : | **Case No. 23-11962 (TMH)** |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |

<center>

**SCHEDULE OF ASSETS AND LIABILITIES FOR**
**NEAR INTELLIGENCE PTE. LTD. (CASE NO. 23-11966)**

</center>

---

1    The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF
## LIMITATIONS, METHODOLOGY AND DISCLAIMERS
## REGARDING THE DEBTORS' SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The debtors and debtors in possession in the above-captioned chapter 11 cases (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the above-captioned chapter 11 cases which are currently pending in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology, and Disclaimer regarding the Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and compose an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[2]

The Schedules and Statements have been prepared by the Debtors' management team, with the assistance of their professional advisors, with reliance upon the efforts, statements, and representations of personnel of the Debtors and the advice of the Debtors' legal and other professional advisors. The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2] These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist.

The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate, but expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Court. Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to the Debtors' chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases, and claims, assumption or rejection of contracts and leases, and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof.

## Global Notes and Overview of Methodology

**Description of the Cases and "As of" Information Date**. On December 8, 2023 (the "Petition Date"), each of the Debtors commenced voluntary cases under chapter 11 of the Bankruptcy Code in the Court to conduct a sale process for substantially all of their assets pursuant to section 363 of the Bankruptcy Code. The Debtors' chapter 11 cases are being jointly administered under Case No. 23-11962 (TMH). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession. On December 22, 2023, the Office of the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.

**Basis of Presentation**.

For financial reporting purposes, the Debtors historically have prepared consolidated financial statements, which include financial information for the Debtors and certain non-Debtor affiliates. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP").

Therefore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to fully reconcile to any financial statements prepared by the Debtors.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Accounts Payable and Disbursement Systems**.  The Debtors maintain a cash management system (the "Cash Management System") to collect and disburse funds in the ordinary course.  A more complete description of the Cash Management System is set forth in the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief* [Docket No. 11] filed on the Petition Date.

**Insiders**.  In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" as such term is defined in section 101(31) of the Bankruptcy Code.  Except as otherwise disclosed herein or in the Statements, payments to "insiders" are set forth on Statement 4.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to: (a) any such person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

a.      **Current Market Value – Net Book Value**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all estate assets.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is

indicated herein or in the Schedules and Statements), and may not reflect the net realizable value of such assets. Market values may vary, at times materially, from net book values.

   b. **First Day Orders**. Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "<u>First Day Order</u>," and collectively, the "<u>First Day Orders</u>"), the Debtors and their estates are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, claims of vendors, claims related to customer programs, and claims related to insurance programs. The Debtors have not included amounts paid under the First Day Orders.

   c. **Setoffs**. To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements. The Debtors and their estates reserve all rights with respect to any such setoffs.

   d. **Credits and Adjustments**. Claims of creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

   e. **Leases**. In the ordinary course of business, the Debtors lease certain equipment from certain third-party lessors for use in the maintenance of their business. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

   f. **Executory Contracts and Unexpired Leases**. The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. Rather, executory contracts and unexpired leases have been set forth solely on Schedule G. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims against the Debtors and their estates; however, the Schedules and Statements do not reflect any claims for rejection damages. The Debtors and their estates reserve all rights with respect to the assertion of any such claims.

<u>**Unknown or Undetermined Amounts**</u>. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

<u>**Liabilities**</u>. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information available at the time of filing the Schedules and Statements. If additional information becomes available or further research is conducted, the allocation of

liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

**Estimates**.  The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Classifications**.  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority," or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules and Statements to recharacterize or reclassify any claim or contract.

**Claims Description**.  The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed."

**Guaranties and Other Secondary Liability Claims**.  Guaranties and other secondary liability claims (collectively, the "Guaranties") with respect to the Debtors' contracts and leases may not be included on Schedule H.  Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

**Excluded Assets and Liabilities**.  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules and Statements. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, accrued accounts payable, deferred rent, deferred revenue, and sales tax payable.

**Intellectual Property Rights**. Exclusion of certain intellectual property shall not constitute an admission that such intellectual property rights have been abandoned, have been terminated or otherwise have expired by their terms, have been assigned or otherwise transferred pursuant to a sale, acquisition, other transaction, or have immaterial value. Conversely, inclusion of certain intellectual property shall not constitute an admission with respect to the materiality of such intellectual property rights, or that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

**Business Combination**.  Due to the legal entity restructuring associated with the Business Combination (as defined the in *Declaration Of John Faieta In Support Of Chapter 11 Petitions And First Day Pleadings* [Docket No. 14] (the "First Day Declaration"), as well as systems limitations for data input of non-Debtor entities, certain relevant pre-Business Combination legal entities that ultimately became a part of the Debtor entities post-Business Combination found in the Debtors' finance systems have been re-mapped to the following entities:

| Pre-transaction entity | Mapped Post-transaction Debtor Entity Name |
|---|---|
| Near America Inc. | Near Intelligence LLC |
| Near Intelligence Holdings Inc. | Near Intelligence LLC |
| Near Intelligence Pte. | Near Intelligence Pte. Ltd. |
| Near Pte. | Near Intelligence, Inc. |
| Near Pte. Ltd | Near Intelligence, Inc. |

## NOTES FOR SCHEDULES

**Schedule A/B – Assets – Real and Personal Property**.  As set forth above, the Debtors and their estates are authorized to pay certain prepetition claims pursuant to the First Day Orders.

As set forth above, all inventory values identified in Schedule A/B, Part 5 are net book value, unless otherwise stated.

The Debtors maintain their books and records on an accrual basis.  Accordingly, certain terms listed in Schedule A/B, Part 2, are listed in the Debtors' books and records as prepayments or deposits, but are, in fact, payments made for certain future expenses or invoices.

Debtor Near Intelligence, Inc. is the parent of a consolidated tax group that includes the other Debtors.  Federal tax returns, as well as certain state tax returns, are filed on a consolidated basis. Consequently, the Debtors maintain net operating losses from consolidated tax filings made by Near Intelligence, Inc., and those net operating losses are only listed under Item 72 for Near Intelligence, Inc.  The Debtors reserve all rights to assert that the net operating losses are property of a different Debtor.

Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws).  The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document, or instrument related to any such claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors.  No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies, and other parties that may hold security deposits.

Except as specifically stated herein, utility companies and other parties that may hold security deposits have not been listed on Schedule D.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to, and are not reflective of, any payments made by the Debtors subsequent to the Petition Date.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

**Part 2**.  Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts.  Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of the Petition Date.  Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Part 2 of Schedule E/F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them.  The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F.  The amounts listed for liabilities on Schedule E/F may be exclusive of certain contingent and unliquidated amounts.

To the extent that they have been paid, the Debtors have not listed on Part 2 of Schedule E/F, among others, certain unsecured employee wage or benefit claims, tax claims, or claims related to the Debtors' insurance programs for which the Debtors have been granted authority to pay pursuant to a First Day Order. The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Third parties should not anticipate that the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules will reflect their ultimate recoveries in these chapter 11 cases. Actual assets and liabilities may deviate from the amounts shown in the Schedules due to various events that occur throughout the duration of these chapter 11 cases.

**Schedule G – Executory Contracts and Unexpired Leases**. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein, despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or other agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule G at this time. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date, or is valid or enforceable.

Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Additionally, the Debtors maintain certain insurance programs. The Debtors and their estates reserve all rights in connection with such insurance programs.

All rights, claims, and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtors and their estates hereby reserve all rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary.

## NOTES FOR STATEMENTS

**Statement 1**. On October 5, 2023, Debtor Near Intelligence, Inc. filed a Form 8-K disclosing that its Board of Directors determined that previously issued financial statements of the Debtors should not be relied upon, including the Debtors' financial statements as of and for each of the years ended December 31, 2022, 2021 and 2020, as well as the Debtors' quarterly financial statements for the periods ended March 31, 2023 and June 30, 2023. Accordingly, the Debtors have not presented the gross business revenue for the fiscal years listed in Statement 1, as the Debtors believe that the gross business revenue reflected in their books and records for such fiscal years is unreliable.

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days prior to filing, except for those made to insiders or in connection with the bankruptcy, which are reflected on Statement 4 and in the Debtors' response to Part 6, Question 11, respectively.

**Statement 4**. Statement 4 has been presented on a net payment basis. Actual amounts received by the parties listed on Statement 4 may differ based upon withholding and other tax obligations.

**Statement 7**. The Debtors and their estates reserve all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such lawsuits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities.

**Statement 26**. Debtor Near Intelligence, Inc.'s financial statements include information from its affiliated Debtors. Accordingly, the information included in the Statement of Financial Affairs for Near Intelligence, Inc. is applicable to each of the other Debtors.

**Statement 26(d)**. With respect to SOFA Part 13 question 26(d), the Debtors contacted various parties in connection with the Debtors' efforts to market their assets and raise new sources of capital, and the Debtors shared certain financial information to certain of those parties, who are not individually disclosed herein. Aggregating a list of such parties would be unduly burdensome. The Debtors' consolidated financial statements are publicly available and are issued to multiple parties in the ordinary course of business.

**22**

| Debtor | Near Intelligence Pte. Ltd. | Case number (if known) | 23-11966 |
|---|---|---|---|
| | Name | | |

---

**Fill in this information to identify the case:**

Debtor name     **Near Intelligence Pte. Ltd.**

United States Bankruptcy Court for the:     **District of Delaware**

Case number (if known)    **23-11966**

☐ Check if this is an amended filing

---

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
   Copy line 88 from Schedule A/B............................................................................ $ **0.00**

   1b.  **Total personal property:**
   Copy line 91A from Schedule A/B....................................................................... $ **34,497,241.06**
   **plus undetermined amounts**

   1c.  **Total of all property:**
   Copy line 92 from Schedule A/B........................................................................... $ **34,497,241.06**
   **plus undetermined amounts**

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................. $ **76,742,047.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................. $ **1,778.72**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................. +$ **2,084,978.58**
   **plus undetermined amounts**

4.  **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b

   $ **78,828,804.30**
   **plus undetermined amounts**

---

**Fill in this information to identify the case:**

Debtor name **Near Intelligence Pte. Ltd.**

United States Bankruptcy Court for the: **District of Delaware**

Case number (if known) 23-11966

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on Hand**

| 2.1 | | $0.00 |
| --- | --- | --- |

Debtor  **Near Intelligence Pte. Ltd.**                                                    Case number (*if known*)  **23-11966**
Name

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1 | Citi Bank | Operating (Singapore) | 6083 | $0.00 |
| 3.2 | Citi Bank | Operating (Singapore) | 6113 | $0.00 |
| 3.3 | Citi Bank | Operating (Singapore) | 6091 | $0.00 |
| 3.4 | Citi Bank | Operating (Singapore) | 6121 | $0.00 |
| 3.5 | Citi Bank | Operating (Singapore) | 6105 | $0.00 |
| 3.6 | Citi Bank | Operating (Singapore) | 6075 | $0.00 |
| 3.7 | HSBC | Operating (Singapore) | 9001 | $7,983.09 |
| 3.8 | HSBC | Operating (Singapore) | 5179 | $8,916.80 |
| 3.9 | HSBC | Operating (Singapore) | 5182 | $30,799.83 |
| 3.10 | HSBC | Operating (Singapore) | 5180 | $58,923.55 |
| 3.11 | HSBC | Operating (Singapore) | 5181 | $101,907.78 |
| 3.12 | HSBC | Operating (Singapore) | 5178 | $363,283.34 |

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 4. | **Other cash equivalents** *(Identify all)* | |
| 4.1 | | $0.00 |

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $571,814.39 |
    |---|

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (*if known*) | **23-11966** |
|---|---|---|---|
| | Name | | |

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.1 | AEI Legal | Nominee Director Services - Deposit | $2,100.00 |
| 7.2 | ECRA | Payroll deposit | $1,508.00 |
| 7.3 | The Executive Centre Singapore Pte Ltd | Rental Deposit Singapore office | $9,248.75 |
| 7.4 | X location | Data acquisition deposit | $32,590.00 |

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| 8.1 | AEI Legal LLC | Legal Advisory Fee | $545.84 |
| 8.2 | HERE Europe B.V. | Data Acquisition Charges | $131,203.00 |
| 8.3 | InfoSum Ltd | Tier 1 Platform Services | $3,810.00 |
| 8.4 | LBMA Japan | Annual Membership Fee | $3,626.68 |
| 8.5 | Marsh (Singapore) Pte Ltd - SG | Professional Indemnity-E & O | $35,740.50 |
| 8.6 | MaxMind Inc. | Data Cost | $3,750.00 |
| 8.7 | The Executive Centre Singapore Pte Ltd | Rent | $2,420.00 |
| 8.8 | Unify Technologies Pvt Ltd | Consultation charges for Allspark | $4,250.00 |

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$230,792.77** |
| | Add lines 7 through 8. Copy the total to line 81. | |

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes. Fill in the information below

Debtor **Near Intelligence Pte. Ltd.**

Name

Case number (*if known*) **23-11966**

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| **11.** | **Accounts receivable** | | |

| 11a. 90 days old or less | $1,677,358.66<br>face amount | - | $250,000.00<br>doubtful or uncollectible accounts | = | $1,427,358.66 |
|---|---|---|---|---|---|
| 11a. 90 days old or less | $3,920,191.00<br>face amount | - | $0.00<br>doubtful or uncollectible accounts | = | $3,920,191.00 |
| 11b. Over 90 days old | $1,222,973.09<br>face amount | - | $1,104,422.00<br>doubtful or uncollectible accounts | = | $118,551.09 |
| 11b. Over 90 days old | $3,015,538.00<br>face amount | - | $0.00<br>doubtful or uncollectible accounts | = | $3,015,538.00 |

**12. Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$8,481,638.75**

**Part 4:      Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes. Fill in the information below

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | |
| 14.1 | | $0.00 |

| Debtor | Near Intelligence Pte. Ltd. | Case number (*if known*) | 23-11966 |
|---|---|---|---|
| | Name | | |

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1 | Memob | 10% | % Cost | $2,000,000.00 |
| 15.2 | Near Intelligence Private Limited | 100% | % Cost | $1,254.85 |
| 15.3 | Near Intelligence Private Limited | 100% | % Cost | $100.00 |
| 15.4 | Near Intelligence SAS | 100% | % Cost | $5,991,808.33 |
| 15.5 | X-Locations | 17.85% | % Cost | $618,171.00 |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1 | | | $0.00 |

| 17. | **Total of Part 4.**<br>Add lines 14 through 16. Copy the total to line 83. | $8,611,334.18 |
|---|---|---|

**Part 5:    Inventory, excluding agriculture asset**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes. Fill in the information below

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 19.1 | | | | | $0.00 |

| Debtor | Near Intelligence Pte. Ltd. | | Case number (*if known*) | 23-11966 |
|---|---|---|---|---|
| | Name | | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **20.** | **Work in progress** | | | | |
| 20.1 | | | | | $0.00 |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **21.** | **Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | | $0.00 |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **22.** | **Other inventory or supplies** | | | | |
| 22.1 | | | | | $0.00 |

**23.**  **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.**  **Is any of the property listed in Part 5 perishable?**

☐ No.
☐ Yes.

**25.**  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.**  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

Debtor  **Near Intelligence Pte. Ltd.**                                    Case number (*if known*)  **23-11966**
Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| 28.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **29. Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 29.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **30. Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 30.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

| Debtor | Near Intelligence Pte. Ltd. | Case number (*if known*) | 23-11966 |
|---|---|---|---|
| | Name | | |

**33.** **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No.

    ☐ Yes.

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 | | | $0.00 |

# 31

| Debtor | Near Intelligence Pte. Ltd. | | Case number (*if known*) | 23-11966 |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40.** | **Office fixtures** | | | |
| 40.1 | | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** | **Office equipment, including all computer quipment and communication systems equipment and software** | | | |
| 41.1 | Computer | $1,209.00 | Straight Line Amortization Method | $1,209.00 |
| 41.2 | Office Equipment | $5,310.00 | Straight Line Amortization Method | $5,310.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.** | **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | | $0.00 |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86 | $6,519.00 |
|---|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
■ Yes.

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No.
☐ Yes.

| Debtor | Near Intelligence Pte. Ltd. | Case number (*if known*) | 23-11966 |
|---|---|---|---|
| | Name | | |

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

☐ Yes. Fill in the information below

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 48.   **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers,<br>motors,floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 49.   **Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and<br>equipment)** | | | |
| 50.1 | | | $0.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$0.00

| Debtor | Near Intelligence Pte. Ltd. | Case number (*if known*) | 23-11966 |
|---|---|---|---|
| | Name | | |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

☐ Yes.

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes. Fill in the information below

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1 | | | | $0.00 |

56.   **Total of Part 9.**
Add the current value on lines 55.1 through 55.0 and entries from any additional sheets.
Copy the total to line 88

| | |
|---|---|
| | **$0.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☐ Yes.

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

| Debtor | Near Intelligence Pte. Ltd. | Case number (*if known*) | 23-11966 |
|---|---|---|---|
| | Name | | |

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** | **Internet domain names and websites** | | |
| 61.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **63.** | **Customer lists, mailing lists, or other compilations** | | |
| 63.1 | Customer Relationship | $1,717,649.00 | Straight Line Amortization | $1,717,649.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.** | **Other intangibles, or intellectual property** | | |
| 64.1 | Non Compete | $1,405,019.00 | Straight Line Amortization | $1,405,019.00 |

| Debtor | Near Intelligence Pte. Ltd. | | Case number (*if known*) | 23-11966 |
|--------|------------------------------|--|--------------------------|----------|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------------------|------------------------------------------|------------------------------------|
| **65.** **Goodwill** | | | |
| 65.1   Goodwill | $4,666,271.32 | No Amortization, Subject to Impairment | $4,666,271.32 |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$7,788,939.32

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No.

☐ Yes.

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.

■ Yes.

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes. Fill in the information below

Debtor    **Near Intelligence Pte. Ltd.**                                    Case number (*if known*)    **23-11966**
_____
Name

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) | | | |
| 71.1 | GST Refunds Receivables | $12,102.00 | - $0.00 | = $12,102.00 |
| 71.2 | Near Intelligence Private Limited | $280,904.00 | - $0.00 | = $280,904.00 |
| 71.3 | Near Intelligence S.A. (France) | $250,628.00 | - $0.00 | = $250,628.00 |
| 71.4 | Near Intelligence, Inc. | $649,521.00 | - $0.00 | = $649,521.00 |
| 71.5 | Near North America, Inc. | $4,704,615.00 | - $0.00 | = $4,704,615.00 |
| 71.6 | Near North America, Inc. | $2,790,963.00 | - $0.00 | = $2,790,963.00 |
| | | Total face amount | doubtful or uncollectible amount | |

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| 72.1 | Unused Net Operating Losses (NOLs) | Tax year  2022 | $117,469.65 |

|  |  | Current value of debtor's interest |
|---|---|---|
| **73.** | **Interests in insurance policies or annuities** | |
| 73.1 | Chubb Insurance Singapore , PI/E&O and CGL | Unknown |
| 73.2 | Marsh (Singapore) Pte Ltd - SG, Professional Indemnity-E & O | Unknown |

| | | Current value of debtor's interest |
|---|---|---|
| **74.** | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Claims arising from damages that the Debtors have suffered as a result of fraudulent conduct by Near's former CEO Anil Mathews, former CFO Rahul Agrawal, MobileFuse LLC ("MobileFuse"), and certain other parties. Those claims include, but are not limited to, claims arising from conduct described in the First Day Declaration [D.I. 14].  The amount of such claims have not been determined as of the Petition Date.  Investigation of potential misconduct both related and unrelated to MobileFuse is not complete, and accordingly the full extent of potential actions and potential defendants may not have been identified to date. | |
| 74.1 | | Undetermined |
| **Nature of claim** | As Described Above | |
| **Amount requested** | Undetermined | |

| | | Current value of debtor's interest |
|---|---|---|
| **75.** | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1 | | $0.00 |

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (*if known*) | 23-11966 |
|---|---|---|---|
| | Name | | |

| | | **Current value of debtor's interest** |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 76.1 | _____ | $0.00 |

| | | **Current value of debtor's interest** |
|---|---|---|
| 77. | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | _____ | $0.00 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$8,806,202.65**<br>**plus undetermined amounts.** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

# 38

| | |
|---|---|
| Debtor | **Near Intelligence Pte. Ltd.** |
| | Name |

Case number (*if known*) **23-11966**

---

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$571,814.39** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$230,792.77** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$8,481,638.75** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$8,611,334.18** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$6,519.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*..................................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$7,788,939.32** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$8,806,202.65 plus undetermined amounts.** | |
| 91. | **Total. Add lines 80 through 90 for each column** | **$34,497,241.06 plus undetermined amounts.** +91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$34,497,241.06 plus undetermined amounts.** |

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Near Intelligence Pte. Ltd.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>District of Delaware</strong></td></tr>
<tr><td>Case number (if known)</td><td><strong>23-11966</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **Secured creditor name and mailing address**<br><br>Blue Torch Capital<br>Attn: Lee Haspel, Dermott O'Flanagan, Andrew McAlpine<br>150 E. 58th Street<br>39th Floor<br>New York NY 10155<br><br>**Secured creditor's email address**<br><br>jhaspel@bluetorchcapital.com, doflanagan@bluetorchcapital.com, amcalpine@bluetorchcapital.com<br><br>**Date debt was incurred**<br><br>11/4/2022<br><br>**Last 4 digits of account number**<br><br><br>**Do multiple creditors have an interest in the same property?**<br><br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br>Substantially All Assets<br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br><br>■ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br><br>☐ No<br>■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $76,742,047.00 | Undetermined |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$76,742,047.00** |

**40**

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (if known) | **23-11966** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>List Others to Be Notified for a Debt Already Listed in Part 1</strong></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Blue Torch Capital<br>King & Spalding LLP<br>Attn: Roger Schwartz, Esq., Geoffrey King, Esq.,<br>Miguel Cadavid, Esq.<br>1185 Avenue of Americas, 34th Floor<br>New York NY 10036<br>rschwartz@kslaw.com, gking@kslaw.com, mcadavid@kslaw.com | Line 2.1 | |
| Blue Torch Capital<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Robert Dehney, Esq., Matthew Harvey, Esq.,<br>Brenna Dolphin, Esq., Austin Park, Esq.<br>1201 N. Market St., #1600<br>Wilmington DE 19801<br>rdehney@morrisnichols.com, mharvey@morrisnichols.com,<br>bdolphin@morrisnichols.com, apark@morrisnichols.com | Line 2.1 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      **Near Intelligence Pte. Ltd.**

United States Bankruptcy Court for the:      **District of Delaware**

Case number (if known)      **23-11966**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:      List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $1,748.25 | $1,748.25 |

Central Provident Fund
The URA Centre East Wing (opposite Maxwell Food Centre) 45 Maxwell Road, #01-11
069118
Singapore

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Contribution to employee benefit plan

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(5)

■ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $30.47 | $30.47 |

Ho, Celia
Address on file

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Employee reimbursement of expenses

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**

■ No
☐ Yes

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (if known) | **23-11966** |
|---|---|---|---|
| | Name | | |

**Part 2:** **Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | |
| | | As of the petition filing date, the claim is: Check all that apply | **$2,661.70** |
| | AEI Legal LLC<br>#05-01 1 Phillip Street<br>Royal One Phillip<br>0486<br>Singapore | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 11/06/2023 | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | |
|---|---|---|
| | | As of the petition filing date, the claim is: Check all that apply | **$26,469.40** |
| | ASLF Media Pty Ltd<br>48 Hillside Road<br>Newport NSW 2106<br>Australia | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 06/05/2023 | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | |
|---|---|---|
| | | As of the petition filing date, the claim is: Check all that apply | **$7,960.00** |
| | Bird & Bird<br>25 Martin Place<br>Level 22<br>Sydney NSW 2000<br>Australia | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 11/30/2023 | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | |
|---|---|---|
| | | As of the petition filing date, the claim is: Check all that apply | **$66,666.00** |
| | Bonzai Digital Pte Ltd<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 04/30/2023 | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

Debtor  **Near Intelligence Pte. Ltd.** _____  Case number (if known)  **23-11966**
Name

| | Amount of claim |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

COMEXPOSIUM ASIA PACIFIC PTE LTD
152 BEACH ROAD
#07-07/08, Gateway East
 189721
Singapore

**Date(s) debt was incurred** 09/04/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset?  ■ No ☐ Yes

**$5,100.00**

**3.6** Nonpriority creditor's name and mailing address

ControlCase International Private Limited
Corporate Center, J.B.Nagar
Mumbai, Maharashtra  400059
India

**Date(s) debt was incurred** 04/30/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset?  ■ No ☐ Yes

**$15,000.00**

**3.7** Nonpriority creditor's name and mailing address

Datasite Singapore Pte. Ltd.
50 Collyer Quay
OUE Bayfront, #150-1
 049321
Singapore

**Date(s) debt was incurred** 10/17/2021

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset?  ■ No ☐ Yes

**$89.21**

**3.8** Nonpriority creditor's name and mailing address

ECRA Pte Ltd
160 Robinson Road
#20-03 SBF Center
 068914
Singapore

**Date(s) debt was incurred** 10/27/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset?  ■ No ☐ Yes

**$56.18**

**3.9** Nonpriority creditor's name and mailing address

Google Asia Pacific Pte. Ltd.
70 Pasir Panjang Road
 117371
Singapore

**Date(s) debt was incurred** 11/30/2023

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset?  ■ No ☐ Yes

**$400.39**

**44**

| | |
|---|---|
| Debtor | **Near Intelligence Pte. Ltd.** |
| | Name |

Case number (if known) **23-11966**

<table>
<tr><td></td><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>3.10</td>
<td><b>Nonpriority creditor's name and mailing address</b><br><br>HERE Europe B.V.<br>5602 BH<br>Eindhoven<br>The Netherlands<br><br><b>Date(s) debt was incurred</b> <u>11/11/2022</u><br><br><b>Last 4 digits of account number</b></td>
<td><b>As of the petition filing date, the claim is:</b> Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><u>Trade</u><br><br><b>Is the claim subject to offset?</b> ■ No ☐ Yes</td>
<td style="text-align:right"><b>$175,063.52</b></td>
</tr>
<tr>
<td>3.11</td>
<td><b>Nonpriority creditor's name and mailing address</b><br><br>ICR LLC<br>761 Main Avenue<br>Norwalk CT 06851<br><br><b>Date(s) debt was incurred</b> <u>03/23/2023</u><br><br><b>Last 4 digits of account number</b></td>
<td><b>As of the petition filing date, the claim is:</b> Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><u>Trade</u><br><br><b>Is the claim subject to offset?</b> ■ No ☐ Yes</td>
<td style="text-align:right"><b>$289,000.00</b></td>
</tr>
<tr>
<td>3.12</td>
<td><b>Nonpriority creditor's name and mailing address</b><br><br>Incubeta Australia Pty Ltd<br>100 Harris St<br>Pyrmont NSW 2009<br>Australia<br><br><b>Date(s) debt was incurred</b> <u>11/30/2023</u><br><br><b>Last 4 digits of account number</b></td>
<td><b>As of the petition filing date, the claim is:</b> Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><u>Trade</u><br><br><b>Is the claim subject to offset?</b> ■ No ☐ Yes</td>
<td style="text-align:right"><b>$1,400.39</b></td>
</tr>
<tr>
<td>3.13</td>
<td><b>Nonpriority creditor's name and mailing address</b><br><br>Influent Media Limited<br>97 Charlotte Street<br>London  W1T 4QA<br>United Kingdom<br><br><b>Date(s) debt was incurred</b> <u>09/30/2022</u><br><br><b>Last 4 digits of account number</b></td>
<td><b>As of the petition filing date, the claim is:</b> Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><u>Trade</u><br><br><b>Is the claim subject to offset?</b> ■ No ☐ Yes</td>
<td style="text-align:right"><b>$111.72</b></td>
</tr>
<tr>
<td>3.14</td>
<td><b>Nonpriority creditor's name and mailing address</b><br><br>INMOBI PTE LTD<br>30 Cecil Street<br>Prudential Tower<br> 049712<br>Singapore<br><br><b>Date(s) debt was incurred</b> <u>11/06/2023</u><br><br><b>Last 4 digits of account number</b></td>
<td><b>As of the petition filing date, the claim is:</b> Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><u>Trade</u><br><br><b>Is the claim subject to offset?</b> ■ No ☐ Yes</td>
<td style="text-align:right"><b>$96,947.99</b></td>
</tr>
</table>

Debtor    **Near Intelligence Pte. Ltd.** _____ Case number (if known) **23-11966**

Name

| | | Amount of claim |
|---|---|---|

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$192,100.37** |
|---|---|---|---|
| | Interxion Ireland DAC Limited<br>Grange Castle Business Park, Nangor Road<br>Dublin<br>Ireland | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 04/12/2023 | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$44,812.50** |
|---|---|---|---|
| | Lex Connect Consulting Private Limited<br>96 NAL Layout (Behind Food Corporation of India)<br>Estend Road, 4T Block, Jayanagar<br>Bangalore, Karnataka  560041<br>India | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 06/21/2023 | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$350,016.18** |
|---|---|---|---|
| | Magnite, Inc.<br>6080 Center Drive<br>4th Floor Suite 400<br>Los Angeles CA 90045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 12/01/2023 | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,893.25** |
|---|---|---|---|
| | Matsui, Masahiro<br>Address on file | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 11/30/2023 | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,609.00** |
|---|---|---|---|
| | Metayage Inc<br>Woodinvile NE 140th Way<br>Washington WA 02147 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 06/22/2023 | **Basis for the claim:** Trade | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

Debtor  **Near Intelligence Pte. Ltd.** _____  Case number (if known)  **23-11966**

Name

| | | Amount of claim |
|---|---|---|

**3.20** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**Undetermined**

NEAR GmbH
AM Herrenweiher 3
Dingolfing  84130
Germany

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** N/A

**Basis for the claim:** Threatened Infringement Action

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$87,939.65**

Nexxen Group LLC fka Unruly Group LLC
3600 136th Place SE
Bellevue WA 98005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/30/2023

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$7,855.65**

Oracle Corporation Singapore Pte Ltd
1 Fusionopolis Pl
Level 12, Galaxis
 138522
Singapore

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/13/2023

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$3,774.00**

Oracle Corporation UK Limited
Oracle Parkway, Thames Valley Park (TVP)
Reading, Berkshire  RG6 1RA
United Kingdom

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/28/2023

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$24,000.00**

PublicNSA, LLC dba BIGDBM
9499 Collins Ave
Aventura FL 94304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/27/2023

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (if known) | **23-11966** |
| | Name | | |

|  | | **Amount of claim** |
|---|---|---|

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75,566.75** |

PubMatic, Inc.
601 Marshall Street
Redwood City CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/30/2023

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,734.79** |

Qb Studios - Ponsonby
6/19 Southwark Street
Christchurch  8011
New Zealand

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/01/2023

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$753.21** |

Regus Japan Holdings K.K.
3-4-1 Ginza 3-Cho-me
Chuo-ku
Tokyo  104-0061
Japan

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 08/31/2022

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$109.80** |

Shivaami Cloud Services Pvt Ltd
1001, 10th Floor, Runwal R Square
LBS Road, Mulund West
Mumbai  400 080
India

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/24/2023

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$318,189.26** |

Smaato, Inc.
240 Stockton St
9th Floor
San Francisco CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/31/2023

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Near Intelligence Pte. Ltd.** | | Case number (if known) | **23-11966** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,074.70 |
|---|---|---|---|

Swish Japan inc.
3-11-4, Minato ku
Tokyo
Japan

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/03/2023

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,765.42 |
|---|---|---|---|

The Executive Centre Singapore Pte Ltd
Level 37 Ocean Financial Centre
 049315
Singapore

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/01/2023

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $5,358.82 |
|---|---|---|---|

Vercara, LLC - Neustar
45980 Center Oak Plaza
Sterling VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/31/2022

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $265,498.73 |
|---|---|---|---|

Verve Group Europe GmbH
Karl-Liebknecht-Str 32
Berlin  10178
Germany

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/31/2023

**Basis for the claim:** Trade

**Last 4 digits of account number**

**Is the claim subject to offset?** ☒ No ☐ Yes

**49**

Debtor   **Near Intelligence Pte. Ltd.** _____   Case number (if known)   **23-11966** _____

Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|

**50**

| | |
|---|---|
| Debtor | **Near Intelligence Pte. Ltd.** |
| | Name |

Case number (if known) **23-11966**

<div style="background:black;color:white">Part 4:</div> **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

**5a. Total claims from Part 1**

5a.  $ 1,778.72

**5b. Total claims from Part 2**

5b. + $ 2,084,978.58
**plus undetermined amounts**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $ 2,086,757.30
**plus undetermined amounts**

Fill in this information to identify the case:

Debtor name **Near Intelligence Pte. Ltd.**

United States Bankruptcy Court for the: **District of Delaware**

Case number (if known) **23-11966**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** | Customer | |
| **State the term remaining** | 12/31/2025 | |
| **List the contract number of any government contract** | | Admatik Sdn Bhd<br>B-SG-32A LEVEL SG, BLOCK B SUNWAY GEO AVENUE<br>SUBANG JAYA Selangor 47500<br>Malaysia |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| **State the term remaining** | 12/30/2023 | |
| **List the contract number of any government contract** | | AEI Legal LLC<br>1 Phillip Street, #05-01, Royal One Phillip<br>Singapore  048692<br>Singapore |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| **State the term remaining** | 12/30/2024 | |
| **List the contract number of any government contract** | | Amazon Web Services Singapore Private Limited<br>23 Church Street, Capital Square, Unit 10-01 to 10-04<br>Singapore  049481<br>Singapore |

**52**

| Debtor | **Near Intelligence Pte. Ltd.** | | Case number (if known) | **23-11966** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 12/30/2023 | |
| | List the contract number of any government contract | | ASLF Media Pty Ltd<br>48 Hillside Road<br>Newport NSW 2106<br>Australia |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Customer | |
|---|---|---|---|
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | AudienceQ<br>CHELMSFORD, Essex<br>London  CM2 0AW<br>United Kingdom |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 12/30/2023 | |
| | List the contract number of any government contract | | Bonzai Digital Pte Ltd<br>160 Robinson Road #20-03 SBF Center<br>Singapore  068914<br>Singapore |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Customer | |
|---|---|---|---|
| | State the term remaining | 06/18/2024 | |
| | List the contract number of any government contract | | Break Media Pte Ltd<br>21B Bukit Pasoh Road<br>Singapore  089835<br>Singapore |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 12/30/2023 | |
| | List the contract number of any government contract | | Digital Commons Limited<br>17 Hargreaves Street<br>Auckland<br>New Zealand |

| Debtor | **Near Intelligence Pte. Ltd.** | | Case number (if known) | **23-11966** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 01/30/2025 | |
| | List the contract number of any government contract | | ECRA Pte Ltd<br>160 Robinson Road #20-03 SBF Center<br>Singapore  068914<br>Singapore |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
| | State the term remaining | 12/30/2024 | |
| | List the contract number of any government contract | | Google Asia Pacific Pte. Ltd.<br>70 Pasir Panjang Rd, #03-71 Mapletree Business City II<br>Singapore  117371<br>Singapore |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
| | State the term remaining | 09/28/2026 | |
| | List the contract number of any government contract | | HERE Europe B.V.<br>PO Box 1300<br>Eindhoven  5602 BH<br>The Netherlands |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
| | State the term remaining | 06/06/2022 | |
| | List the contract number of any government contract | | ICR LLC<br>761 Main Avenue<br>Norwalk CT 06851 |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
| | State the term remaining | 12/30/2023 | |
| | List the contract number of any government contract | | Incubeta Australia Pty Ltd<br>100 Harris St<br>Pyrmont NSW 2009<br>Australia |

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (if known) | **23-11966** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 08/29/2024 | InfoSum Ltd<br>1100 Renaissance Basing View<br>Basingstoke Hampshire RG214E<br>United Kingdom |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | | INMOBI PTE LTD<br>30 Cecil Street, #19-08 Prudential Tower<br>Singapore  049712<br>Singapore |
| | List the contract number of any government contract | | |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | | INMOBI PTE LTD<br>30 Cecil Street, #19-08 Prudential Tower<br>Singapore  049712<br>Singapore |
| | List the contract number of any government contract | | |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | | INMOBI PTE LTD<br>30 Cecil Street, #19-08 Prudential Tower<br>Singapore  049712<br>Singapore |
| | List the contract number of any government contract | | |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 06/23/2025 | INMOBI PTE LTD<br>30 Cecil Street, #19-08 Prudential Tower<br>Singapore  049712<br>Singapore |
| | List the contract number of any government contract | | |

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (if known) | **23-11966** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Customer | |
| | State the term remaining | 03/31/2024 | Innity China Company Ltd |
| | List the contract number of any government contract | | 20 Westlands Road<br>Quarry  999077<br>Hong Kong |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
| | State the term remaining | 01/30/2024 | Interxion Ireland DAC Limited |
| | List the contract number of any government contract | | Grange Castle Business Park, Nangor Road<br>Dublin<br>Ireland |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
| | State the term remaining | 07/30/2025 | Kollaborations Ltd-Joy Lacana |
| | List the contract number of any government contract | | 22 Portland Crescent<br>Feltham  TW13 4RY<br>United Kingdom |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
| | State the term remaining | | Lead Generation Pty. Ltd. |
| | List the contract number of any government contract | | 1 Rotherwood St<br>Richmond NSW 5641<br>Australia |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
| | State the term remaining | 12/30/2024 | Lex Connect Consulting Private Limited |
| | List the contract number of any government contract | | 96 NAL Layout (Behind Food Corporation of India)<br>Estend Road, 4T Block, Jayanagar<br>Bangalore Karnataka 560041<br>India |

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (if known) | **23-11966** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | 03/30/2024 | |
| | **List the contract number of any government contract** | | M2K Advisors Pte Ltd<br>105, Cecil Street, #13-02,The Octagon<br>Singapore  069534<br>Singapore |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | Magnite, Inc.<br>6080 Center Drive<br>4th Floor Suite 400<br>Los Angeles CA 90045 |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | 08/30/2025 | |
| | **List the contract number of any government contract** | | Magnite, Inc.<br>6080 Center Drive<br>4th Floor Suite 400<br>Los Angeles CA 90045 |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | Magnite, Inc.<br>6080 Center Drive<br>4th Floor Suite 400<br>Los Angeles CA 90045 |

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | 06/07/2024 | |
| | **List the contract number of any government contract** | | Matsui, Masahiro<br>Address on file |

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (if known) | **23-11966** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | 30.05.2024 | Media Quest Plus FZ LLC<br>Zee Tower<br>Office 206<br>Dubai<br>United Arab Emirates |
| | **List the contract number of any government contract** | | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | 04/29/2024 | Metayage Inc<br>Woodinville NE 140th Way<br>Washington WA 02147 |
| | **List the contract number of any government contract** | | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | 12/31/2024 | MMP Worldwide FZ LLC<br>Dubai Media City<br>Boutique Offices<br>Office 11<br>PO Box 337189<br>Dubai<br>United Arab Emirates |
| | **List the contract number of any government contract** | | |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | Continuous till notice | Mobilefuse LLC<br>PO Box 37<br>Stirling NJ 07980 |
| | **List the contract number of any government contract** | | |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | 12/19/2023 | Nexxen Group LLC fka Unruly Group LLC<br>1177 6th Ave<br>9th Floor<br>New York NY 10036 |
| | **List the contract number of any government contract** | | |

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (if known) | **23-11966** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 02/25/2024 | |
| | List the contract number of any government contract | | Oracle Corporation Singapore Pte Ltd<br>Level 12, Galaxis, 1 Fusionopolis Pl<br>Singapore  138522<br>Singapore |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 12/30/2023 | |
| | List the contract number of any government contract | | Oracle Corporation UK Limited<br>Oracle Parkway, Thames Valley Park (TVP)<br>Reading, Berkshire  RG6 1RA<br>United Kingdom |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Customer | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Perception Media SDN BHD<br>Taman Prima Seri Gombak, / 68100 Batu Caves<br>Selangor  68100<br>Malaysia |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Customer | |
|---|---|---|---|
| | State the term remaining | 11/01/2024 | |
| | List the contract number of any government contract | | Property Guru Pte Ltd<br>Paya Lebar Quarter, 1 Paya Lebar Link, #12-01/04<br>Singapore  408533<br>Singapore |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | PublicNSA, LLC dba BIGDBM<br>9499 Collins Ave<br>Aventura FL 94304 |

| Debtor | **Near Intelligence Pte. Ltd.** | | Case number (if known) | 23-11966 |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
|---|---|---|---|
| | **State the term remaining** | 05/30/2025 | PubMatic, Inc.<br>601 Marshall Street<br>Redwood City CA 94063 |
| | **List the contract number of any government contract** | | |

| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
|---|---|---|---|
| | **State the term remaining** | 01/01/2024 | SC Tristone Production Impex SRL<br>Sector 5, Bucharest 54<br> Romania 010073<br>Romania |
| | **List the contract number of any government contract** | | |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
|---|---|---|---|
| | **State the term remaining** | 10/02/2024 | Shivaami Cloud Services Pvt Ltd<br>1001, 10th Floor, Runwal R Square<br>LBS Road, Mulund West<br>Mumbai  400 080<br>India |
| | **List the contract number of any government contract** | | |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer | |
|---|---|---|---|
| | **State the term remaining** | | Singapore Press Holdings Limited<br>1000 Toa Payoh N, News Centre<br>Singapore  318994<br>Singapore |
| | **List the contract number of any government contract** | | |

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer | |
|---|---|---|---|
| | **State the term remaining** | | SMRT Commercial Pte Ltd.<br>2 Tanjong Katong Road #08-01, Paya Lebar Quarter 3<br>Singapore  437161<br>Singapore |
| | **List the contract number of any government contract** | | |

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (if known) | **23-11966** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer | |
| | **State the term remaining** | 02/28/2024 | |
| | **List the contract number of any government contract** | | Stellar Lifestyle Pte Ltd<br>2 Tanjong Katong Road, #08-01, Paya Lebar Quarter, Tower 3<br>Singapore  437161<br>Singapore |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | SunLife Assurance Company of Canada<br>14 Taikoo Wan Road<br>Taikoo Shing  999077<br>Hong Kong |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | 05/30/2024 | |
| | **List the contract number of any government contract** | | The Executive Centre Singapore Pte Ltd<br>Level 4 & 37 & 40, Ocean Financial Centre, 10 Collyer Quay<br>Singapore  049315<br>Singapore |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | The Executive Centre Singapore Pte Ltd<br>Level 4 & 37 & 40, Ocean Financial Centre, 10 Collyer Quay<br>Singapore  049315<br>Singapore |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | TrueData Solutions, Inc.<br>1325 Palmetto St<br>Los Angeles CA 90013 |

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (if known) | **23-11966** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 01/30/2024 | TrueData Solutions, Inc.<br>1325 Palmetto St<br>Los Angeles CA 90013 |
| | List the contract number of any government contract | | |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 08/17/2025 | Unify Technologies Pvt Ltd<br>16 Pioneer Towers<br>HITEC city<br>Hyderabad  500081<br>India |
| | List the contract number of any government contract | | |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Customer | |
|---|---|---|---|
| | State the term remaining | 08/08/2024 | Urbis Pty. Ltd.<br>Level 10, 477 Collins St<br>Melbourne ACT 3000<br>Australia |
| | List the contract number of any government contract | | |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 12/30/2023 | Vercara, LLC - Neustar<br>45980 Center Oak Plaza<br>Sterling VA 20166 |
| | List the contract number of any government contract | | |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Vendor | |
|---|---|---|---|
| | State the term remaining | 05/30/2025 | Verve Group Europe GmbH<br>Karl-Liebknecht-Str 32<br>Berlin  10178<br>Germany |
| | List the contract number of any government contract | | |

**62**

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (if known) | **23-11966** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | 02/02/2024 | |
| | **List the contract number of any government contract** | | Wahl & Case EQIQ K.K.<br>Marix Ebisu Bldg. 7F<br>Ebisu 4-4-6<br>Tokyo  150-0013<br>Japan |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor | |
| | **State the term remaining** | 12/30/2024 | |
| | **List the contract number of any government contract** | | Yamamoto, Takeshi<br>Address on file |

Fill in this information to identify the case:

Debtor name          **Near Intelligence Pte. Ltd.**

United States Bankruptcy Court for the:     **District of Delaware**

Case number (if known)     **23-11966**

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Near Intelligence LLC | 100 W Walnut St 4th Floor Pasadena CA 91124 | Blue Torch Capital | ☑ D     2.1 <br> ☐ E/F ____ <br> ☐ G  ____ |
| 2.2  Near Intelligence, Inc. | 100 W Walnut St 4th Floor Pasadena CA 91124 | Blue Torch Capital | ☑ D     2.1 <br> ☐ E/F ____ <br> ☐ G  ____ |
| 2.3  Near North America, Inc. | 100 W Walnut St 4th Floor Pasadena CA 91124 | Blue Torch Capital | ☑ D     2.1 <br> ☐ E/F ____ <br> ☐ G  ____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Near Intelligence Pte. Ltd.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **23-11966** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**January 5, 2024**__    χ **/s/ John Faieta**
_____
Signature of individual signing on behalf of the debtor

**John Faieta**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------x
      :
In re                 :      Chapter 11
      :
NEAR INTELLIGENCE, INC., *et al.*,    :      Case No. 23-11962 (TMH)
      :
Debtors.[1]        :      (Jointly Administered)
      :
      :
------------------------------------------------x

## STATEMENT OF FINANCIAL AFFAIRS FOR
## NEAR INTELLIGENCE PTE. LTD. (CASE NO. 23-11966)

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The debtors and debtors in possession in the above-captioned chapter 11 cases (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the above-captioned chapter 11 cases which are currently pending in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology, and Disclaimer regarding the Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and compose an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[2]

The Schedules and Statements have been prepared by the Debtors' management team, with the assistance of their professional advisors, with reliance upon the efforts, statements, and representations of personnel of the Debtors and the advice of the Debtors' legal and other professional advisors. The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2] These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist.

The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate, but expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Court. Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to the Debtors' chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases, and claims, assumption or rejection of contracts and leases, and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof.

## Global Notes and Overview of Methodology

**Description of the Cases and "As of" Information Date**. On December 8, 2023 (the "Petition Date"), each of the Debtors commenced voluntary cases under chapter 11 of the Bankruptcy Code in the Court to conduct a sale process for substantially all of their assets pursuant to section 363 of the Bankruptcy Code. The Debtors' chapter 11 cases are being jointly administered under Case No. 23-11962 (TMH). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession. On December 22, 2023, the Office of the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.

## Basis of Presentation.

For financial reporting purposes, the Debtors historically have prepared consolidated financial statements, which include financial information for the Debtors and certain non-Debtor affiliates. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP").

Therefore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to fully reconcile to any financial statements prepared by the Debtors.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Accounts Payable and Disbursement Systems**.  The Debtors maintain a cash management system (the "Cash Management System") to collect and disburse funds in the ordinary course.  A more complete description of the Cash Management System is set forth in the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief* [Docket No. 11] filed on the Petition Date.

**Insiders**.  In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" as such term is defined in section 101(31) of the Bankruptcy Code.  Except as otherwise disclosed herein or in the Statements, payments to "insiders" are set forth on Statement 4.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to: (a) any such person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

   a.   **Current Market Value – Net Book Value**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all estate assets.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is

indicated herein or in the Schedules and Statements), and may not reflect the net realizable value of such assets. Market values may vary, at times materially, from net book values.

    b.  **First Day Orders**. Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "First Day Order," and collectively, the "First Day Orders"), the Debtors and their estates are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, claims of vendors, claims related to customer programs, and claims related to insurance programs. The Debtors have not included amounts paid under the First Day Orders.

    c.  **Setoffs**. To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements. The Debtors and their estates reserve all rights with respect to any such setoffs.

    d.  **Credits and Adjustments**. Claims of creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

    e.  **Leases**. In the ordinary course of business, the Debtors lease certain equipment from certain third-party lessors for use in the maintenance of their business. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

    f.  **Executory Contracts and Unexpired Leases**. The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. Rather, executory contracts and unexpired leases have been set forth solely on Schedule G. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims against the Debtors and their estates; however, the Schedules and Statements do not reflect any claims for rejection damages. The Debtors and their estates reserve all rights with respect to the assertion of any such claims.

**Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information available at the time of filing the Schedules and Statements. If additional information becomes available or further research is conducted, the allocation of

liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

**Estimates**. The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Classifications**. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority," or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules and Statements to recharacterize or reclassify any claim or contract.

**Claims Description**. The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed."

**Guaranties and Other Secondary Liability Claims**. Guaranties and other secondary liability claims (collectively, the "Guaranties") with respect to the Debtors' contracts and leases may not be included on Schedule H. Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

**Excluded Assets and Liabilities**. The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules and Statements. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, accrued accounts payable, deferred rent, deferred revenue, and sales tax payable.

**Intellectual Property Rights**. Exclusion of certain intellectual property shall not constitute an admission that such intellectual property rights have been abandoned, have been terminated or otherwise have expired by their terms, have been assigned or otherwise transferred pursuant to a sale, acquisition, other transaction, or have immaterial value. Conversely, inclusion of certain intellectual property shall not constitute an admission with respect to the materiality of such intellectual property rights, or that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

**Business Combination.** Due to the legal entity restructuring associated with the Business Combination (as defined the in *Declaration Of John Faieta In Support Of Chapter 11 Petitions And First Day Pleadings* [Docket No. 14] (the "First Day Declaration"), as well as systems limitations for data input of non-Debtor entities, certain relevant pre-Business Combination legal entities that ultimately became a part of the Debtor entities post-Business Combination found in the Debtors' finance systems have been re-mapped to the following entities:

| Pre-transaction entity | Mapped Post-transaction Debtor Entity Name |
|---|---|
| Near America Inc. | Near Intelligence LLC |
| Near Intelligence Holdings Inc. | Near Intelligence LLC |
| Near Intelligence Pte. | Near Intelligence Pte. Ltd. |
| Near Pte. | Near Intelligence, Inc. |
| Near Pte. Ltd | Near Intelligence, Inc. |

## NOTES FOR SCHEDULES

**Schedule A/B – Assets – Real and Personal Property**.  As set forth above, the Debtors and their estates are authorized to pay certain prepetition claims pursuant to the First Day Orders.

As set forth above, all inventory values identified in Schedule A/B, Part 5 are net book value, unless otherwise stated.

The Debtors maintain their books and records on an accrual basis.  Accordingly, certain terms listed in Schedule A/B, Part 2, are listed in the Debtors' books and records as prepayments or deposits, but are, in fact, payments made for certain future expenses or invoices.

Debtor Near Intelligence, Inc. is the parent of a consolidated tax group that includes the other Debtors.  Federal tax returns, as well as certain state tax returns, are filed on a consolidated basis. Consequently, the Debtors maintain net operating losses from consolidated tax filings made by Near Intelligence, Inc., and those net operating losses are only listed under Item 72 for Near Intelligence, Inc.  The Debtors reserve all rights to assert that the net operating losses are property of a different Debtor.

Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws).  The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document, or instrument related to any such claim.  The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors.  No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies, and other parties that may hold security deposits.

Except as specifically stated herein, utility companies and other parties that may hold security deposits have not been listed on Schedule D.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to, and are not reflective of, any payments made by the Debtors subsequent to the Petition Date.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

**Part 2**.  Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts.  Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of the Petition Date.  Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Part 2 of Schedule E/F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them.  The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F.  The amounts listed for liabilities on Schedule E/F may be exclusive of certain contingent and unliquidated amounts.

To the extent that they have been paid, the Debtors have not listed on Part 2 of Schedule E/F, among others, certain unsecured employee wage or benefit claims, tax claims, or claims related to the Debtors' insurance programs for which the Debtors have been granted authority to pay pursuant to a First Day Order. The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Third parties should not anticipate that the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules will reflect their ultimate recoveries in these chapter 11 cases. Actual assets and liabilities may deviate from the amounts shown in the Schedules due to various events that occur throughout the duration of these chapter 11 cases.

**Schedule G – Executory Contracts and Unexpired Leases**. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein, despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or other agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule G at this time. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date, or is valid or enforceable.

Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Additionally, the Debtors maintain certain insurance programs. The Debtors and their estates reserve all rights in connection with such insurance programs.

All rights, claims, and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved.  The Debtors and their estates hereby reserve all rights to:  (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary.

## NOTES FOR STATEMENTS

**Statement 1**.  On October 5, 2023, Debtor Near Intelligence, Inc. filed a Form 8-K disclosing that its Board of Directors determined that previously issued financial statements of the Debtors should not be relied upon, including the Debtors' financial statements as of and for each of the years ended December 31, 2022, 2021 and 2020, as well as the Debtors' quarterly financial statements for the periods ended March 31, 2023 and June 30, 2023.  Accordingly, the Debtors have not presented the gross business revenue for the fiscal years listed in Statement 1, as the Debtors believe that the gross business revenue reflected in their books and records for such fiscal years is unreliable.

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days prior to filing, except for those made to insiders or in connection with the bankruptcy, which are reflected on Statement 4 and in the Debtors' response to Part 6, Question 11, respectively.

**Statement 4**. Statement 4 has been presented on a net payment basis.  Actual amounts received by the parties listed on Statement 4 may differ based upon withholding and other tax obligations.

**Statement 7**.  The Debtors and their estates reserve all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings).  The listing of any such lawsuits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities.

**Statement 26**.  Debtor Near Intelligence, Inc.'s financial statements include information from its affiliated Debtors.  Accordingly, the information included in the Statement of Financial Affairs for Near Intelligence, Inc. is applicable to each of the other Debtors.

**Statement 26(d)**.  With respect to SOFA Part 13 question 26(d), the Debtors contacted various parties in connection with the Debtors' efforts to market their assets and raise new sources of capital, and the Debtors shared certain financial information to certain of those parties, who are not individually disclosed herein. Aggregating a list of such parties would be unduly burdensome. The Debtors' consolidated financial statements are publicly available and are issued to multiple parties in the ordinary course of business.

**Fill in this information to identify the case:**

Debtor name    **Near Intelligence Pte. Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **23-11966**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>1/1/2023 to 12/8/2023 | ■ Operating a business<br>☐ Other _____ | See Global Notes |
| **For prior year:**<br>1/1/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | See Global Notes |
| **For year before that:**<br>1/1/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other _____ | See Global Notes |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>1/1/2023 to 12/8/2023 | Bank Interest | $593.00 |
| **For prior year:**<br>1/1/2022 to 12/31/2022 | Bank Interest | $1,274.42 |

| Debtor | **Near Intelligence Pte. Ltd.** | | Case number (*if known*) **23-11966** |
|---|---|---|---|

|  | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **For year before that:** 1/1/2021 to 12/31/2021 | Bank Interest | $884.91 |

---

| Part 2: | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|---|
| 3.1 | AEI Legal LLC #05-01 1 Phillip Street Royal One Phillip 048692 Singapore | 11/6/2023 | $8,025.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other |
| 3.2 | AEI Legal LLC #05-01 1 Phillip Street Royal One Phillip 048692 Singapore | 12/1/2023 | $4,567.17 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other |
| 3.3 | Amazon Web Services Singapore Private Limited 23 Church Street Capital Square Unit 10-01 to 10-04 049481 Singapore | 9/19/2023 | $308,230.95 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other |
| 3.4 | Amazon Web Services Singapore Private Limited 23 Church Street Capital Square Unit 10-01 to 10-04 049481 Singapore | 10/23/2023 | $611,788.80 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other |
| 3.5 | Digital Commons Limited 17 Hargreaves Street Auckland CBD  1011 New Zealand | 10/30/2023 | $22,551.28 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other |

| Debtor | **Near Intelligence Pte. Ltd.** | | Case number (*if known*) | **23-11966** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.6 | Digital Commons Limited<br>17 Hargreaves Street<br>Auckland CBD  1011<br>New Zealand | 11/20/2023 | $13,865.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.7 | HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/11/2023 | $21.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.8 | HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/11/2023 | $886.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.9 | HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/11/2023 | $226.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.10 | HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/11/2023 | $7.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.11 | HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/11/2023 | $21.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.12 | HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/11/2023 | $372.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.13 | HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/13/2023 | $21.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |

Debtor    **Near Intelligence Pte. Ltd.**                                      Case number (*if known*)  **23-11966**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14    HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/16/2023 | $62.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.15    HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/16/2023 | $19.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.16    HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/18/2023 | $19.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.17    HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/18/2023 | $19.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.18    HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/20/2023 | $56.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.19    HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/20/2023 | $350.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.20    HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/23/2023 | $270.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.21    HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/24/2023 | $9.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |

Debtor  **Near Intelligence Pte. Ltd.**                           Case number (*if known*)  **23-11966**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.22  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/26/2023 | $58.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.23  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/27/2023 | $12.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.24  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/30/2023 | $75.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.25  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/30/2023 | $44.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.26  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/30/2023 | $30.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.27  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/31/2023 | $0.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.28  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/1/2023 | $412.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.29  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/1/2023 | $15.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (*if known*) **23-11966** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.30   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/2/2023 | $1,132.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.31   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/2/2023 | $1,227.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.32   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/3/2023 | $150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.33   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/3/2023 | $29.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.34   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/6/2023 | $767.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.35   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/8/2023 | $21.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.36   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/8/2023 | $25.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.37   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/14/2023 | $56.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |

Debtor   **Near Intelligence Pte. Ltd.**                              Case number (*if known*)  **23-11966**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.38   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/14/2023 | $4,637.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.39   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/14/2023 | $14.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.40   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/14/2023 | $43.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.41   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/14/2023 | $43.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.42   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/14/2023 | $16.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.43   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/14/2023 | $29.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.44   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/14/2023 | $548.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.45   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/16/2023 | $1.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |

Debtor  **Near Intelligence Pte. Ltd.**                                    Case number (*if known*)  **23-11966**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.46  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/16/2023 | $17.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.47  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/23/2023 | $9.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.48  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/23/2023 | $9.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.49  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/24/2023 | $15.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.50  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/24/2023 | $15.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.51  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/24/2023 | $12.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.52  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/24/2023 | $33.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.53  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/24/2023 | $63.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |

# 83

| Debtor | **Near Intelligence Pte. Ltd.** | | Case number (*if known*) | **23-11966** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.54  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/28/2023 | $14.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.55  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/28/2023 | $14.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.56  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/28/2023 | $14.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.57  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 11/30/2023 | $0.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.58  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 12/1/2023 | $0.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.59  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 12/6/2023 | $422.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.60  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 12/7/2023 | $2,098.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.61  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 12/7/2023 | $33.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

Debtor  **Near Intelligence Pte. Ltd.**                                     Case number (*if known*)  **23-11966**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.62  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/11/2023 | $1,477.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.63  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/11/2023 | $14.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.64  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/11/2023 | $44.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.65  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/11/2023 | $245.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.66  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/11/2023 | $416.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.67  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/14/2023 | $14.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.68  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/15/2023 | $17.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.69  HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/21/2023 | $29.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |

Debtor    **Near Intelligence Pte. Ltd.**                              Case number (*if known*)  **23-11966**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.70   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/22/2023 | $198.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.71   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/22/2023 | $9.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.72   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/25/2023 | $1.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.73   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/26/2023 | $15.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.74   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/26/2023 | $15.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.75   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 9/26/2023 | $15.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.76   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/5/2023 | $7.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.77   HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br>018983<br>Singapore | 10/6/2023 | $25.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

Debtor **Near Intelligence Pte. Ltd.**                    Case number *(if known)* **23-11966**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.78 HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br> 018983<br>Singapore | 10/9/2023 | $2.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.79 HSBC Bank<br>MARINA BAY FINANCIAL CENTRE TOWER 2<br>48-01  10 MARINA BOULEVARD<br> 018983<br>Singapore | 10/11/2023 | $910.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.80 Incubex Business Consulting Services Pvt Ltd<br>No. 126  KHB Colony<br>Koramangala Layout<br>Bangalore Karnataka 560095<br>India | 11/30/2023 | $37,230.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.81 InfoSum Ltd<br>1100 Renaissance Basing View<br>Basingstoke  RG214E<br>United Kingdom | 12/1/2023 | $23,822.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.82 INMOBI PTE LTD<br>30 Cecil Street<br>Prudential Tower<br> 049712<br>Singapore | 10/31/2023 | $78,727.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.83 INMOBI PTE LTD<br>30 Cecil Street<br>Prudential Tower<br> 049712<br>Singapore | 12/1/2023 | $52,077.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.84 Kollaborations Ltd-Joy Lacana<br>22 Portland Crescent<br>Feltham  TW13 4RY<br>United Kingdom | 10/23/2023 | $8,314.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.85 Kollaborations Ltd-Joy Lacana<br>22 Portland Crescent<br>Feltham  TW13 4RY<br>United Kingdom | 11/14/2023 | $9,335.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |

Debtor    **Near Intelligence Pte. Ltd.**                                    Case number *(if known)*  **23-11966**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.86    Magnite, Inc.<br>6080 Center Drive<br>4th Floor Suite 400<br>Los Angeles CA 90045 | 10/23/2023 | $84,766.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.87    Magnite, Inc.<br>6080 Center Drive<br>4th Floor Suite 400<br>Los Angeles CA 90045 | 11/14/2023 | $93,440.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.88    Magnite, Inc.<br>6080 Center Drive<br>4th Floor Suite 400<br>Los Angeles CA 90045 | 12/1/2023 | $64,958.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.89    Marsh (Singapore) Pte Ltd - SG<br>Tower 1 8 Marina View<br> 018960<br>Singapore | 11/27/2023 | $58,860.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.90    Matsui, Masahiro<br>Address on file | 9/29/2023 | $5,729.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.91    Matsui, Masahiro<br>Address on file | 10/27/2023 | $5,820.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.92    Matsui, Masahiro<br>Address on file | 11/30/2023 | $6,432.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.93    MaxMind Inc.<br>51 Pleasant Street #1020<br>Malden MA 10818 | 11/20/2023 | $11,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (*if known*) | **23-11966** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.94 Mobile Fuse LLC (HOLDING)<br>PO Box 37<br>Stirling NJ 07980 | 9/11/2023 | $254,486.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Other |
| 3.95 Mobile Fuse LLC (HOLDING)<br>PO Box 37<br>Stirling NJ 07980 | 9/28/2023 | $314,085.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Other |
| 3.96 Mobile Fuse LLC (HOLDING)<br>PO Box 37<br>Stirling NJ 07980 | 9/28/2023 | $471,128.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Other |
| 3.97 Mobile Fuse LLC (HOLDING)<br>PO Box 37<br>Stirling NJ 07980 | 9/28/2023 | $523,475.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Other |
| 3.98 Near Intelligence Pty Ltd [I]<br>1 Market Street<br>Level 16<br>Sydney NSW 2000<br>Australia | 9/26/2023 | $129,605.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.99 Near Intelligence Pty Ltd [I]<br>1 Market Street<br>Level 16<br>Sydney NSW 2000<br>Australia | 11/20/2023 | $31,746.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |
| 3.100 Near Intelligence Pty Ltd [I]<br>1 Market Street<br>Level 16<br>Sydney NSW 2000<br>Australia | 11/27/2023 | $95,238.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other |

| Debtor | **Near Intelligence Pte. Ltd.** | | Case number (*if known*) **23-11966** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.101 Near Intelligence Pvt Ltd [I]<br>#1 Kathalipalya Main Road<br>Koramangala 6th Block<br>Bengaluru<br>India | 9/27/2023 | $466,883.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.102 Nexxen Group LLC fka Unruly Group LLC<br>3600 136th Place SE<br>Bellevue WA 98006 | 10/24/2023 | $100,565.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.103 Nexxen Group LLC fka Unruly Group LLC<br>3600 136th Place SE<br>Bellevue WA 98006 | 11/14/2023 | $116,063.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.104 Nexxen Group LLC fka Unruly Group LLC<br>3600 136th Place SE<br>Bellevue WA 98006 | 11/20/2023 | $106,283.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.105 Nexxen Group LLC fka Unruly Group LLC<br>3600 136th Place SE<br>Bellevue WA 98006 | 12/1/2023 | $79,428.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.106 Raheja QBE General Insurance Co Ltd-Group<br>Heath<br>501 & 502  A wing  5th Floor<br>International Airport Project Road<br>Sahar  Andheri East<br>Mumbai  400059<br>India | 11/6/2023 | $28,106.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.107 SC Tristone Production Impex SRL<br>Sector 5<br>Bucharest 54<br> 10073<br>Romania | 9/11/2023 | $2,539,035.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.108 The Executive Centre Singapore Pte Ltd<br>Level 37 Ocean Financial Centre<br> 049315<br>Singapore | 11/14/2023 | $9,792.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

| Debtor | **Near Intelligence Pte. Ltd.** | | Case number (*if known*) | **23-11966** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.109   Unify Technologies Pvt Ltd<br>16 Pioneer Towers<br>HITEC city<br>Hyderabad  500081<br>India | 12/1/2023 | $92,470.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.110   We Work Pty Ltd<br>1 Market Street<br>Level 16<br>Sydney NSW 2000<br>Australia | 11/14/2023 | $9,079.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.111   Yamamoto, Takeshi<br>Address on file | 9/29/2023 | $10,404.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.112   Yamamoto, Takeshi<br>Address on file | 11/20/2023 | $15,984.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.113   Yamamoto, Takeshi<br>Address on file | 11/30/2023 | $11,684.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| Insider's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1   See response at Part 13, Question 30 | | | |

| Relationship to debtor |
|---|

| Debtor | Near Intelligence Pte. Ltd. | Case number (*if known*) | 23-11966 |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | Near Intelligence Pte. Ltd. | | Case number (*if known*) | 23-11966 |
|---|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|

**Part 4:   Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None

| . | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None

| Who received transfer? Address | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

Debtor   **Near Intelligence Pte. Ltd.**                                    Case number (*if known*)  **23-11966**

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **Mobile advertising device IDs (MAID), IP addresses, advertising click stream information and location data associated with that device.**
   Does the debtor have a privacy policy about that information?

   ☐ No
   ■ Yes

| Debtor | Near Intelligence Pte. Ltd. | Case number (*if known*) | 23-11966 |
|---|---|---|---|

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10

- ☑ Yes. Does the debtor serve as plan administrator?

  - ☑ No. Go to Part 10
  - ☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it;Address | Description of the contents | Do you still have it? |
|---|---|---|---|

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (*if known*) | **23-11966** |
|--------|--------------------------------|--------------------------|--------------|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

| Owner's name and address | Location of the property | Describe the property | Value |
|--------------------------|--------------------------|-----------------------|-------|

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|-----------------------------|----------------|

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (*if known*) | **23-11966** |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 Memob<br>office 206<br>Zee Tower<br>Dubai Media City  72184<br>UAE | Data Intelligence Company | EIN:    20122056935G<br><br>**Dates business existed**<br>From-To   2nd July 2021 through Petition Date |
| 25.2 Near Intelligence PTY Ltd<br>Level 22  2 Market Street  Sydney  NSW 2000<br>Sydney  2000 | Sales office for ANZ for for Near Intelligence Inc | EIN:    20122056935G<br><br>**Dates business existed**<br>From-To   Sep 2021 through Petition Date |
| 25.3 Near Intelligence Pvt Ltd<br>#1  Kathalipalya Main Road<br><br>Koramangala 6th Block<br><br>Bengaluru Karnataka 560 095<br>India | Back office support for Near Global business | EIN:    20122056935G<br><br>**Dates business existed**<br>From-To   Sep 2021 through Petition Date |
| 25.4 Near Intelligence SAS<br>4 rue Auber<br>Paris  75009 | Data Intelligence Company | EIN:    20122056935G<br><br>**Dates business existed**<br>From-To   June 2020 through Petition Date |
| 25.5 X-Locations<br>6th floor<br>Kobayashi Building<br>1-2-9 Ebisu Minami<br>Shibuya-ku<br>Tokyo  150-0022 | Data Intelligence Company | EIN:    20122056935G<br><br>**Dates business existed**<br>From-To   Feb 2018 through Petition Date |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service From-To |
|---|---|
| | |

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (*if known*) | **23-11966** |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1    Natrajan & Company<br>1<br>North Bridge Road<br>Singapore  179094 | Feb 2020 through Petition Date |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1    Natrajan & Company<br>1<br>North Bridge Road<br>Singapore  179094 | February 2020 through Petition Date |
| 26c.2    Near Intelligence India Pvt Ltd<br>#1  Kathalipalya Main Road<br><br>Koramangala 6th Block<br><br>Bengaluru Karnataka 560 095<br>India | Available |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1    See Global Notes |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No.

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

| Debtor | Near Intelligence Pte. Ltd. | Case number (*if known*) | 23-11966 |
|---|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| 28.1    Chee Yuen Li, Andrea | 160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | Director | |
| 28.2    Faieta, John | 160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | Director | |
| 28.3    Kong, Gladys | 160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No.

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| 29.1    Agarwal, Rahul | 160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | Officer | 3/15/222- 11/20/223 |
| 29.2    Mathews, Anil | 160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | Officer | 7/3/220- 11/10/223 |
| 29.3    Moorthy, Veera | 160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | Officer | 2/5/220- 11/6/223 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No.

■ Yes. Identify below.

**99**

Debtor    **Near Intelligence Pte. Ltd.**                    Case number (*if known*)  **23-11966**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $19,408.29 | 12/31/2022 | Employee - Salary |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |
| 30.2 Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $28,465.49 | 1/31/2023 | Employee - Salary |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |
| 30.3 Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $54,897.74 | 1/31/2023 | Employee - Salary - Bonus |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |
| 30.4 Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $28,465.49 | 2/28/2023 | Employee - Salary |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |

**100**

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (*if known*) | **23-11966** |
|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5 Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $28,465.49 | 3/31/2023 | Employee - Salary |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |
| 30.6 Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $28,465.49 | 4/30/2023 | Employee - Salary |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |
| 30.7 Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $28,465.49 | 5/31/2023 | Employee - Salary |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |
| 30.8 Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $28,465.49 | 6/30/2023 | Employee - Salary |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |

Debtor  **Near Intelligence Pte. Ltd.**                                      Case number (*if known*)  **23-11966**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.9  Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $28,465.49 | 7/31/2023 | Employee - Salary |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |
| 30.10  Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $28,465.49 | 8/31/2023 | Employee - Salary |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |
| 30.11  Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $22,772.39 | 9/30/2023 | Employee - Salary |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |
| 30.12  Agarwal, Rahul<br>160 Robinson Road<br>#20-03 SBF Center<br>068914<br>Singapore | | | |
| | $5,175.54 | 10/31/2023 | Employee - Salary |
| **Relationship to debtor** | | | |
| Former Chief Financial Officer | | | |

**102**

| Debtor | **Near Intelligence Pte. Ltd.** | Case number (*if known*) **23-11966** |
|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.13　Edmiston, Sherman<br>100 W. Walnut Street<br>4th Floor<br>Pasadena CA 91124 | | | |
| | $4,266.67 | 10/24/2023 | Board Fee |

| Relationship to debtor |
|---|
| Board of Directors |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No.
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1　　Near Intelligence, Inc. | EIN:　　85-3187857 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No.
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| 32.1　　Employee CPF | EIN:　　202004197Z |
| 32.2　　Employer CPF | EIN:　　202004197Z |

Debtor    **Near Intelligence Pte. Ltd.**                                          Case number (*if known*)  **23-11966**

---

<u>**Part 14:**</u>  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on    **January 5, 2024**

**/s/ John Faieta**                                                      **John Faieta**
Signature of individual signing on behalf of the debtor                  Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☑ No
☐ Yes

# TAB 2

**105**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

NEAR INTELLIGENCE, PTE, LTD.,

Debtor.[1]

Chapter 11

Case No. 23-11966 (TMH)

(Jointly Administered)

## NOTICE OF FILING OF APPLICATION FOR RECOGNITION
## AS A FOREIGN NON-MAIN PROCEEDING IN SINGAPORE

**PLEASE TAKE NOTICE** that, on August 1, 2025, the *Originating Application (Without Notice)* (the "Application"), attached hereto as **Exhibit A** together with the *1st Affidavit of Timothy Daileader dated 1 August 2025*, attached hereto as **Exhibit B**, seeking recognition of, among other things, the above-captioned Chapter 11 Case as a foreign non-main proceeding in the General Division of the High Court of the Republic of Singapore (the "Singapore Court") was filed in the Singapore Court.

**PLEASE TAKE FURTHER NOTICE** that, a case conference for the Application has been scheduled for August 28, 2025 at 2:30 p.m. (Singapore Time) in Chamber 2-1 of the Supreme Court of Singapore located at 1 Supreme Court Lane, Singapore 178879.

**PLEASE TAKE FURTHER NOTICE** that, inquiries and/or any comments on the Application (if any) can be directed to Bradford J. Sandler (bsandler@pszjlaw.com), Peter J. Keane (pkeane@pszjlaw.com) or Beth E. Levine (blevine@pszjlaw.com).

---

[1] The Debtor's registered address is at 1 Phillip Street, #05-01, Royal One Phillip, Singapore 048692, and its headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

4904-6703-2154.3 19286.00001

Dated: August 6, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*admitted pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:   bsandler@pszjlaw.com
             blevine@pszjlaw.com
             pkeane@pszjlaw.com

*Counsel for the Plan Administrator and
Litigation Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*, | Case No. 23-11962 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### <u>CERTIFICATE OF SERVICE</u>

I, Peter J. Keane, hereby certify that on August 6, 2025, I caused a copy of the following

document to be served on the individuals on the attached service list in the manner indicated:

- **Notice of Filing of Application for Recognition as a Foreign Non-Main Proceeding In Singapore**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

**Service Via Email Upon Core/2002**

| Bricker Graydon LLP<br>mdebbeler@brickergraydon.com | Buchalter, A Professional Corporation<br>schristianson@buchalter.com | Delaware Attorney General<br>attorney.general@state.de.us<br>attorney.general@delaware.gov |
| --- | --- | --- |
| DLA PIPER LLP (US)<br>dennis.odonnell@us.dlapiper.com | DLA PIPER LLP (US)<br>craig.martin@us.dlapiper.com<br>aaron.applebaum@us.dlapiper.com | Doshi Legal Group, P.C.<br>amish@doshilegal.com |
| Duane Morris LLP<br>SLRoss@duanemorris.com<br>DSMcGehrin@duanemorris.com | Eckert Seamans Cherin & Mellott LLC<br>npasalides@eckertseamans.com | Ernst & Young LLP<br>james.baring@parthenon.ey.com |
| Jack Shrum PA<br>Jshrum@jshrumlaw.com | King & Spalding LLP<br>gking@kslaw.com | King & Spalding LLP<br>rschwartz@kslaw.com<br>gking@kslaw.com<br>mcadavid@kslaw.com |
| Kroll Restructuring Administration LLC<br>serviceqa@ra.kroll.com<br>nearteam@ra.kroll.com | Meyer, Suozzi, English & Klein, P.C.<br>jgarbus@msek.com<br>mantongiovanni@msek.com<br>hkleinberg@msek.com | Morris, Nichols, Arsht & Tunnell LLP<br>rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>bdolphin@morrisnichols.com<br>apark@morrisnichols.com |
| National Association of Attorneys General<br>kcordry@naag.org | Office of the United States Trustee for the District of Delaware<br>Benjamin.a.hackman@usdoj.gov | Securities & Exchange Commission - NY Office<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office<br>secbankruptcy@sec.gov | State of Alaska Attorney General<br>attorney.general@alaska.gov | State of Arizona Attorney General<br>aginfo@azag.gov |
| State of California Attorney General<br>bankruptcy@coag.gov | State of Connecticut Attorney General<br>attorney.general@ct.gov<br>denise.mondell@ct.gov | State of Hawaii Attorney General<br>hawaiiag@hawaii.gov |
| State of Illinois Attorney General<br>webmaster@atg.state.il.us | State of Iowa Attorney General<br>webteam@ag.iowa.gov | State of Louisiana Attorney General<br>consumerinfo@ag.state.la.us |
| State of Maine Attorney General<br>oag.mediation@maine.gov | State of Maryland Attorney General<br>oag@oag.state.md.us | State of Michigan Attorney General<br>miag@michigan.gov |
| State of Missouri Attorney General<br>attorney.general@ago.mo.gov | State of Montana Attorney General<br>contactdoj@mt.gov | State of Nebraska Attorney General<br>ago.info.help@nebraska.gov |
| State of Nevada Attorney General<br>aginfo@ag.nv.gov | State of New Hampshire Attorney General<br>attorneygeneral@doj.nh.gov | State of New Jersey Attorney General<br>askconsumeraffairs@lps.state.nj.us |
| State of New York Attorney General<br>Martin.Mooney@ag.ny.gov | State of North Dakota Attorney General<br>ndag@nd.gov | State of Oregon Attorney General<br>consumer.hotline@doj.state.or.us |
| State of Pennsylvania Attorney General<br>jswartley@attorneygeneral.gov<br>mvaneck@attorneygeneral.gov | State of South Dakota Attorney General<br>consumerhelp@state.sd.us | State of Utah Attorney General<br>uag@utah.gov |

| State of Vermont Attorney General<br>ago.info@vermont.gov | State of West Virginia Attorney General<br>consumer@wvago.gov | Stellar Lifestyle Pte Ltd<br>Steffi@smrt.com.sg |
|---|---|---|
| The Rosner Law Group LLC<br>rosner@teamrosner.com<br>liu@teamrsoner.com | U.S. Securities and Exchange Commission - Headquarters<br>secbankruptcy@sec.gov | Vectis Law<br>pcostello@vectislawgroup.com |
| Washington DC Attorney General<br>oag@dc.gov | Willkie Farr & Gallagher LLP<br>rstrickland@willkie.com<br>amordkoff@willkie.com<br>jbrandt@willkie.com | Young Conaway Stargatt & Taylor, LLP<br>emorton@ycst.com<br>mlunn@ycst.com<br>sreil@ycst.com<br>ccox@ycst.com |

## Service Via First Class U.S. Mail Upon Core/2002

| State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee, FL 32399-1050 | State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
|---|---|---|
| State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000 | State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka , KS 66612-1597 | State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort , KY 40601 |
| State of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 | State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson, MS 39201 | State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| State of New York Attorney General<br>Attn: Bankruptcy Unit, Civil Recoveries Bureau<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | State of North Carolina Attorney General<br>Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| State of Oklahoma Attorney General<br>Attn: Bankruptcy Department<br>313 Ne 21St Street<br>Oklahoma City, OK 73105 | State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 | State of Tennessee Attorney General<br>Attn: Laura L. McCloud, Bankruptcy<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |

| State of Virginia Attorney General | State of Washington Attorney | State of Wisconsin Attorney General |
|---|---|---|
| Attn: Financial Recovery Section | General | Attn: Bankruptcy Department |
| Post Office Box 610 | Attn: Bankruptcy Department | Wisconsin Department of Justice |
| Richmond , VA 23218-0610 | 1125 Washington St. SE | State Capitol, Room 114 East, P. O. |
| | P.O. Box 40100 | Box 7857 |
| | Olympia, WA 98504-0100 | Madison, WI 53707-7857 |
| State of Wyoming Attorney General | U.S. Attorney for Delaware | United States of America Attorney |
| Attn: Bankruptcy Department | Attn: David C. Weiss & Ellen Slights | General |
| 123 Capitol Building | U.S. Attorney's Office | Attn: Bankruptcy Department |
| 200 W. 24th Street | 1313 N Market Street, Suite 400 | Us Dept of Justice |
| Cheyenne, WY 82002 | Wilmington, DE 19801 | 950 Pennsylvania Ave NW |
| | | Washington, DC 20530-0001 |

## Service Via First Class Mail Upon Affected Claimants

| AEI Legal LLC | ASLF Media Pty Ltd | Bird & Bird |
|---|---|---|
| 1 Phillip Street | 48 Hillside Road | Level 22 |
| #05-01 Royal One Phillip | Newport, NSW 2106 Australia | 25 Martin Place |
| Singapore,  048692 Singapore | | Sydney, NSW 2000 Australia |
| Blue Torch Capital | Bonzai Digital Pte Ltd | Central Provident Fund |
| Attn: Lee Haspel, Dermott O'Flanagan, | 160 Robinson Road | The URA Centre East Wing (opposite |
| Andrew McAlpine | #20-03 SBF Center | Maxwell Food Centre) 45 Maxwell |
| 150 E. 58th Street, 39th Floor | 068914 Singapore | Road, #01-11 |
| New York, NY 10155 | | 069118 Singapore |
| COMEXPOSIUM ASIA PACIFIC PTE LTD | ControlCase International Private | Datasite Singapore Pte. Ltd. |
| 152 BEACH ROAD | Limited | 50 Collyer Quay |
| #07-07/08, Gateway East | Corporate Center, J.B.Nagar | OUE Bayfront, #150-1 |
| 189721 Singapore | Mumbai, Maharashtra, 400059 India | 049321 Singapore |
| ECRA Pte Ltd | First-Citizens Bank & Trust Company | Google Asia Pacific Pte. Ltd. |
| 160 Robinson Road | Duane Morris LLP | 70 Pasir Panjang Road |
| #20-03 SBF Center | Attn: Sommer L. Ross | 117371 Singapore |
| 068914 Singapore | 1201 N. Market Street, Suite 501 | |
| | Wilmington, DE 19801 | |
| Harris, Ed | HERE Europe B.V. | Ho, Celia |
| Address Redacted | 1115 De Run | Address Redacted |
| | Veldhoven,  5503LB Netherlands | |
| ICR LLC | Incubeta Australia Pty Ltd | Influent Media Limited |
| 761 Main Avenue | 100 Harris St | 97 Charlotte Street |
| Norwalk, CT 06851 | Pyrmont, NSW 2009 Australia | London, W1T 4QA United Kingdom |
| InfoSum Ltd | INMOBI PTE LTD | Interxion Ireland DAC Limited |
| 1100 Renaissance | 30 Cecil Street | Grange Castle Business Park |
| Basing View | Prudential Tower | Nangor Road |
| Basingstoke, Hampshire RG21 4EQ | 049712 Singapore | Dublin, Ireland |
| United Kingdom | | |

| | | |
|---|---|---|
| Kirkland & Ellis LLP<br>Attn: Tamar Donikyan<br>601 Lexington Avenue<br>New York, NY 10022 | Lex Connect Consulting Private Limited<br>Jones And Spross PLLC<br>1605 Lakecliff Hills Ln<br>Suite 100<br>Austin, TX 78732 | Lowther-Harris, Edward<br>Address Redacted |
| M2K Advisors LLP<br>No. 30/ 64, Ethiraj Salai, Egmore<br>7th Floor, Briley One<br>Chennai, Tamil Nadu,  600008 India | Magnite, Inc.<br>6080 Center Drive 4th Floor<br>Los Angeles, CA 90045 | Matsui, Masahiro<br>Address Redacted |
| Metayage Inc<br>Woodinvile NE 140th Way<br>Washington, WA 02147 | NEAR GmbH<br>AM Herrenweiher 3<br>Dingolfing, 84130 Germany | NEAR GmbH<br>c/o ZIRNGIBL<br>Karlstraße 23<br>Munich, Bavaria,  80333 Germany |
| Nexxen Group LLC fka Unruly Group LLC<br>3600 136th Place SE<br>Bellevue, WA 98005 | Oracle Corporation Singapore Pte Ltd<br>1 Fusionopolis Place<br>#12, Galaxis<br>138522 Singapore | Oracle Corporation UK Limited<br>Oracle Parkway, Thames Valley Park (TVP)<br>Reading, Berkshire,  RG6 1RA<br>United Kingdom |
| Oracle Singapore<br>1 Fusionopolis Place<br>#12, Galaxis<br>138522 Singapore | PublicNSA, LLC dba BIGDBM<br>9499 Collins Ave<br>Aventura, FL 94304 | PubMatic, Inc.<br>Attn: Andrew Woods, General Counsel<br>601 Marshall Street<br>Redwood City, CA 94063 |
| Qb Studios - Ponsonby<br>6/19 Southwark Street<br>Christchurch,  8011 New Zealand | Regus Japan Holdings K.K.<br>3-4-1 Ginza 3-Cho-me<br>Chuo-ku<br>Tokyo, 104-0061 Japan | Shivaami Cloud Services Pvt Ltd<br>1001, 10th Floor, Runwal R Square<br>LBS Road, Mulund West<br>Mumbai, 400 080 India |
| Smaato, Inc.<br>350 5th Ave<br>Ste 7700<br>New York, NY 10118-7704 | Swish Japan inc.<br>3-11-4, Minato ku<br>Tokyo,  Japan | The Executive Centre Singapore Pte Ltd<br>Level 37 Ocean Financial Centre<br>049315 Singapore |
| TrueData Solutions, Inc.<br>1 E Erie St<br>Suite 525-4083<br>Chicago, IL 60611 | Vercara, LLC - Neustar<br>2201 Cooperative Way<br>Suite 350<br>Herndon, VA 20171 | Verve Group Europe GmbH<br>Attn: Legal<br>Karl-Liebnecht-Str. 32<br>Berlin,  10178 Germany |

**112**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, PTE, LTD., | Case No. 23-11966 (TMH) |
| Debtor.[1] | (Jointly Administered) |

## NOTICE OF HEARING ON APPLICATION FOR RECOGNITION
## AS A FOREIGN NON-MAIN PROCEEDING IN SINGAPORE

**PLEASE TAKE NOTICE** that, pursuant to the *Registrar's Notice* attached hereto as **Exhibit A**, the General Division of the High Court of the Republic of Singapore (the "Singapore Court") will hold a hearing on Drivetrain LLC's *Originating Application (Without Notice)*, seeking recognition of the above-captioned Chapter 11 Case as a foreign non-main proceeding in the General Division of the High Court of the Republic of Singapore on September 25, 2025 at 10:00 a.m. (Singapore Time) in Court 2C of the Supreme Court of Singapore located at 1 Supreme Court Lane, Singapore 178879.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Registrar's Notice, submissions and bundles of authorities are to be filed and tendered to the Singapore Court by September 11, 2025, 4:00 p.m. (Singapore Time).

---

[1] The Debtor's registered address is at 1 Phillip Street, #05-01, Royal One Phillip, Singapore 048692, and its headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

Dated:  September 5, 2025      **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*admitted pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          blevine@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel for the Plan Administrator and
Litigation Trustee*

**114**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*, | Case No. 23-11962 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on September 5, 2025, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

- **Notice of Hearing on Application for Recognition as a Foreign Non-Main Proceeding**

*/s/ Peter J. Keane*
_____
Peter J. Keane (DE Bar No. 5503)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

# 115

## Service Via Email Upon Core/2002

| | | |
|---|---|---|
| Bricker Graydon LLP<br>mdebbeler@brickergraydon.com | Buchalter, A Professional Corporation<br>schristianson@buchalter.com | Delaware Attorney General<br>attorney.general@state.de.us<br>attorney.general@delaware.gov |
| DLA PIPER LLP (US)<br>dennis.odonnell@us.dlapiper.com | DLA PIPER LLP (US)<br>craig.martin@us.dlapiper.com<br>aaron.applebaum@us.dlapiper.com | Doshi Legal Group, P.C.<br>amish@doshilegal.com |
| Duane Morris LLP<br>SLRoss@duanemorris.com<br>DSMcGehrin@duanemorris.com | Eckert Seamans Cherin & Mellott LLC<br>npasalides@eckertseamans.com | Ernst & Young LLP<br>james.baring@parthenon.ey.com |
| Jack Shrum PA<br>Jshrum@jshrumlaw.com | King & Spalding LLP<br>gking@kslaw.com | King & Spalding LLP<br>rschwartz@kslaw.com<br>gking@kslaw.com<br>mcadavid@kslaw.com |
| Kroll Restructuring Administration LLC<br>serviceqa@ra.kroll.com<br>nearteam@ra.kroll.com | Meyer, Suozzi, English & Klein, P.C.<br>jgarbus@msek.com<br>mantongiovanni@msek.com<br>hkleinberg@msek.com | Morris, Nichols, Arsht & Tunnell LLP<br>rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>bdolphin@morrisnichols.com<br>apark@morrisnichols.com |
| National Association of Attorneys General<br>kcordry@naag.org | Office of the United States Trustee for the District of Delaware<br>Benjamin.a.hackman@usdoj.gov | Securities & Exchange Commission - NY Office<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office<br>secbankruptcy@sec.gov | State of Alaska Attorney General<br>attorney.general@alaska.gov | State of Arizona Attorney General<br>aginfo@azag.gov |
| State of California Attorney General<br>bankruptcy@coag.gov | State of Connecticut Attorney General<br>attorney.general@ct.gov<br>denise.mondell@ct.gov | State of Hawaii Attorney General<br>hawaiiag@hawaii.gov |
| State of Illinois Attorney General<br>webmaster@atg.state.il.us | State of Iowa Attorney General<br>webteam@ag.iowa.gov | State of Louisiana Attorney General<br>consumerinfo@ag.state.la.us |
| State of Maine Attorney General<br>oag.mediation@maine.gov | State of Maryland Attorney General<br>oag@oag.state.md.us | State of Michigan Attorney General<br>miag@michigan.gov |
| State of Missouri Attorney General<br>attorney.general@ago.mo.gov | State of Montana Attorney General<br>contactdoj@mt.gov | State of Nebraska Attorney General<br>ago.info.help@nebraska.gov |
| State of Nevada Attorney General<br>aginfo@ag.nv.gov | State of New Hampshire Attorney General<br>attorneygeneral@doj.nh.gov | State of New Jersey Attorney General<br>askconsumeraffairs@lps.state.nj.us |
| State of New York Attorney General<br>Martin.Mooney@ag.ny.gov | State of North Dakota Attorney General<br>ndag@nd.gov | State of Oregon Attorney General<br>consumer.hotline@doj.state.or.us |
| State of Pennsylvania Attorney General<br>jswartley@attorneygeneral.gov<br>mvaneck@attorneygeneral.gov | State of South Dakota Attorney General<br>consumerhelp@state.sd.us | State of Utah Attorney General<br>uag@utah.gov |

| State of Vermont Attorney General<br>ago.info@vermont.gov | State of West Virginia Attorney General<br>consumer@wvago.gov | Stellar Lifestyle Pte Ltd<br>Steffi@smrt.com.sg |
| --- | --- | --- |
| The Rosner Law Group LLC<br>rosner@teamrosner.com<br>liu@teamrsoner.com | U.S. Securities and Exchange Commission - Headquarters<br>secbankruptcy@sec.gov | Vectis Law<br>pcostello@vectislawgroup.com |
| Washington DC Attorney General<br>oag@dc.gov | Willkie Farr & Gallagher LLP<br>rstrickland@willkie.com<br>amordkoff@willkie.com<br>jbrandt@willkie.com | Young Conaway Stargatt & Taylor, LLP<br>emorton@ycst.com<br>mlunn@ycst.com<br>sreil@ycst.com<br>ccox@ycst.com |

## Service Via First Class U.S. Mail Upon Core/2002

| State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee, FL 32399-1050 | State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
| --- | --- | --- |
| State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000 | State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka , KS 66612-1597 | State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort , KY 40601 |
| State of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 | State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson, MS 39201 | State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| State of New York Attorney General<br>Attn: Bankruptcy Unit, Civil Recoveries Bureau<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | State of North Carolina Attorney General<br>Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| State of Oklahoma Attorney General<br>Attn: Bankruptcy Department<br>313 Ne 21St Street<br>Oklahoma City, OK 73105 | State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 | State of Tennessee Attorney General<br>Attn: Laura L. McCloud, Bankruptcy<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |

# 117

| State of Virginia Attorney General<br>Attn: Financial Recovery Section<br>Post Office Box 610<br>Richmond , VA 23218-0610 | State of Washington Attorney<br>General<br>Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | State of Wisconsin Attorney General<br>Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O.<br>Box 7857<br>Madison, WI 53707-7857 |
| --- | --- | --- |
| State of Wyoming Attorney General<br>Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 | U.S. Attorney for Delaware<br>Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington, DE 19801 | United States of America Attorney<br>General<br>Attn: Bankruptcy Department<br>Us Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |

## Service Via First Class Mail Upon Affected Claimants

| AEI Legal LLC<br>1 Phillip Street<br>#05-01 Royal One Phillip<br>Singapore,  048692 Singapore | ASLF Media Pty Ltd<br>48 Hillside Road<br>Newport, NSW 2106 Australia | Bird & Bird<br>Level 22<br>25 Martin Place<br>Sydney, NSW 2000 Australia |
| --- | --- | --- |
| Blue Torch Capital<br>Attn: Lee Haspel, Dermott O'Flanagan,<br>Andrew McAlpine<br>150 E. 58th Street, 39th Floor<br>New York, NY 10155 | Bonzai Digital Pte Ltd<br>160 Robinson Road<br>#20-03 SBF Center<br>068914 Singapore | Central Provident Fund<br>The URA Centre East Wing (opposite<br>Maxwell Food Centre) 45 Maxwell<br>Road, #01-11<br>069118 Singapore |
| COMEXPOSIUM ASIA PACIFIC PTE LTD<br>152 BEACH ROAD<br>#07-07/08, Gateway East<br>189721 Singapore | ControlCase International Private<br>Limited<br>Corporate Center, J.B.Nagar<br>Mumbai, Maharashtra, 400059 India | Datasite Singapore Pte. Ltd.<br>50 Collyer Quay<br>OUE Bayfront, #150-1<br>049321 Singapore |
| ECRA Pte Ltd<br>160 Robinson Road<br>#20-03 SBF Center<br>068914 Singapore | First-Citizens Bank & Trust Company<br>Duane Morris LLP<br>Attn: Sommer L. Ross<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801 | Google Asia Pacific Pte. Ltd.<br>70 Pasir Panjang Road<br>117371 Singapore |
| Harris, Ed<br>Address Redacted | HERE Europe B.V.<br>1115 De Run<br>Veldhoven,  5503LB Netherlands | Ho, Celia<br>Address Redacted |
| ICR LLC<br>761 Main Avenue<br>Norwalk, CT 06851 | Incubeta Australia Pty Ltd<br>100 Harris St<br>Pyrmont, NSW 2009 Australia | Influent Media Limited<br>97 Charlotte Street<br>London, W1T 4QA United Kingdom |
| InfoSum Ltd<br>1100 Renaissance<br>Basing View<br>Basingstoke, Hampshire RG21 4EQ<br>United Kingdom | INMOBI PTE LTD<br>30 Cecil Street<br>Prudential Tower<br>049712 Singapore | Interxion Ireland DAC Limited<br>Grange Castle Business Park<br>Nangor Road<br>Dublin, Ireland |

| Kirkland & Ellis LLP<br>Attn: Tamar Donikyan<br>601 Lexington Avenue<br>New York, NY 10022 | Lex Connect Consulting Private<br>Limited<br>Jones And Spross PLLC<br>1605 Lakecliff Hills Ln<br>Suite 100<br>Austin, TX 78732 | Lowther-Harris, Edward<br>Address Redacted |
|---|---|---|
| M2K Advisors LLP<br>No. 30/ 64, Ethiraj Salai, Egmore<br>7th Floor, Briley One<br>Chennai, Tamil Nadu,  600008 India | Magnite, Inc.<br>6080 Center Drive 4th Floor<br>Los Angeles, CA 90045 | Matsui, Masahiro<br>Address Redacted |
| Metayage Inc<br>Woodinvile NE 140th Way<br>Washington, WA 02147 | NEAR GmbH<br>AM Herrenweiher 3<br>Dingolfing, 84130 Germany | NEAR GmbH<br>c/o ZIRNGIBL<br>Karlstraße 23<br>Munich, Bavaria,  80333 Germany |
| Nexxen Group LLC fka Unruly Group<br>LLC<br>3600 136th Place SE<br>Bellevue, WA 98005 | Oracle Corporation Singapore Pte Ltd<br>1 Fusionopolis Place<br>#12, Galaxis<br>138522 Singapore | Oracle Corporation UK Limited<br>Oracle Parkway, Thames Valley Park<br>(TVP)<br>Reading, Berkshire,  RG6 1RA<br>United Kingdom |
| Oracle Singapore<br>1 Fusionopolis Place<br>#12, Galaxis<br>138522 Singapore | PublicNSA, LLC dba BIGDBM<br>9499 Collins Ave<br>Aventura, FL 94304 | PubMatic, Inc.<br>Attn: Andrew Woods, General Counsel<br>601 Marshall Street<br>Redwood City, CA 94063 |
| Qb Studios - Ponsonby<br>6/19 Southwark Street<br>Christchurch,  8011 New Zealand | Regus Japan Holdings K.K.<br>3-4-1 Ginza 3-Cho-me<br>Chuo-ku<br>Tokyo, 104-0061 Japan | Shivaami Cloud Services Pvt Ltd<br>1001, 10th Floor, Runwal R Square<br>LBS Road, Mulund West<br>Mumbai, 400 080 India |
| Smaato, Inc.<br>350 5th Ave<br>Ste 7700<br>New York, NY 10118-7704 | Swish Japan inc.<br>3-11-4, Minato ku<br>Tokyo,  Japan | The Executive Centre Singapore Pte<br>Ltd<br>Level 37 Ocean Financial Centre<br>049315 Singapore |
| TrueData Solutions, Inc.<br>1 E Erie St<br>Suite 525-4083<br>Chicago, IL 60611 | Vercara, LLC - Neustar<br>2201 Cooperative Way<br>Suite 350<br>Herndon, VA 20171 | Verve Group Europe GmbH<br>Attn: Legal<br>Karl-Liebnecht-Str. 32<br>Berlin,  10178 Germany |

**119**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, PTE, LTD., | Case No. 23-11966 (TMH) |
| Debtor.[1] | (Jointly Administered) |

## NOTICE OF HEARING ON APPLICATION FOR RECOGNITION
## AS A FOREIGN NON-MAIN PROCEEDING IN SINGAPORE

**PLEASE TAKE NOTICE** that, the General Division of the High Court of the Republic of Singapore (the "Singapore Court") will hold an additional hearing on Drivetrain LLC's *Originating Application (Without Notice)*, seeking recognition of the above-captioned Chapter 11 Case as a foreign non-main proceeding in the General Division of the High Court of the Republic of Singapore on October 30, 2025 at 10:00 a.m. (Singapore Time) in Court 2C of the Supreme Court of Singapore located at 1 Supreme Court Lane, Singapore 178879.

**PLEASE TAKE FURTHER NOTICE** that, the Singapore Court gave further directions for Drivetrain LLC to file a further affidavit by Thursday, 9 October 2025 to set out *inter alia* further information on the Near Intelligences, PTE, LTD.'s center of main interests.

---

[1]  The Debtor's registered address is at 1 Phillip Street, #05-01, Royal One Phillip, Singapore 048692, and its headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

Dated:  September 30, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*admitted pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
              blevine@pszjlaw.com
              pkeane@pszjlaw.com

*Counsel for the Plan Administrator and
Litigation Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*, | Case No. 23-11962 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on September 5, 2025, I caused a copy of the

following document to be served on the individuals on the attached service list in the manner

indicated:

- **Notice of Hearing on Application for Recognition as a Foreign Non-Main Proceeding**

/s/ *Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

**122**

**Service Via Email Upon Core/2002**

| | | |
|---|---|---|
| Bricker Graydon LLP<br>mdebbeler@brickergraydon.com | Buchalter, A Professional Corporation<br>schristianson@buchalter.com | Delaware Attorney General<br>attorney.general@state.de.us<br>attorney.general@delaware.gov |
| DLA PIPER LLP (US)<br>dennis.odonnell@us.dlapiper.com | DLA PIPER LLP (US)<br>craig.martin@us.dlapiper.com<br>aaron.applebaum@us.dlapiper.com | Doshi Legal Group, P.C.<br>amish@doshilegal.com |
| Duane Morris LLP<br>SLRoss@duanemorris.com<br>DSMcGehrin@duanemorris.com | Eckert Seamans Cherin & Mellott LLC<br>npasalides@eckertseamans.com | Ernst & Young LLP<br>james.baring@parthenon.ey.com |
| Jack Shrum PA<br>Jshrum@jshrumlaw.com | King & Spalding LLP<br>gking@kslaw.com | King & Spalding LLP<br>rschwartz@kslaw.com<br>gking@kslaw.com<br>mcadavid@kslaw.com |
| Kroll Restructuring Administration<br>LLC<br>serviceqa@ra.kroll.com<br>nearteam@ra.kroll.com | Meyer, Suozzi, English & Klein, P.C.<br>jgarbus@msek.com<br>mantongiovanni@msek.com<br>hkleinberg@msek.com | Morris, Nichols, Arsht & Tunnell LLP<br>rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>bdolphin@morrisnichols.com<br>apark@morrisnichols.com |
| National Association of Attorneys<br>General<br>kcordry@naag.org | Office of the United States Trustee<br>for the District of Delaware<br>Benjamin.a.hackman@usdoj.gov | Securities & Exchange Commission -<br>NY Office<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission -<br>Philadelphia Office<br>secbankruptcy@sec.gov | State of Alaska Attorney General<br>attorney.general@alaska.gov | State of Arizona Attorney General<br>aginfo@azag.gov |
| State of California Attorney General<br>bankruptcy@coag.gov | State of Connecticut Attorney<br>General<br>attorney.general@ct.gov<br>denise.mondell@ct.gov | State of Hawaii Attorney General<br>hawaiiag@hawaii.gov |
| State of Illinois Attorney General<br>webmaster@atg.state.il.us | State of Iowa Attorney General<br>webteam@ag.iowa.gov | State of Louisiana Attorney General<br>consumerinfo@ag.state.la.us |
| State of Maine Attorney General<br>oag.mediation@maine.gov | State of Maryland Attorney General<br>oag@oag.state.md.us | State of Michigan Attorney General<br>miag@michigan.gov |
| State of Missouri Attorney General<br>attorney.general@ago.mo.gov | State of Montana Attorney General<br>contactdoj@mt.gov | State of Nebraska Attorney General<br>ago.info.help@nebraska.gov |
| State of Nevada Attorney General<br>aginfo@ag.nv.gov | State of New Hampshire Attorney<br>General<br>attorneygeneral@doj.nh.gov | State of New Jersey Attorney General<br>askconsumeraffairs@lps.state.nj.us |
| State of New York Attorney General<br>Martin.Mooney@ag.ny.gov | State of North Dakota Attorney<br>General<br>ndag@nd.gov | State of Oregon Attorney General<br>consumer.hotline@doj.state.or.us |
| State of Pennsylvania Attorney<br>General<br>jswartley@attorneygeneral.gov<br>mvaneck@attorneygeneral.gov | State of South Dakota Attorney<br>General<br>consumerhelp@state.sd.us | State of Utah Attorney General<br>uag@utah.gov |

| State of Vermont Attorney General<br>ago.info@vermont.gov | State of West Virginia Attorney General<br>consumer@wvago.gov | Stellar Lifestyle Pte Ltd<br>Steffi@smrt.com.sg |
| --- | --- | --- |
| The Rosner Law Group LLC<br>rosner@teamrosner.com<br>liu@teamrsoner.com | U.S. Securities and Exchange Commission - Headquarters<br>secbankruptcy@sec.gov | Vectis Law<br>pcostello@vectislawgroup.com |
| Washington DC Attorney General<br>oag@dc.gov | Willkie Farr & Gallagher LLP<br>rstrickland@willkie.com<br>amordkoff@willkie.com<br>jbrandt@willkie.com | Young Conaway Stargatt & Taylor, LLP<br>emorton@ycst.com<br>mlunn@ycst.com<br>sreil@ycst.com<br>ccox@ycst.com |

## Service Via First Class U.S. Mail Upon Core/2002

| State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee, FL 32399-1050 | State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
| --- | --- | --- |
| State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000 | State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka , KS 66612-1597 | State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort , KY 40601 |
| State of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 | State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson, MS 39201 | State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| State of New York Attorney General<br>Attn: Bankruptcy Unit, Civil Recoveries Bureau<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | State of North Carolina Attorney General<br>Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| State of Oklahoma Attorney General<br>Attn: Bankruptcy Department<br>313 Ne 21St Street<br>Oklahoma City, OK 73105 | State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 | State of Tennessee Attorney General<br>Attn: Laura L. McCloud, Bankruptcy<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |

**124**

| State of Virginia Attorney General<br>Attn: Financial Recovery Section<br>Post Office Box 610<br>Richmond , VA 23218-0610 | State of Washington Attorney<br>General<br>Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | State of Wisconsin Attorney General<br>Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O.<br>Box 7857<br>Madison, WI 53707-7857 |
| --- | --- | --- |
| State of Wyoming Attorney General<br>Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 | U.S. Attorney for Delaware<br>Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington, DE 19801 | United States of America Attorney<br>General<br>Attn: Bankruptcy Department<br>Us Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |

## Service Via First Class Mail Upon Affected Claimants

| AEI Legal LLC<br>1 Phillip Street<br>#05-01 Royal One Phillip<br>Singapore, 048692 Singapore | ASLF Media Pty Ltd<br>48 Hillside Road<br>Newport, NSW 2106 Australia | Bird & Bird<br>Level 22<br>25 Martin Place<br>Sydney, NSW 2000 Australia |
| --- | --- | --- |
| Blue Torch Capital<br>Attn: Lee Haspel, Dermott O'Flanagan,<br>Andrew McAlpine<br>150 E. 58th Street, 39th Floor<br>New York, NY 10155 | Bonzai Digital Pte Ltd<br>160 Robinson Road<br>#20-03 SBF Center<br>068914 Singapore | Central Provident Fund<br>The URA Centre East Wing (opposite<br>Maxwell Food Centre) 45 Maxwell<br>Road, #01-11<br>069118 Singapore |
| COMEXPOSIUM ASIA PACIFIC PTE LTD<br>152 BEACH ROAD<br>#07-07/08, Gateway East<br>189721 Singapore | ControlCase International Private<br>Limited<br>Corporate Center, J.B.Nagar<br>Mumbai, Maharashtra, 400059 India | Datasite Singapore Pte. Ltd.<br>50 Collyer Quay<br>OUE Bayfront, #150-1<br>049321 Singapore |
| ECRA Pte Ltd<br>160 Robinson Road<br>#20-03 SBF Center<br>068914 Singapore | First-Citizens Bank & Trust Company<br>Duane Morris LLP<br>Attn: Sommer L. Ross<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801 | Google Asia Pacific Pte. Ltd.<br>70 Pasir Panjang Road<br>117371 Singapore |
| Harris, Ed<br>Address Redacted | HERE Europe B.V.<br>1115 De Run<br>Veldhoven, 5503LB Netherlands | Ho, Celia<br>Address Redacted |
| ICR LLC<br>761 Main Avenue<br>Norwalk, CT 06851 | Incubeta Australia Pty Ltd<br>100 Harris St<br>Pyrmont, NSW 2009 Australia | Influent Media Limited<br>97 Charlotte Street<br>London, W1T 4QA United Kingdom |
| InfoSum Ltd<br>1100 Renaissance<br>Basing View<br>Basingstoke, Hampshire RG21 4EQ<br>United Kingdom | INMOBI PTE LTD<br>30 Cecil Street<br>Prudential Tower<br>049712 Singapore | Interxion Ireland DAC Limited<br>Grange Castle Business Park<br>Nangor Road<br>Dublin, Ireland |

| | | |
|---|---|---|
| Kirkland & Ellis LLP<br>Attn: Tamar Donikyan<br>601 Lexington Avenue<br>New York, NY 10022 | Lex Connect Consulting Private<br>Limited<br>Jones And Spross PLLC<br>1605 Lakecliff Hills Ln<br>Suite 100<br>Austin, TX 78732 | Lowther-Harris, Edward<br>Address Redacted |
| M2K Advisors LLP<br>No. 30/ 64, Ethiraj Salai, Egmore<br>7th Floor, Briley One<br>Chennai, Tamil Nadu, 600008 India | Magnite, Inc.<br>6080 Center Drive 4th Floor<br>Los Angeles, CA 90045 | Matsui, Masahiro<br>Address Redacted |
| Metayage Inc<br>Woodinvile NE 140th Way<br>Washington, WA 02147 | NEAR GmbH<br>AM Herrenweiher 3<br>Dingolfing, 84130 Germany | NEAR GmbH<br>c/o ZIRNGIBL<br>Karlstraße 23<br>Munich, Bavaria, 80333 Germany |
| Nexxen Group LLC fka Unruly Group<br>LLC<br>3600 136th Place SE<br>Bellevue, WA 98005 | Oracle Corporation Singapore Pte Ltd<br>1 Fusionopolis Place<br>#12, Galaxis<br>138522 Singapore | Oracle Corporation UK Limited<br>Oracle Parkway, Thames Valley Park<br>(TVP)<br>Reading, Berkshire, RG6 1RA<br>United Kingdom |
| Oracle Singapore<br>1 Fusionopolis Place<br>#12, Galaxis<br>138522 Singapore | PublicNSA, LLC dba BIGDBM<br>9499 Collins Ave<br>Aventura, FL 94304 | PubMatic, Inc.<br>Attn: Andrew Woods, General Counsel<br>601 Marshall Street<br>Redwood City, CA 94063 |
| Qb Studios - Ponsonby<br>6/19 Southwark Street<br>Christchurch, 8011 New Zealand | Regus Japan Holdings K.K.<br>3-4-1 Ginza 3-Cho-me<br>Chuo-ku<br>Tokyo, 104-0061 Japan | Shivaami Cloud Services Pvt Ltd<br>1001, 10th Floor, Runwal R Square<br>LBS Road, Mulund West<br>Mumbai, 400 080 India |
| Smaato, Inc.<br>350 5th Ave<br>Ste 7700<br>New York, NY 10118-7704 | Swish Japan inc.<br>3-11-4, Minato ku<br>Tokyo, Japan | The Executive Centre Singapore Pte<br>Ltd<br>Level 37 Ocean Financial Centre<br>049315 Singapore |
| TrueData Solutions, Inc.<br>1 E Erie St<br>Suite 525-4083<br>Chicago, IL 60611 | Vercara, LLC - Neustar<br>2201 Cooperative Way<br>Suite 350<br>Herndon, VA 20171 | Verve Group Europe GmbH<br>Attn: Legal<br>Karl-Liebnecht-Str. 32<br>Berlin, 10178 Germany |

**126**

| | |
|---|---|
| Writers: | Justin Yip / Cheang Hui Xuan |
| Direct: | +65 6238 3047 / +65 6238 3181 |
| Email: | justin.yip@withersworldwide.com / |
| | huixuan.cheang@withersworldwide.com |
| Fax: | +65 6535 1030 |
| | |
| Secretary: | Cheryl Yeo |
| Direct: | +65 6238 3183 |
| | |
| Our ref: | JUY/HXC/1022319.0001 |
| Your ref: | |

# Withers KhattarWong LLP

18 Cross Street, #14-01, Singapore 048423
t: +65 6535 6844  f: +65 6534 4892
withersworldwide.com

6 October 2025

**NEAR INTELLIGENCE PTE. LTD.**
1 Phillip Street
#05-01
Royal One Phillip
Singapore 0468692
Attention:      Ms. Andrea Chee / Ms. Gladys Kong / Mr. John Donato Faieta, Directors

<div align="right"><u>**BY REGISTERED POST**</u></div>

**CHEE YUEN LI, ANDREA (XU YUNLI, ANDREA)**
1 Phillip Street
#05-01
Royal One Phillip
Singapore 0468692

<div align="right"><u>**BY EMAIL**</u><br>(email: andrea.chee@aeilegal.com)</div>

**GLADYS KONG**
1409 Rutherford Dr
Pasadena, CA 91103
United States of America

<div align="right"><u>**BY EMAIL**</u><br>(email: gladys@azira.com)</div>

**JOHN DONATO FAIETA**
10520 Haines Canyon Ave
Tujunga, CA 91042
United States of America

<div align="right"><u>**BY EMAIL**</u><br>(email: jdfaieta@gmail.com)</div>

Dear Sirs,

<u>**HC/OA 797/2025**</u>
<u>**IN THE MATTER OF NEAR INTELLIGENCE PTE. LTD. (THE "COMPANY")**</u>
<u>**NOTICE OF APPLICATION FOR RECOGNITION OF UNITED STATES BANKRUPTCY PROCEEDINGS IN SINGAPORE**</u>

1.    We act for Drivetrain, LLC, the Litigation Trustee (the "**Litigation Trustee**" or "**Applicant**") for the litigation trust formed in respect of Near Intelligence, Inc, Near Intelligence LLC, Near North America Inc. and the Company.

2.    As you may be aware, the Company (together with its related companies Near Intelligence, Inc, Near Intelligence LLC, Near North America Inc.) was placed into bankruptcy in the United States pursuant

*This document is confidential and may be privileged. If you are not the intended recipient, please notify us immediately; you should not copy it or use it for any purpose, or disclose its contents to any person.*

Withers KhattarWong LLP is a Singapore law practice with Registration No. T12LL0001E with Singapore qualified lawyers and foreign registered lawyers. Only Singapore law qualified lawyers of Withers KhattarWong LLP are allowed to provide Singapore law advice and represent clients in the Singapore courts under the Legal Profession Act. We are regulated by the Law Society of Singapore and the Legal Services Regulatory Authority

**We do not accept service of Court Documents by Fax**

Withersworldwide

London  Cambridge  Geneva  Milan  Padua
Hong Kong  Singapore  Tokyo  British Virgin Islands
New York  Boston  Greenwich  New Haven
San Francisco  Los Angeles  San Diego  Texas

JUY/HXC/1022319.0001
6 October 2025

to Case No. 23-11962-TMH filed in the United States Bankruptcy Court, for the District of Delaware ("**US Bankruptcy Court**") under Chapter 11 of the United States Bankruptcy Code 11 USC (US) (1978) (the "**US Bankruptcy**").

3.  **KINDLY TAKE NOTICE** that an application was filed in the General Division of the High Court of the Republic of Singapore on 1 August 2025 and assigned the case number HC/OA 797/2025, which is an application for orders *inter alia* that (the "**Recognition Application**"):

    (a)  The US Bankruptcy be recognised as a foreign non-main proceeding in Singapore in respect of the Company; and

    (b)  The Litigation Trustee be recognised as the foreign representative of the Company.

4.  Copies of the following documents filed in respect of the Recognition Application can be accessed at the following link: https://withersworldwide.sharefile.com/d-s4ccd12e413ee46b5803191292ec98140

    (a)  Originating Application in HC/OA 797/2025 dated 1 August 2025;

    (b)  1st Affidavit of Timothy Daileader dated 1 August 2025; and

    (c)  Registrar's Notice – Hearing Date Fixed dated 25 September 2025.

5.  **KINDLY TAKE FURTHER NOTICE** of the Honourable Court's directions given at the hearing of the Recognition Application on 25 September 2025 at 10am (Singapore Time) before the Honourable Judicial Commissioner Mohamed Faizal Mohamed Abdul Kadir:

    (a)  A further hearing for the Recognition Application is fixed on **Thursday, 30 October 2025 at 10am (Singapore Time)**.

    (b)  The Applicant is to file a further affidavit by **Thursday, 9 October 2025** setting out the following:

        (i)   Further information on the Company's centre of main interests, with emphasis on the specific operations of the Company in Singapore.

        (ii)  Clarifications on the reasons for the belief that any actions taken by the Company's directors may not be in compliance with the order(s) granted by the US Bankruptcy Court.

    (c)  The Applicant is to give notice to all creditors and all directors of the Company of the subsequent hearing date(s) so that any interested parties may attend the hearing if needed.

    (d)  The Applicant is also to give notice to the abovementioned parties after the further affidavit is filed.

6.  Please direct any inquiries and/or comments regarding the Recognition Application to Mr. Justin Yip (justin.yip@withersworldwide.com) or Ms. Cheang Hui Xuan (huixuan.cheang@withersworldwide.com).

7.  All our client's rights are expressly reserved.

Yours faithfully,

**JUSTIN YIP / CHEANG HUI XUAN**
**WITHERS KHATTARWONG LLP**

**Cheang, Hui Xuan**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | Andrea Chee |
| **Sent:** | 06 October 2025 12:04 |
| **Subject:** | Relayed: HC/OA 797/2025 - IN THE MATTER OF NEAR INTELLIGENCE PTE. LTD. [W-KW.FID585106] |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Andrea Chee (andrea.chee@aeilegal.com)

Subject: HC/OA 797/2025 - IN THE MATTER OF NEAR INTELLIGENCE PTE. LTD. [W-KW.FID585106]

**Cheang, Hui Xuan**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | gladys@azira.com |
| **Sent:** | 06 October 2025 12:06 |
| **Subject:** | Relayed: HC/OA 797/2025 - IN THE MATTER OF NEAR INTELLIGENCE PTE. LTD. [W-KW.FID585106] |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

gladys@azira.com (gladys@azira.com)

Subject: HC/OA 797/2025 - IN THE MATTER OF NEAR INTELLIGENCE PTE. LTD. [W-KW.FID585106]

**Cheang, Hui Xuan**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | jdfaieta@gmail.com |
| **Sent:** | 06 October 2025 12:21 |
| **Subject:** | Relayed: HC/OA 797/2025 - IN THE MATTER OF NEAR INTELLIGENCE PTE. LTD. [W-KW.FID585106] |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

jdfaieta@gmail.com (jdfaieta@gmail.com)

Subject: HC/OA 797/2025 - IN THE MATTER OF NEAR INTELLIGENCE PTE. LTD. [W-KW.FID585106]

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*, | Case No. 23-11962 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, PTE, LTD., | Case No. 23-11966 (TMH) |
| | (Jointly Administered) |
| Debtor.[2] | |

## <u>CERTIFICATE OF SERVICE</u>

I, Peter J. Keane, hereby certify that on October 20, 2025, I caused a copy of the following

document to be served on the individuals on the attached service list in the manner indicated:

- **Notice of Filing of Affidavit in Connection With Application for Recognition As a Foreign Non-Main Proceeding in Singapore**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

[2]   The Debtor's registered address is at 1 Phillip Street, #05-01, Royal One Phillip, Singapore 048692, and its headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

**Service Via Email Upon Core/2002**

| | | |
|---|---|---|
| Buchalter, A Professional Corporation<br>schristianson@buchalter.com | Delaware Attorney General<br>attorney.general@state.de.us<br>attorney.general@delaware.gov | DLA PIPER LLP (US)<br>dennis.odonnell@us.dlapiper.com |
| DLA PIPER LLP (US)<br>craig.martin@us.dlapiper.com<br>aaron.applebaum@us.dlapiper.com | Doshi Legal Group, P.C.<br>amish@doshilegal.com | Duane Morris LLP<br>SLRoss@duanemorris.com<br>DSMcGehrin@duanemorris.com |
| Eckert Seamans Cherin & Mellott LLC<br>npasalides@eckertseamans.com | Ernst & Young LLP<br>james.baring@parthenon.ey.com | Jack Shrum PA<br>Jshrum@jshrumlaw.com |
| Kroll Restructuring Administration LLC<br>serviceqa@ra.kroll.com<br>nearteam@ra.kroll.com | Meyer, Suozzi, English & Klein, P.C.<br>jgarbus@msek.com<br>hkleinberg@msek.com | Morris, Nichols, Arsht & Tunnell LLP<br>rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>bdolphin@morrisnichols.com<br>apark@morrisnichols.com |
| Office of the United States Trustee for the District of Delaware<br>Benjamin.a.hackman@usdoj.gov | Securities & Exchange Commission - NY Office<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Securities & Exchange Commission - Philadelphia Office<br>secbankruptcy@sec.gov |
| State of Alaska Attorney General<br>attorney.general@alaska.gov | State of Arizona Attorney General<br>aginfo@azag.gov | State of California Attorney General<br>bankruptcy@coag.gov |
| State of Connecticut Attorney General<br>attorney.general@ct.gov<br>denise.mondell@ct.gov | State of Hawaii Attorney General<br>hawaiiag@hawaii.gov | State of Illinois Attorney General<br>webmaster@atg.state.il.us |
| State of Iowa Attorney General<br>webteam@ag.iowa.gov | State of Louisiana Attorney General<br>consumerinfo@ag.state.la.us | State of Maine Attorney General<br>oag.mediation@maine.gov |
| State of Maryland Attorney General<br>oag@oag.state.md.us | State of Michigan Attorney General<br>miag@michigan.gov | State of Missouri Attorney General<br>attorney.general@ago.mo.gov |
| State of Montana Attorney General<br>contactdoj@mt.gov | State of Nebraska Attorney General<br>ago.info.help@nebraska.gov | State of Nevada Attorney General<br>aginfo@ag.nv.gov |
| State of New Hampshire Attorney General<br>attorneygeneral@doj.nh.gov | State of New Jersey Attorney General<br>askconsumeraffairs@lps.state.nj.us | State of New York Attorney General<br>Martin.Mooney@ag.ny.gov |

| State of North Dakota Attorney General<br>ndag@nd.gov | State of Oregon Attorney General<br>consumer.hotline@doj.state.or.us | State of Pennsylvania Attorney General<br>mvaneck@attorneygeneral.gov |
|---|---|---|
| State of South Dakota Attorney General<br>consumerhelp@state.sd.us | State of Utah Attorney General<br>uag@utah.gov | State of Vermont Attorney General<br>ago.info@vermont.gov |
| State of West Virginia Attorney General<br>consumer@wvago.gov | Stellar Lifestyle Pte Ltd<br>Steffi@smrt.com.sg | The Rosner Law Group LLC<br>rosner@teamrosner.com |
| U.S. Securities and Exchange Commission - Headquarters<br>secbankruptcy@sec.gov | Vectis Law<br>pcostello@vectislawgroup.com | Washington DC Attorney General<br>oag@dc.gov |
| Willkie Farr & Gallagher LLP<br>rstrickland@willkie.com<br>amordkoff@willkie.com<br>jbrandt@willkie.com | Young Conaway Stargatt & Taylor, LLP<br>emorton@ycst.com<br>mlunn@ycst.com<br>sreil@ycst.com<br>ccox@ycst.com | |

## Service Via First Class U.S. Mail Upon Core/2002

| State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee, FL 32399-1050 | State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
|---|---|---|
| State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000 | State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka , KS 66612-1597 | State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort , KY 40601 |
| State of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 | State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson, MS 39201 | State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| State of New York Attorney General<br>Attn: Bankruptcy Unit, Civil Recoveries Bureau<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | State of North Carolina Attorney General<br>Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |

| State of Oklahoma Attorney General Attn: Bankruptcy Department 313 Ne 21St Street Oklahoma City, OK 73105 | State of Rhode Island Attorney General Attn: Bankruptcy Department 150 South Main Street Providence, RI 02903 | State of Tennessee Attorney General Attn: Laura L. McCloud, Bankruptcy P.O. Box 20207 Nashville, TN 37202-0207 |
|---|---|---|
| State of Virginia Attorney General Attn: Financial Recovery Section Post Office Box 610 Richmond , VA 23218-0610 | State of Washington Attorney General Attn: Bankruptcy Department 1125 Washington St. SE P.O. Box 40100 Olympia, WA 98504-0100 | State of Wisconsin Attorney General Attn: Bankruptcy Department Wisconsin Department of Justice State Capitol, Room 114 East, P. O. Box 7857 Madison, WI 53707-7857 |
| State of Wyoming Attorney General Attn: Bankruptcy Department 123 Capitol Building 200 W. 24th Street Cheyenne, WY 82002 | U.S. Attorney for Delaware Attn: David C. Weiss & Ellen Slights U.S. Attorney's Office 1313 N Market Street, Suite 400 Wilmington, DE 19801 | United States of America Attorney General Attn: Bankruptcy Department Us Dept of Justice 950 Pennsylvania Ave NW Washington, DC 20530-0001 |

## Service Via First Class Mail Upon Affected Claimants

| AEI Legal LLC 1 Phillip Street #05-01 Royal One Phillip Singapore, 048692 Singapore | ASLF Media Pty Ltd 48 Hillside Road Newport, NSW 2106 Australia | Bird & Bird Level 22 25 Martin Place Sydney, NSW 2000 Australia |
|---|---|---|
| Blue Torch Capital Attn: Lee Haspel, Dermott O'Flanagan, Andrew McAlpine 150 E. 58th Street, 39th Floor New York, NY 10155 | Bonzai Digital Pte Ltd 160 Robinson Road #20-03 SBF Center 068914 Singapore | Central Provident Fund The URA Centre East Wing (opposite Maxwell Food Centre) 45 Maxwell Road, #01-11 069118 Singapore |
| COMEXPOSIUM ASIA PACIFIC PTE LTD 152 BEACH ROAD #07-07/08, Gateway East 189721 Singapore | ControlCase International Private Limited Corporate Center, J.B.Nagar Mumbai, Maharashtra, 400059 India | Datasite Singapore Pte. Ltd. 50 Collyer Quay OUE Bayfront, #150-1 049321 Singapore |
| ECRA Pte Ltd 160 Robinson Road #20-03 SBF Center 068914 Singapore | First-Citizens Bank & Trust Company Duane Morris LLP Attn: Sommer L. Ross 1201 N. Market Street, Suite 501 Wilmington, DE 19801 | Google Asia Pacific Pte. Ltd. 70 Pasir Panjang Road 117371 Singapore |
| Harris, Ed Address Redacted | HERE Europe B.V. 1115 De Run Veldhoven, 5503LB Netherlands | Ho, Celia Address Redacted |
| ICR LLC 761 Main Avenue Norwalk, CT 06851 | Incubeta Australia Pty Ltd 100 Harris St Pyrmont, NSW 2009 Australia | Influent Media Limited 97 Charlotte Street London, W1T 4QA United Kingdom |

| | | |
|---|---|---|
| InfoSum Ltd<br>1100 Renaissance<br>Basing View<br>Basingstoke, Hampshire RG21 4EQ<br>United Kingdom | INMOBI PTE LTD<br>30 Cecil Street<br>Prudential Tower<br>049712 Singapore | Interxion Ireland DAC Limited<br>Grange Castle Business Park<br>Nangor Road<br>Dublin, Ireland |
| Kirkland & Ellis LLP<br>Attn: Tamar Donikyan<br>601 Lexington Avenue<br>New York, NY 10022 | Lex Connect Consulting Private<br>Limited<br>Jones And Spross PLLC<br>1605 Lakecliff Hills Ln<br>Suite 100<br>Austin, TX 78732 | Lowther-Harris, Edward<br>Address Redacted |
| M2K Advisors LLP<br>No. 30/ 64, Ethiraj Salai, Egmore<br>7th Floor, Briley One<br>Chennai, Tamil Nadu,  600008 India | Magnite, Inc.<br>6080 Center Drive 4th Floor<br>Los Angeles, CA 90045 | Matsui, Masahiro<br>Address Redacted |
| Metayage Inc<br>Woodinvile NE 140th Way<br>Washington, WA 02147 | NEAR GmbH<br>AM Herrenweiher 3<br>Dingolfing, 84130 Germany | NEAR GmbH<br>c/o ZIRNGIBL<br>Karlstraße 23<br>Munich, Bavaria,  80333 Germany |
| Nexxen Group LLC fka Unruly Group<br>LLC<br>3600 136th Place SE<br>Bellevue, WA 98005 | Oracle Corporation Singapore Pte Ltd<br>1 Fusionopolis Place<br>#12, Galaxis<br>138522 Singapore | Oracle Corporation UK Limited<br>Oracle Parkway, Thames Valley Park<br>(TVP)<br>Reading, Berkshire,  RG6 1RA<br>United Kingdom |
| Oracle Singapore<br>1 Fusionopolis Place<br>#12, Galaxis<br>138522 Singapore | PublicNSA, LLC dba BIGDBM<br>9499 Collins Ave<br>Aventura, FL 94304 | PubMatic, Inc.<br>Attn: Andrew Woods, General Counsel<br>601 Marshall Street<br>Redwood City, CA 94063 |
| Qb Studios - Ponsonby<br>6/19 Southwark Street<br>Christchurch,  8011 New Zealand | Regus Japan Holdings K.K.<br>3-4-1 Ginza 3-Cho-me<br>Chuo-ku<br>Tokyo, 104-0061 Japan | Shivaami Cloud Services Pvt Ltd<br>1001, 10th Floor, Runwal R Square<br>LBS Road, Mulund West<br>Mumbai, 400 080 India |
| Smaato, Inc.<br>350 5th Ave<br>Ste 7700<br>New York, NY 10118-7704 | Swish Japan inc.<br>3-11-4, Minato ku<br>Tokyo,  Japan | The Executive Centre Singapore Pte<br>Ltd<br>Level 37 Ocean Financial Centre<br>049315 Singapore |
| TrueData Solutions, Inc.<br>1 E Erie St<br>Suite 525-4083<br>Chicago, IL 60611 | Vercara, LLC - Neustar<br>2201 Cooperative Way<br>Suite 350<br>Herndon, VA 20171 | Verve Group Europe GmbH<br>Attn: Legal<br>Karl-Liebnecht-Str. 32<br>Berlin,  10178 Germany |